RECEIVED
04 AUG 16 AM 10:39
CLERK ... COURT
MINNEAPOLIS ...

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| **In re: ST. JUDE MEDICAL, INC. SILZONE HEART VALVES PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 01-1396** |
| | ) | **Civil No. 01-931 JRT/FLN** |
| **JANICE SUE SMITH, and BRUCE WAYNE SMITH,** | ) | **(USDC Middle District of Tennessee No. 8-01 0064)** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **ST. JUDE MEDICAL, INC.,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES PURSUANT TO RULE 26(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs, pursuant to Rule 26(a)of the Federal Rules of Civil Procedure, hereby submit the following supplemental disclosures:

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

the nature and extent of the injuries suffered; and

**RESPONSE:** "Damages" for the loss of the society, relationship, services and consortium, pain and suffering, loss of enjoyment of loss, loss of earning capacity, are solely within the province of a jury.

The Plaintiffs will seek lost earnings. You are being provided the tax returns, along with a computation of lost earning up to November 1, 2001, which are attached as Exhibit D.

With respect to medical damages, please see Exhibit C which is an itemization of the medical expenses incurred to date in connection with the injuries which is the subject of this litigation; along with billing statements from the medical providers.

**SUPPLEMENTAL RESPONSE:**

See original response. Attached is as an updated computation of lost earnings through November 1, 2002. Also attached are itemizations of benefits paid by Mrs. Smith's insurance providers. An update of medical expenses have been requested, and this response may be supplemented.

**SECOND SUPPLEMENTAL RESPONSE:**

See original and supplemental response. Attached are the following:

1. updated loss of earnings through December 31, 003 and corresponding 2002 and 2003 SSA-1099s.

2. copies of itemization of benefits paid by Mrs. Smith's insurance providers and subrogation amounts.

3. Itemization of medical expenses.

4. Copies of medical bills not previously produced.

5. Out-of-pocket expenses.

Respectfully submitted,

KINNARD, CLAYTON & BEVERIDGE

By: ______________________
Daniel L. Clayton #12600
The Woodlawn
127 Woodmont Boulevard
Nashville, Tennessee 37205
(615) 297-1007

ATTORNEYS FOR PLAINTIFFS