Exh 1

**Loss of Income**: Mrs. Smith was employed at AA Paving Company (her husband's business). She performed administrative duties. Her last working day was July 21, 2000. Per her deposition testimony, she earned $250 per week. She missed 23 weeks of work for the remainder of calendar 2000.

Wage loss for 2000 = $ 5,750.00

Mrs. Smith began to receive social security benefits in January 2001. Her yearly benefits have been:

January - December, 2001: $6,886.00
Wage loss for 2001 = ($12,000 -$6,886.00) = $ 5,114.00

January - December, 2002: $7,704.00
Wage Loss for 2002 = ($12,000-$7,704.00) = $ 4,286.00

January - December, 2003: $7,820.00
Wage Loss for 2003 = ($12,000-$7,820.00) = $ 4,180.00

**Wage Loss (2000-2003): $19,340.00**

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2002**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

007398

Box 1. Name
JANICE S SMITH

Box 2. Beneficiary's Social Security Number
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

Box 3. Benefits Paid in 2002
*$14,590.00

Box 4. Benefits Repaid to SSA in 2002
NONE

Box 5. Net Benefits for 2002 (Box 3 minus Box 4)
$14,590.00

**DESCRIPTION OF AMOUNT IN BOX 3**

| | |
|---|---|
| Paid by check or direct deposit | |
| Benefits for 2002 | $14,590.00 |
| | $14,590.00 |

**DESCRIPTION OF AMOUNT IN BOX 4**
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
JANICE S SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

Box 8. Claim Number *(Use this number if you need to contact SSA.)*
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A

*Includes:
$6,886.00 paid in 2002 for 2001

Form SSA-1099-SM (1-2003)

DO NOT RETURN THIS FORM TO SSA OR IRS

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2003**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

Box 1. Name
JANICE S SMITH

Box 2. Beneficiary's Social Security Number
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

Box 3. Benefits Paid in 2003
$7,820.40

Box 4. Benefits Repaid to SSA in 2003
NONE

Box 5. Net Benefits for 2003 *(Box 3 minus Box 4)*
$7,820.40

DESCRIPTION OF AMOUNT IN BOX 3

| | |
|---|---|
| Paid by check or direct deposit | $7,116.00 |
| Medicare premiums deducted from your benefit | $704.40 |
| Total Additions | $7,820.40 |
| Benefits for 2003 | $7,820.40 |

DESCRIPTION OF AMOUNT IN BOX 4
NONE

Box 6. Voluntary Federal Income Tax Withheld
NONE

Box 7. Address
JANICE S SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

Box 8. Claim Number *(Use this number if you need to contact SSA.)*
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A

Form SSA-1099-SM (1-2004) DO NOT RETURN THIS FORM TO SSA OR IRS

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
1500 WOODLAWN DRIVE
BALTIMORE MD 21241-1500

C
M29
1

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

JANICE S SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

Form SSA-1099-SM (1-2004)

Exh. 2

Shannone E. Raybon
Attorney At Law

P O Box 281303
Nashville, TN 37228
sraybon@bellsouth.net

telephone: 615-277-0702
facsimile: 615-277-0710

June 4, 2004

VIA FACSIMILE & U.S. MAIL

Daniel L. Clayton, Esq.
Kinnard, Clayton & Beveridge
127 Woodmont Blvd.
Nashville, TN 37205

Re: Janice Smith – Universal Care of Tennessee Subrogation Interest

Dear Mr. Clayton:

Please find enclosed an amended itemization of relevant charges for the above referenced member/client. Universal Care of Tennessee's amended lien amount is $3,116.71.

Additionally, I will be available to participate in the mediation scheduled for June 10, 2004 at 9:00 a.m. Please provide me with the instructions required to participate in the call or call me direct at 615-277-0714.

Should you have any questions or comments, please give me a call. Thank you.

Sincerely,

Barbara A. Esmond

Barbara A. Esmond

Enclosure
/be

Janice Smith Subrogation

June 3, 2004

| dosf | claimnum | pdamt | | provname |
|---|---|---|---|---|
| 17-Jul-01 | 121200826 | $ | 29.95 | GASTON JR, MD ROBERT |
| 17-Jul-01 | 121200826 | $ | 3.01 | GASTON JR, MD ROBERT |
| 17-Jul-01 | 121200826 | $ | 9.49 | GASTON JR, MD ROBERT |
| 17-Jul-01 | 123503422 | $ | 39.95 | GASTON JR, MD ROBERT |
| 17-Jul-01 | 123503422 | $ | 3.01 | GASTON JR, MD ROBERT |
| 17-Jul-01 | 123503422 | $ | 9.49 | GASTON JR, MD ROBERT |
| 17-Jul-01 | R123503422 | $ | (39.95) | GASTON JR, MD ROBERT |
| 17-Jul-01 | R123503422 | $ | (3.01) | GASTON JR, MD ROBERT |
| 17-Jul-01 | R123503422 | $ | (9.49) | GASTON JR, MD ROBERT |
| 23-Jul-01 | 123302596 | $ | 10.00 | TACOGUE LOYDA |
| 23-Jul-01 | 131100545 | $ | 4.34 | LAB ONE, INC |
| 23-Jul-01 | 131100545 | $ | 0.10 | LAB ONE, INC |
| 23-Jul-01 | R124004968 | $ | (7.88) | NO PROVIDER IN SYSTE |
| 24-Jul-01 | 123203333 | $ | 18.40 | GASTON JR, MD ROBERT |
| 24-Jul-01 | 123203333 | $ | 3.01 | GASTON JR, MD ROBERT |
| 24-Jul-01 | 123502606 | $ | 28.40 | GASTON JR, MD ROBERT |
| 24-Jul-01 | 123502606 | $ | 3.01 | GASTON JR, MD ROBERT |
| 24-Jul-01 | R123502606 | $ | (28.40) | GASTON JR, MD ROBERT |
| 24-Jul-01 | R123502606 | $ | (3.01) | GASTON JR, MD ROBERT |
| 25-Jul-01 | 203805502 | $ | 6.00 | QUEST DIAGNOSTIC QUEST FKA |
| 25-Jul-01 | 203805502 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 30-Jul-01 | 203904876 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 06-Aug-01 | 124100551 | $ | 2.10 | TACOGUE LOYDA |
| 06-Aug-01 | 203904875 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 21-Aug-01 | 125603347 | $ | 32.50 | PIROLO, MD JOHN S |
| 04-Sep-01 | 126905750 | $ | 2.10 | TACOGUE LOYDA |
| 04-Sep-01 | 204306021 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 11-Sep-01 | 128404016 | $ | 26.51 | TACOGUE LOYDA |
| 11-Sep-01 | 128404016 | $ | 18.40 | TACOGUE LOYDA |
| 11-Sep-01 | 204306022 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 02-Oct-01 | 129804500 | $ | 26.51 | TACOGUE LOYDA |
| 02-Oct-01 | 129804500 | $ | 18.40 | TACOGUE LOYDA |
| 12-Oct-01 | 205704291 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 12-Oct-01 | R205704291 | $ | (5.43) | QUEST DIAGNOSTIC QUEST FKA |
| 23-Oct-01 | 131202694 | $ | 26.51 | TACOGUE LOYDA |
| 23-Oct-01 | 131202694 | $ | 18.40 | TACOGUE LOYDA |
| 23-Oct-01 | R204405827 | $ | (18.35) | QUEST DIAGNOSTIC QUEST FKA |
| 23-Oct-01 | R204405827 | $ | (11.92) | QUEST DIAGNOSTIC QUEST FKA |
| 12-Nov-01 | 200808134 | $ | 14.95 | WILLIAMSON, MD BRIAN D |
| 12-Nov-01 | 200808134 | $ | 36.57 | WILLIAMSON, MD BRIAN D |
| 27-Nov-01 | 134506198 | $ | 26.51 | TACOGUE LOYDA |
| 27-Nov-01 | 134506198 | $ | 18.40 | TACOGUE LOYDA |
| 27-Nov-01 | 205203843 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 11-Dec-01 | 205303115 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 11-Dec-01 | 212008839 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 11-Dec-01 | R205303115 | $ | (5.43) | QUEST DIAGNOSTIC QUEST FKA |
| 18-Dec-01 | 206504884 | $ | 75.68 | QUEST DIAGNOSTIC QUEST FKA |
| 18-Dec-01 | 202200936 | $ | 93.13 | WIGGER, MD MARK A |

Janice Smith Subrogation
June 3, 2004

| | | | | |
|---|---|---|---|---|
| 26-Dec-01 | 201400107 | $ | 2.10 | TACOGUE LOYDA |
| 26-Dec-01 | 212008880 | | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 26-Dec-01 | 205704292 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 26-Dec-01 | R205704292 | $ | (5.43) | QUEST DIAGNOSTIC QUEST FKA |
| 04-Jan-02 | 202405299 | $ | 93.13 | WIGGER, MD MARK A |
| 21-Jan-02 | 203701243 | $ | 51.51 | TACOGUE LOYDA |
| 21-Jan-02 | 203701243 | $ | 18.40 | TACOGUE LOYDA |
| 25-Jan-02 | 203908175 | $ | 2.10 | TACOGUE LOYDA |
| 25-Jan-02 | 204306282 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 18-Feb-02 | 209200902 | $ | 90.51 | WIGGER, MD MARK A |
| 15-Feb-02 | 207406649 | $ | 67.04 | WIGGER, MD MARK A |
| 25-Feb-02 | 207502626 | $ | 2.10 | TACOGUE LOYDA |
| 25-Feb-02 | 206504603 | $ | 5.43 | QUEST DIAGNOSTIC QUEST FKA |
| 26-Mar-02 | 21137284 | $ | 2.10 | TACOGUE LOYDA |
| 26-Mar-02 | 209902755 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 12-Apr-02 | 212008185 | $ | 143.49 | WIGGER, MD MARK A |
| 12-Apr-02 | 212008185 | $ | 62.98 | WIGGER, MD MARK A |
| 12-Apr-02 | 212008185 | $ | 82.36 | WIGGER, MD MARK A |
| 12-Apr-02 | 212008258 | $ | 37.53 | WIGGER, MD MARK A |
| 24-Apr-02 | 212402366 | $ | 2.10 | TACOGUE LOYDA |
| 24-Apr-02 | 212706039 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 06-May-02 | 215406775 | $ | 105.45 | THE HEART GRP MCMINNVILLE C |
| 13-May-02 | 214408502 | $ | 8.79 | ANDERSON, MD ALLEN F |
| 13-May-02 | 214408502 | $ | 27.79 | ANDERSON, MD ALLEN F |
| 13-May-02 | 215708296 | $ | 115.51 | BAKER II, MD JAMES H |
| 13-May-02 | 224100544 | $ | 39.75 | BAKER II, MD JAMES H |
| 13-May-02 | 224100544 | $ | 32.69 | BAKER II, MD JAMES H |
| 28-May-02 | 215606632 | $ | 2.10 | TACOGUE LOYDA |
| 28-May-02 | 215704139 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 26-Jun-02 | 218303957 | $ | 4.34 | LAB ONE INC. |
| 10-Jul-02 | 221205939 | $ | 37.53 | WIGGER, MD MARK A |
| 11-Jul-02 | 219705796 | $ | 4.34 | LAB ONE INC. |
| 11-Jul-02 | 220304995 | $ | 2.10 | TACOGUE LOYDA |
| 11-Jul-02 | 229000927 | $ | 325.00 | ST THOMAS HOSP |
| 11-Jul-02 | 302100031 | $ | - | RADIOLOGY ALLIANCE |
| 19-Jul-02 | 221305353 | $ | 26.49 | TACOGUE LOYDA |
| 19-Jul-02 | 221305353 | $ | 16.05 | TACOGUE LOYDA |
| 15-Aug-02 | 223904380 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 15-Aug-02 | 224608307 | $ | 2.10 | TACOGUE LOYDA |
| 23-Aug-02 | 224605770 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 23-Aug-02 | 225504800 | $ | 2.10 | TACOGUE LOYDA |
| 19-Sep-02 | 227002932 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 19-Sep-02 | 227405292 | $ | 2.10 | TACOGUE LOYDA |
| 24-Sep-02 | 227701781 | $ | 2.10 | TACOGUE LOYDA |
| 24-Sep-02 | 228103252 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 25-Sep-02 | 228901267 | $ | 67.04 | WIGGER, MD MARK A |
| 26-Sep-02 | 227603409 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |
| 26-Sep-02 | 228204499 | $ | 2.10 | TACOGUE LOYDA |
| 03-Oct-02 | 228402739 | $ | 4.34 | QUEST DIAGNOSTIC QUEST FKA |

**Janice Smith Subrogation**
**June 3, 2004**

| | | | | |
|---|---|---|---|---|
| 03-Oct-02 | 228703898 | $ | 2.10 | TACOGUE LOYDA |
| 12-Nov-02 | 232501514 | $ | 2.10 | TACOGUE LOYDA |
| 12-Nov-02 | 233603423 | $ | 67.04 | WIGGER, MD MARK A |
| 14-Nov-02 | 233003524 | $ | 4.34 | LAB ONE INC. |
| 14-Nov-02 | 233701817 | $ | 14.75 | THOMPSON, MD WILLIAM D |
| 14-Nov-02 | 233701817 | $ | 25.52 | THOMPSON, MD WILLIAM D |
| 13-Dec-02 | 236101713 | $ | 3.80 | LAB ONE INC. |

TOTAL $ 2,172.23

Janice Smith Medications
June 3, 2004

| RX_No | Date_of_Service | Paid_Amt | Label_Name |
|---|---|---|---|
| 0000266850 | 20010718 | $10.66 | COUMADIN 5MG TABLET |
| 0000266850 | 20010814 | $10.66 | COUMADIN 5MG TABLET |
| 0000348250 | 20010911 | $32.52 | COREG 6.25MG TABLET |
| 0000266850 | 20010911 | $10.66 | COUMADIN 5MG TABLET |
| 0000350584 | 20010925 | $12.38 | COREG 6.25MG TABLET |
| 0000351804 | 20011002 | $78.54 | COREG 6.25MG TABLET |
| 0000338713 | 20011009 | $16.50 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000266850 | 20011009 | $10.66 | COUMADIN 5MG TABLET |
| 0000355976 | 20011026 | $4.50 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000351804 | 20011101 | $78.54 | COREG 6.25MG TABLET |
| 0000355976 | 20011105 | $28.50 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000266850 | 20011107 | $10.66 | COUMADIN 5MG TABLET |
| 0000351804 | 20011201 | $78.54 | COREG 6.25MG TABLET |
| 0000362381 | 20011203 | $30.50 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000266850 | 20011210 | $10.66 | COUMADIN 5MG TABLET |
| 0000363944 | 20011212 | $202.63 | LOVENOX 40MG PREFILLED SYRN |
| 0000351804 | 20011223 | $78.54 | COREG 6.25MG TABLET |
| 0000362381 | 20020105 | $26.87 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000266850 | 20020110 | $10.66 | COUMADIN 5MG TABLET |
| 0000362381 | 20020204 | $26.87 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000266850 | 20020211 | $20.66 | COUMADIN 5MG TABLET |
| 0000266850 | 20020310 | $10.66 | COUMADIN 5MG TABLET |
| 0000362381 | 20020310 | $26.87 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000362381 | 20020410 | $26.87 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000266850 | 20020410 | $10.66 | COUMADIN 5MG TABLET |
| 0000384654 | 20020412 | $1.13 | KLOR-CON M20 TABLET |
| 0000389260 | 20020511 | $10.66 | COUMADIN 5MG TABLET |
| 0000362381 | 20020520 | $1.54 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000392536 | 20020531 | $2.76 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000389260 | 20020612 | $12.96 | COUMADIN 5MG TABLET |
| 0000389260 | 20020711 | $12.96 | COUMADIN 5MG TABLET |
| 0000392536 | 20020719 | $2.76 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000389260 | 20020811 | $12.96 | COUMADIN 5MG TABLET |
| 0000392536 | 20020829 | $2.76 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000389260 | 20020908 | $12.96 | COUMADIN 5MG TABLET |
| 0000411124 | 20020925 | $23.27 | NITROLINGUAL 0.4MG SPRAY |
| 0000389260 | 20021008 | $12.96 | COUMADIN 5MG TABLET |
| 0000414488 | 20021015 | $2.54 | ENALAPRIL MALEATE 2.5MG TAB |
| 0000389260 | 20021108 | $12.96 | COUMADIN 5MG TABLET |
| 0000420086 | 20021115 | $3.39 | NITRO-BID 2% OINTMENT |
| 0000389260 | 20021208 | $12.96 | COUMADIN 5MG TABLET |
| 0000389260 | 20030108 | $12.96 | COUMADIN 5MG TABLET |
| 0000434950 | 20030210 | $14.00 | COUMADIN 5MG TABLET |
| 0000437136 | 20030220 | $324.04 | LOVENOX 60MG PREFILLED SYRN |

Total $944.48

# Itemization of Benefits paid by BCBST

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number / Diag CD | Service From / Description | Service Thru | Provider Name | | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|---|
| 053401384P00 | 1/10/2000 | 1/10/2000 | ST THOMAS | HOSPITAL | $25.15 | $0.00 | $10.04 |
| 2865 | DSORD, HEM D/T CIRCULATING ANTICOAG | | | | | | |
| 056301271P00 | 2/10/2000 | 2/10/2000 | ST THOMAS | HOSPITAL | $25.15 | $0.00 | $10.04 |
| 2865 | DSORD, HEM D/T CIRCULATING ANTICOAG | | | | | | |
| 059501668P00 | 3/9/2000 | 3/21/2000 | ST THOMAS | HOSPITAL | $87.38 | $0.00 | $24.42 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | | |
| 060315469P00 | 3/21/2000 | 3/21/2000 | THOMAS D | STARKEY | $65.00 | $0.00 | $28.13 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | | |
| 000060401191 | 3/22/2000 | 3/22/2000 | ST THOMAS | HOSPITAL | $865.57 | $84.97 | $9.44 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 060506585P00 | 3/22/2000 | 3/22/2000 | DANTE | GRAVES | $445.00 | $50.29 | $109.96 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 061011434P00 | 4/13/2000 | 4/13/2000 | LOYDA | TACOGUE | $140.00 | $65.13 | $7.24 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 062401393P00 | 4/27/2000 | 4/27/2000 | ST THOMAS | HOSPITAL | $220.49 | $24.24 | $2.69 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 062613736P00 | 4/27/2000 | 4/27/2000 | SARINA W | FORDICE | $33.30 | $8.18 | $0.91 |
| 3699 | LOSS, VISUAL NOS | | | | | | |
| 062608233P00 | 4/27/2000 | 4/27/2000 | LOYDA | TACOGUE | $122.00 | $49.24 | $5.48 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 065401062P00 | 5/11/2000 | 5/11/2000 | ST THOMAS | HOSPITAL | $25.15 | $9.04 | $1.00 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | | |
| 068701719P00 | 6/12/2000 | 6/12/2000 | ST THOMAS | HOSPITAL | $25.15 | $9.04 | $1.00 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | | |
| 067501299P00 | 6/20/2000 | 6/20/2000 | ST THOMAS | HOSPITAL | $41.73 | $11.88 | $1.32 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 069413029P00 | 6/20/2000 | 6/20/2000 | THOMAS D | STARKEY | $65.00 | $23.52 | $2.61 |
| V422 | TRANSPLANT, HEART VALVE | | | | | | |
| 068708873P00 | 6/27/2000 | 6/27/2000 | LOYDA | TACOGUE | $140.00 | $65.13 | $7.24 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 070109613P00 | 7/10/2000 | 7/10/2000 | DANTE J. | GRAVES | $532.00 | $0.00 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 000070301147 | 7/10/2000 | 7/10/2000 | ST THOMAS | HOSPITAL | $887.64 | $91.04 | $10.11 |
| 99602 | MALFUNCTION, PROSTHETIC HEART VALVE | | | | | | |
| 070715323P00 | 7/17/2000 | 7/17/2000 | LOYDA | TACOGUE | $45.00 | $23.52 | $2.61 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 071604821P00 | 7/21/2000 | 7/21/2000 | DANIEL C | GEDDIE | $33.30 | $8.18 | $0.91 |
| V7283 | PREOPERATIVE EXAMINATION NEC | | | | | | |
| 073405709P00 | 7/21/2000 | 7/21/2000 | MARK | KOENIG | $25.00 | $8.84 | $0.00 |
| V7283 | PREOPERATIVE EXAMINATION NEC | | | | | | |
| 000073601075 | 7/23/2000 | 8/8/2000 | ST THOMAS | HOSPITAL | $104,014.95 | $16,908.18 | $3.47 |
| 99602 | MALFUNCTION, PROSTHETIC HEART VALVE | | | | | | |
| 070909419P00 | 7/24/2000 | 7/24/2000 | THOMAS D | STARKEY | $7,639.00 | $2,151.97 | $239.10 |
| 99602 | MALFUNCTION, PROSTHETIC HEART VALVE | | | | | | |
| 072306477P00 | 7/24/2000 | 7/24/2000 | RICHARD B | STEWART | $27.20 | $6.72 | $0.75 |
| V670 | FOLLOW-UP EXAM, AFTER SURGERY | | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | |
| 070906977P00 | 7/24/2000 | 7/24/2000 | TAMMIE D. CORN | $1,360.00 | $605.72 | $67.30 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 071306464P00 | 7/24/2000 | 7/24/2000 | EDWARD C. MCDONALD | $33.00 | $4.36 | $0.49 |
| V5339 | FIT/ADJUST CARDIAC DEVICE NEC | | | | | |
| 072212059P00 | 7/24/2000 | 7/24/2000 | DANTE J. GRAVES | $532.00 | $144.22 | $16.03 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 070906976P00 | 7/24/2000 | 7/24/2000 | CLIFTON W EMERSON | $4,410.00 | $765.31 | $85.03 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 072306445P00 | 7/25/2000 | 7/25/2000 | JULIE C. KENNON | $27.20 | $6.72 | $0.75 |
| 3969 | DISEASE, MITRAL/AORTIC VALVES NOS | | | | | |
| 070909420P00 | 7/25/2000 | 7/25/2000 | THOMAS D STARKEY | $1,888.00 | $562.86 | $62.54 |
| 99811 | HEMORRHAGE COMPLICATING A PROCEDURE | | | | | |
| 071009290P00 | 7/25/2000 | 7/25/2000 | RICKY D LYLE | $580.00 | $258.32 | $28.70 |
| 99811 | HEMORRHAGE COMPLICATING A PROCEDURE | | | | | |
| 071009288P00 | 7/25/2000 | 7/25/2000 | RICHARD C TOMICHEK | $1,518.00 | $279.15 | $31.02 |
| 99811 | HEMORRHAGE COMPLICATING A PROCEDURE | | | | | |
| 072306462P00 | 7/26/2000 | 7/28/2000 | JAMES R MOYERS | $239.00 | $58.35 | $6.50 |
| 3949 | DISEASE, MITRAL VALVE NEC/NOS | | | | | |
| 072306421P00 | 7/27/2000 | 7/28/2000 | JOHN PHILIP MOYERS | $108.80 | $26.88 | $3.00 |
| V554 | ATTENTION TO ENTEROSTOMY NEC | | | | | |
| 072306499P00 | 7/27/2000 | 7/27/2000 | DANIEL C GEDDIE | $27.20 | $6.72 | $0.75 |
| V4589 | POSTPROCEDURAL STATES NEC | | | | | |
| 071606561P00 | 7/28/2000 | 7/28/2000 | RICHARD C TOMICHEK | $220.00 | $62.73 | $6.97 |
| 436 | DISEASE, ACUTE CERBVAS, ILL-DEFINED | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number / Diag CD | Service From / Description | Service Thru | Provider Name | | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|---|
| 072814368P00 | 7/28/2000 | 7/28/2000 | ALLEN J. | NAFTILAN | $25.00 | $8.84 | $0.00 |
| V7283 | PREOPERATIVE EXAMINATION NEC | | | | | | |
| 071411303P00 | 7/28/2000 | 7/28/2000 | MICHAEL J | KAMINSKI | $221.00 | $100.52 | $11.17 |
| 436 | DISEASE, ACUTE CERBVAS, ILL-DEFINED | | | | | | |
| 072306410P00 | 7/29/2000 | 7/29/2000 | MARK H | AWH | $27.20 | $6.72 | $0.75 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 072109695P00 | 7/29/2000 | 7/31/2000 | MICHAEL J | KAMINSKI | $142.00 | $51.66 | $5.74 |
| 436 | DISEASE, ACUTE CERBVAS, ILL-DEFINED | | | | | | |
| 073405717P00 | 7/31/2000 | 7/31/2000 | MARK S. | GOLDFARB | $25.00 | $8.84 | $0.00 |
| V7283 | PREOPERATIVE EXAMINATION NEC | | | | | | |
| 072306485P00 | 7/31/2000 | 7/31/2000 | PATRICK H | MOULTON | $33.30 | $8.18 | $0.91 |
| 3949 | DISEASE, MITRAL VALVE NEC/NOS | | | | | | |
| 074105307P00 | 8/1/2000 | 8/1/2000 | HOWARD | WALPOLE | $25.00 | $8.84 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 071709490P00 | 8/2/2000 | 8/2/2000 | ROSCOE V | ROBINSON | $956.00 | $163.10 | $18.12 |
| 4260 | BLOCK, AV, COMPLETE | | | | | | |
| 071709492P00 | 8/2/2000 | 8/2/2000 | RICKY D | LYLE | $180.00 | $80.17 | $8.91 |
| 4260 | BLOCK, AV, COMPLETE | | | | | | |
| 079809876P00 | 8/3/2000 | 8/3/2000 | THOMAS D | STARKEY | $1,353.00 | $504.48 | $0.00 |
| 42781 | DYSFUNCTION, SINOATRIAL NODE | | | | | | |
| 072105100P00 | 8/3/2000 | 8/3/2000 | NANCY J. | DELBOY | $1,012.00 | $138.01 | $15.33 |
| 4260 | BLOCK, AV, COMPLETE | | | | | | |
| 072704744P00 | 8/3/2000 | 8/4/2000 | JULIE C. | KENNON | $1,019.00 | $244.82 | $27.20 |
| 5119 | EFFUSION, PLEURAL NOS | | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | |
| 074105242P00 | 8/3/2000 | 8/3/2000 | WILSON E. KEMP JR. | $25.00 | $8.84 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 073111668P00 | 8/3/2000 | 8/3/2000 | JAMES R MOYERS | $27.20 | $6.72 | $0.75 |
| 3949 | DISEASE, MITRAL VALVE NEC/NOS | | | | | |
| 072105101P00 | 8/3/2000 | 8/3/2000 | ROLAND E. ZIMMERMAN | $300.00 | $133.61 | $14.85 |
| 4260 | BLOCK, AV, COMPLETE | | | | | |
| 073706301P00 | 8/7/2000 | 8/7/2000 | RICHARD A BELDEN | $33.30 | $8.18 | $0.91 |
| 3949 | DISEASE, MITRAL VALVE NEC/NOS | | | | | |
| 073061723P00 | 8/8/2000 | 8/8/2000 | JOHN DEXTER | $255.00 | $107.84 | $11.98 |
| V579 | REHABILITATION PROCEDURE NOS | | | | | |
| 00343M004785 | 8/8/2000 | 8/13/2000 | TN CHRISTIAN MEDICAL CENTER | $6,421.80 | $2,030.00 | $0.00 |
| V5789 | REHABILITATION PROCEDURES NEC | | | | | |
| 073061036P00 | 8/9/2000 | 8/10/2000 | TREVOR PARIS | $154.00 | $64.96 | $7.22 |
| V579 | REHABILITATION PROCEDURE NOS | | | | | |
| 073061053P00 | 8/11/2000 | 8/13/2000 | TREVOR PARIS | $172.00 | $72.68 | $8.08 |
| V579 | REHABILITATION PROCEDURE NOS | | | | | |
| 000081291524 | 8/13/2000 | 8/13/2000 | OMNI HOME MEDICAL INC | $277.55 | $187.44 | $0.00 |
| 436 | DISEASE, ACUTE CERBVAS, ILL-DEFINED | | | | | |
| 000078591367 | 8/15/2000 | 8/31/2000 | ELK VALLEY HLTH SVCS, INC | $1,243.20 | $1,204.19 | $0.00 |
| 2865 | DSORD, HEM D/T CIRCULATING ANTICOAG | | | | | |
| 000077295120 | 8/15/2000 | 9/14/2000 | PPS PHARMACY /HEALTHCORP TN | $106.68 | $85.34 | $0.00 |
| 436 | DISEASE, ACUTE CERBVAS, ILL-DEFINED | | | | | |
| 075017308P00 | 8/17/2000 | 8/17/2000 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 2869 | DEFECT, COAGULATION NEC/NOS | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41582127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | |
| 075017359P00 | 8/21/2000 | 8/21/2000 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 2869 | DEFECT, COAGULATION NEC/NOS | | | | | |
| 074212283P00 | 8/22/2000 | 8/22/2000 | LOYDA TACOGUE | $140.00 | $65.13 | $7.24 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 074210439P00 | 8/22/2000 | 8/22/2000 | LAB ONE INC | $2.94 | $2.65 | $0.29 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 075017696P00 | 8/24/2000 | 8/24/2000 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 2869 | DEFECT, COAGULATION NEC/NOS | | | | | |
| 075018634P00 | 8/28/2000 | 8/28/2000 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 2869 | DEFECT, COAGULATION NEC/NOS | | | | | |
| 075517111P00 | 8/31/2000 | 8/31/2000 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 2869 | DEFECT, COAGULATION NEC/NOS | | | | | |
| 075113064P00 | 9/5/2000 | 9/5/2000 | THOMAS D STARKEY | $65.00 | $35.53 | $0.00 |
| 42781 | DYSFUNCTION, SINOATRIAL NODE | | | | | |
| 000082790280 | 9/6/2000 | 9/28/2000 | ELK VALLEY HLTH SVCS, INC | $887.04 | $887.04 | $0.00 |
| 2865 | DSORD, HEM D/T CIRCULATING ANTICOAG | | | | | |
| 000079499437 | 9/15/2000 | 10/14/2000 | PPS PHARMACY /HEALTHCORP TN | $106.68 | $85.34 | $0.00 |
| 436 | DISEASE, ACUTE CERBVAS, ILL-DEFINED | | | | | |
| 077005193P00 | 9/18/2000 | 9/18/2000 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 077308279P00 | 9/22/2000 | 9/22/2000 | LOYDA TACOGUE | $140.00 | $80.04 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 077809995P00 | 9/22/2000 | 9/22/2000 | LAB ONE INC | $24.32 | $24.32 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | |
| 00340M007577 | 10/2/2000 | 10/12/2000 | ELK VALLEY HLTH SVCS, INC | $295.68 | $295.68 | $0.00 |
| 2865 | DSORD, HEM D/T CIRCULATING ANTICOAG | | | | | |
| 079715544P00 | 10/9/2000 | 10/9/2000 | LAB ONE INC | $4.75 | $4.75 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 079807049P00 | 10/16/2000 | 10/16/2000 | LOYDA TACOGUE | $122.00 | $59.65 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 000081591418 | 10/16/2000 | 10/16/2000 | LOYDA TACOGUE | $62.00 | $0.00 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 079717305P00 | 10/16/2000 | 10/16/2000 | LAB ONE INC | $24.46 | $24.46 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 00340U038958 | 11/3/2000 | 11/3/2000 | ST THOMAS HOSPITAL | $25.15 | $12.05 | $0.00 |
| 7847 | SYMPTOM, EPISTAXIS | | | | | |
| 083513215P00 | 11/21/2000 | 11/21/2000 | JOHN LEA | $75.00 | $55.25 | $0.00 |
| 42781 | DYSFUNCTION, SINOATRIAL NODE | | | | | |
| 083213507P00 | 11/21/2000 | 11/21/2000 | LOYDA TACOGUE | $15.00 | $8.17 | $0.00 |
| V048 | VACCINE FOR VIRAL DISEASE NEC | | | | | |
| 01040T204872 | 12/5/2000 | 12/5/2000 | J SCOTT MAJOR | $66.00 | $37.46 | $0.00 |
| 41400 | ATHRSCLR, CORONARY, VESSEL TYPE NOS | | | | | |
| 01044N001673 | 12/7/2000 | 12/7/2000 | DAVID M ROWE | $33.30 | $9.37 | $0.00 |
| V7283 | PREOPERATIVE EXAMINATION NEC | | | | | |
| 00348N053586 | 12/11/2000 | 12/11/2000 | TODD SHUMAN | $824.00 | $341.41 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |
| 00356N021735 | 12/11/2000 | 12/11/2000 | ROBERT J. MARSMAKER | $200.00 | $98.97 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number / Diag CD | Service From / Description | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|
| 01018M003879 | 12/11/2000 | 12/13/2000 | ST THOMAS HOSPITAL | $4,677.06 | $3,998.85 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |
| 00356N021707 | 12/11/2000 | 12/11/2000 | ROSCOE V ROBINSON | $552.00 | $111.52 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |
| 00362N108723 | 12/19/2000 | 12/19/2000 | LOYDA TACOGUE | $10.00 | $3.27 | $0.00 |
| V5861 | LONG-TERM USE OF ANTICOAGULANTS | | | | | |
| 00362N037496 | 12/19/2000 | 12/19/2000 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | |
| 01005U005466 | 12/28/2000 | 12/28/2000 | ST THOMAS HOSPITAL | $70.93 | $33.53 | $0.00 |
| 99609 | MALFUNCTION, CARDIAC DEV/GRAFT NEC | | | | | |
| 01005U005465 | 12/28/2000 | 12/28/2000 | ST THOMAS HOSPITAL | $159.94 | $16.53 | $0.00 |
| V4589 | POSTPROCEDURAL STATES NEC | | | | | |
| 01010N055601 | 12/28/2000 | 12/28/2000 | CRAIG M COULAM | $33.30 | $9.37 | $0.00 |
| V670 | FOLLOW-UP EXAM, AFTER SURGERY | | | | | |
| 01004N048725 | 12/29/2000 | 12/29/2000 | JOHN PIROLO | $1,281.50 | $551.00 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |
| 01082U032295 | 12/29/2000 | 12/29/2000 | ST THOMAS HOSPITAL | $5,174.63 | $743.16 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |
| 01036T408498 | 12/29/2000 | 12/29/2000 | PAUL A MAZZONI | $644.00 | $125.46 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |
| 01016N016248 | 12/29/2000 | 12/30/2000 | DANTE J. GRAVES | $50.00 | $17.88 | $0.00 |
| V7283 | PREOPERATIVE EXAMINATION NEC | | | | | |
| 01036T408497 | 12/29/2000 | 12/29/2000 | JAMES D MALISZEWSKYJ | $240.00 | $118.77 | $0.00 |
| 99601 | MALFUNCTION, CARDIAC PACEMAKER | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | |
| 01075N050976 | 1/2/2001 | 1/2/2001 | DANIEL C. GEDDIE | $35.00 | $8.43 | $0.94 |
| V4589 | POSTPROCEDURAL STATES NEC | | | | | |
| 01011N006562 | 1/2/2001 | 1/2/2001 | LAB ONE INC | $4.89 | $4.40 | $0.49 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | |
| 01009N013986 | 1/2/2001 | 1/2/2001 | LOYDA TACOGUE | $10.00 | $0.00 | $3.27 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | |
| 01005U032133 | 1/2/2001 | 1/2/2001 | ST THOMAS HOSPITAL | $159.94 | $0.00 | $18.53 |
| V4589 | POSTPROCEDURAL STATES NEC | | | | | |
| 01016N085385 | 1/9/2001 | 1/9/2001 | LAB ONE INC | $4.89 | $4.40 | $0.49 |
| V5861 | LONG-TERM USE OF ANTICOAGULANTS | | | | | |
| 01017N041291 | 1/9/2001 | 1/9/2001 | LOYDA TACOGUE | $10.00 | $2.94 | $0.33 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | |
| 01019N052865 | 1/16/2001 | 1/16/2001 | JOHN PIROLO | $75.00 | $49.72 | $5.53 |
| 42781 | DYSFUNCTION, SINOATRIAL NODE | | | | | |
| 01029N050550 | 1/19/2001 | 1/19/2001 | LAB ONE INC | $4.89 | $4.40 | $0.49 |
| V5861 | LONG-TERM USE OF ANTICOAGULANTS | | | | | |
| 01031N015230 | 1/19/2001 | 1/19/2001 | LOYDA TACOGUE | $145.00 | $72.03 | $8.01 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 01045N030747 | 2/5/2001 | 2/5/2001 | LAB ONE INC | $4.89 | $4.40 | $0.49 |
| V5861 | LONG-TERM USE OF ANTICOAGULANTS | | | | | |
| 01054N007943 | 2/5/2001 | 2/5/2001 | JAMES H. BAKER, II | $265.00 | $132.83 | $14.76 |
| 4260 | BLOCK, AV, COMPLETE | | | | | |
| 01086N049930 | 2/16/2001 | 2/16/2001 | LAB ONE INC | $24.46 | $22.01 | $2.45 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | | |
| 01053N017194 | 2/16/2001 | 2/16/2001 | LOYDA | TACOGUE | $130.00 | $53.68 | $5.87 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01066U033937 | 3/2/2001 | 3/2/2001 | ST THOMAS | HOSPITAL | $908.37 | $198.50 | $22.06 |
| 4359 | ISCHEMIA, TRANSIENT CEREBRAL NOS | | | | | | |
| 01074N047538 | 3/2/2001 | 3/2/2001 | RONALD B. | ADDLESTONE | $98.00 | $24.81 | $2.76 |
| 4359 | ISCHEMIA, TRANSIENT CEREBRAL NOS | | | | | | |
| 01088N009992 | 3/2/2001 | 3/2/2001 | MARK A. | ZENKER | $336.00 | $101.68 | $11.31 |
| 4242 | DISORDER, NONRHM TRICUSPID VALVE | | | | | | |
| 01087N060872 | 3/2/2001 | 3/2/2001 | LAB ONE INC | | $4.89 | $4.40 | $0.49 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01085N025923 | 3/2/2001 | 3/2/2001 | LOYDA | TACOGUE | $145.00 | $72.03 | $8.01 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01075N018386 | 3/8/2001 | 3/8/2001 | ROBERT B. | GASTON JR. | $147.00 | $73.71 | $8.21 |
| 5589 | GASTROENTERITIS/COLITIS NONINFC NEC | | | | | | |
| 01075N018399 | 3/9/2001 | 3/9/2001 | ROBERT B. | GASTON JR. | $74.00 | $37.28 | $4.15 |
| 5990 | INFECTION, URINARY TRACT NOS | | | | | | |
| 01081N022079 | 3/16/2001 | 3/16/2001 | LOYDA | TACOGUE | $145.00 | $19.97 | $2.22 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01089N043578 | 3/23/2001 | 3/23/2001 | LOYDA | TACOGUE | $10.00 | $2.94 | $0.33 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01092N065731 | 3/23/2001 | 3/23/2001 | LAB ONE INC | | $4.89 | $4.40 | $0.49 |
| 424 | DISEASES, ENDOCARDIUM, OTHER | | | | | | |
| 01095N026487 | 3/30/2001 | 3/30/2001 | LOYDA | TACOGUE | $130.00 | $19.97 | $2.22 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | | |
| 01120T407102 | 3/30/2001 | 3/30/2001 | LOYDA | TACOGUE | $70.00 | $33.71 | $3.75 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01109N018052 | 4/6/2001 | 4/6/2001 | LAB ONE INC | | $4.89 | $4.40 | $0.49 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01106N057721 | 4/6/2001 | 4/6/2001 | LOYDA | TACOGUE | $10.00 | $2.94 | $0.33 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | | |
| 01106N054880 | 4/11/2001 | 4/11/2001 | MICHAEL J | KAMINSKI | $58.00 | $33.71 | $3.75 |
| 4359 | ISCHEMIA, TRANSIENT CEREBRAL NOS | | | | | | |
| 01117N054140 | 4/16/2001 | 4/16/2001 | SARINA W. | FORDICE | $206.00 | $47.55 | $5.28 |
| 4359 | ISCHEMIA, TRANSIENT CEREBRAL NOS | | | | | | |
| 01117M017981 | 4/16/2001 | 4/16/2001 | JULIE C. | KENNON | $140.00 | $36.76 | $4.09 |
| 36234 | OCCLUSION, TRANSIENT ARTERIAL, RTNL | | | | | | |
| 01117U007447 | 4/16/2001 | 4/16/2001 | ST THOMAS | HOSPITAL | $1,274.62 | $340.97 | $37.88 |
| 4359 | ISCHEMIA, TRANSIENT CEREBRAL NOS | | | | | | |
| 01114N051351 | 4/19/2001 | 4/19/2001 | JOHN | PIROLO | $65.00 | $32.71 | $3.63 |
| 4260 | BLOCK, AV, COMPLETE | | | | | | |
| 01149N078983 | 4/26/2001 | 4/26/2001 | LAB ONE INC | | $4.89 | $4.40 | $0.49 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |
| 01121N025441 | 4/26/2001 | 4/26/2001 | LOYDA | TACOGUE | $10.00 | $2.94 | $0.33 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | | |
| 01149N069996 | 5/11/2001 | 5/11/2001 | LAB ONE INC | | $27.40 | $27.40 | $0.00 |
| V5869 | LONG-TERM USE OF MEDICATIONS NEC | | | | | | |
| 01141N019331 | 5/11/2001 | 5/11/2001 | LOYDA | TACOGUE | $130.00 | $34.65 | $25.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | | |

Member Name: JANICE SMITH

Member ID Number: 41592127301 Group: BlueCare

| Claim Number | Service From | Service Thru | Provider Name | Total Charged | Total Paid | Patient Liability |
|---|---|---|---|---|---|---|
| Diag CD | Description | | | | | |
| 01170N050490 | 6/11/2001 | 6/11/2001 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| 01189N019260 | 6/11/2001 | 6/11/2001 | LOYDA TACOGUE | $10.00 | $3.27 | $0.00 |
| V433 | HEART VALVE REPLACEMENT NEC | | | | | |
| 01183N057732 | 6/25/2001 | 6/25/2001 | LAB ONE INC | $4.89 | $4.89 | $0.00 |
| 4240 | DISORDER, MITRAL VALVE | | | | | |
| | | | **Grand Totals:** | $161,446.19 | $37,041.19 | $1,134.02 |

BlueCross BlueShield of Tennessee

An Independent Licensee of the BlueCross BlueShield Association




## Legal Division

Facsimile Transmittal Cover Sheet

**Date:** April 30, 2004 **Time:** 9:38 AM

**Deliver To:** Patti Wilkes w/ Kinnard, Clayton & Beveridge

**Fax#:** ( 615 ) 297-1505 **Phone#:** **( 615 ) 297-1007**

From: Corine C. Murphy **Phone#:** (423) 752-8311

**Re: Janice Smith / 415921273-01—DOA—1-10-2000**

NUMBER OF PAGES (INCLUDING THE COVER SHEET): 13

***Message*: Attached please find an updated itemized listing of claims benefits paid on behalf of our member as related to the captioned accident. If you have any further question, please call telephone number listed above. *CCM***

---

The information contained in this fax message and any attached documents is intended only for the personal and confidential use of the designated recipient(s). This message may be an attorney-client communication attorney work product information, and, as such, it is privileged and confidential information. If the reader of this message is not the intended recipient (or an agent responsible for delivering it to the intended recipient), you are hereby notified that any unauthorized distribution or copying of this facsimile or the information contained in it is strictly prohibited. If you have received this facsimile in error, please contact us immediately at the telephone number listed below so we can arrange for the proper disposition of this information. Thank you.

**Mail to:** BlueCross BlueShield of Tennessee
801 Pine Street
Chattanooga, TN 37402-2555
**Fax: (423) 763-3520**
**Attn.: Corine C. Murphy, 8p Subrogation**