Exh B



HCFA MEDICARE · MEDICAID Health Care Financing Administration

# Medicare Summary Notice

February 24, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number:** 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A

If you have questions, write or call
**CIGNA Medicare**
**P.O. Box 1465**
**Nashville, Tn 37202**

**Local: (615) 244-5650**
**Toll-free: 1-800-342-8900**
**TTY: 1-800-686-5485**

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 01/25/2003 through 02/24/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03021744394000 | | | | | | |
| **LOYDA C TACOGUE MD, 4230 HARDING RD STE 202, NASHVILLE, TN 37205-2013** | | | | | | |
| Referred by: DR. ROBERT B GASTON | | | | | | |
| 12/13/02 | 1 Drawing blood for specimen (G0001) | $10.00 | $0.00 | $0.00 | $10.00 | a |
| Claim number 03041762636000 | | | | | | |
| **LOYDA C TACOGUE MD, 4230 HARDING RD STE 202, NASHVILLE, TN 37205-2013** | | | | | | |
| Referred by: DR. ROBERT B GASTON | | | | | | |
| 01/31/03 | 1 Electrocardiogram, complete (93000) | $60.00 | $22.93 | $18.34 | $4.59 | |
| 01/31/03 | 1 Drawing blood for specimen (G0001) | 10.00 | 3.00 | 3.00 | 0.00 | b |
| 01/31/03 | 1 Office/outpatient visit, est (99214) | 95.00 | 73.56 | 58.85 | 14.71 | |
| | **Claim Total** | **$165.00** | **$99.49** | **$80.19** | **$19.30** | |

## Notes Section:

a Our records show you did not have Part B coverage when you received this service. If you disagree, please contact us at the customer service number shown on this notice.

b This service is paid at 100% of the Medicare approved amount.

## Deductible Information:

You have now met $.00 of your $100.00 Part B deductible for 2002.

You have met the Part B deductible for 2003.

**THIS IS NOT A BILL - Keep this notice for your records.**

0031965 00550 57414

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

HCFA MEDICARE - MEDICAID Health Care Financing Administration

# Medicare Summary Notice

March 13, 200_

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

BE INFORMED: Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 02/11/2003 through 03/13/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03038604526000 | | | | | | |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | |
| Referred by: DR. R B GASTON JR | | | | | | |
| DR. WILLIAM D THOMPSON | | | | | | |
| 01/24/03 | 1 Analyze pacemaker system (93732) | $135.00 | $62.10 | $28.53 | $33.57 | a |
| 01/24/03 | 1 Office/outpatient visit, est (99214) | 147.00 | 73.56 | 0.00 | 73.56 | b |
| | **Claim Total** | **$282.00** | **$135.66** | **$28.53** | **$107.13** | |
| Claim number 03058731348000 | | | | | | |
| **VANDERBILT UNIVERSITY, DBA VANDERBILT MED GRP, DEPT AT 40379, ATLANTA, GA 31192-0379** | | | | | | c |
| Referred by: DR. MARK A WIGGER | | | | | | |
| DR. LIGHT RICHARD W | | | | | | |
| 02/03/03 | 1 Pulmonary stress test/simple (94620-26) Professional Charge | $206.00 | $29.86 | $23.89 | $5.97 | |

**Notes Section:**

a $26.44 of the approved amount has been applied toward your deductible.

b This approved amount has been applied toward your deductible.

c This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

March 10, 2003

JANICE SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

BE INFORMED: Always review your Medicare Summary Notice for correct information about the items or services you received.

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call:
Riverbend Government Benefits Admin.
730 Chestnut Street
Chattanooga, TN 37402

Toll Free: 1-866-641-2007

This is a summary of claims processed on 02/25/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20305035208504<br>St Thomas Hospital<br>4220 Harding Rd<br>P.O. Box 23310<br>Nashville, TN 37202<br>Referred by: Mark A. Wigger | | | | | | a,b |
| 02/03/03 | Breathing capacity test (94010) | $432.95 | $0.00 | $14.77 | $14.77 | |
| | Residual lung capacity (94240) | 106.60 | 0.00 | 26.85 | 26.85 | |
| | Pulm stress test/complex (94621) | 487.95 | 0.00 | 43.06 | 43.06 | |
| | Monoxide diffusing capacity (94720) | 59.50 | 0.00 | 26.85 | 26.85 | |
| | Claim Total | $1,087.00 | $0.00 | $111.53 | $111.53 | |

**Notes Section:**

a The amount Medicare paid the provider for this claim is $198.26.

b This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

THIS IS NOT A BILL - Keep this notice for your records.

Page 01 of 03

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

April 10, 2003

JANICE SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

CUSTOMER SERVICE INFORMATION

Your Medicare Number: 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A

If you have questions, write or call:
Riverbend Government Benefits Admin.
730 Chestnut Street
Chattanooga, TN 37402

Toll Free: 1-866-641-2007

BE INFORMED: Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 03/12/2003.

## PART A HOSPITAL INSURANCE - INPATIENT CLAIMS

| Dates of Service | Benefit Days Used | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|
| Control number 20306911352704<br>St Thomas Hospital<br>4220 Harding Rd<br>P.O. Box 23310<br>Nashville, TN 37202<br>Referred by: W.david Thompson | | | | | a,b |
| 02/24/03-03/04/03 | 8 days | $0.00 | $840.00 | $840.00 | c,d |

## Notes Section:

a The amount Medicare paid the provider for this claim is $6,641.54.

b This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

c Days used are being subtracted from your total inpatient benefits for this benefit period.

d $840.00 was applied to your inpatient deductible.

THIS IS NOT A BILL - Keep this notice for your records.

MEDICARE · MEDICAID
Health Care Financing Administration

# Medicare Summary Notice

April 21, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

BE INFORMED: Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 03/22/2003 through 04/21/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03079600086000 | | | | | | a |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | |
| DR. WILLIAM D THOMPSON | | | | | | |
| 02/27/03 | 1 Reposition pacing-defib lead (33215-51) | $566.00 | $141.43 | $113.14 | $28.29 | b |
| 02/27/03 | 1 X-ray & pacemaker insertion (71090-26) Professional Charge | 60.00 | 26.76 | 21.41 | 5.35 | |
| 02/27/03 | 1 Insert pacing lead & connect (33224) | 925.00 | 462.21 | 369.77 | 92.44 | |
| | **Claim Total** | **$1,551.00** | **$630.40** | **$504.32** | **$126.08** | |
| Claim number 03107603407000 | | | | | | c |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | |
| Referred by: DR. MARK A WIGGER | | | | | | |
| DR. WILLIAM D THOMPSON | | | | | | |
| 03/01/03 | 1 Subsequent hospital care (99232) | $110.00 | $0.00 | $0.00 | $0.00 | d,e |
| 03/02/03 | 1 Subsequent hospital care (99231) | 70.00 | 0.00 | 0.00 | 0.00 | d,c |
| | **Claim Total** | **$180.00** | **$0.00** | **$0.00** | **$0.00** | |
| Claim number 03084604003000 | | | | | | a |
| **RADIOLOGY ALLIANCE PC, PO BOX 440166, NASHVILLE, TN 37244-0166** | | | | | | |
| DR. DANIEL C GEDDIE | | | | | | |
| 02/28/03 | 1 Chest x-ray (71020-26) Professional Charge | $34.00 | $10.43 | $8.34 | $2.09 | |

THIS IS NOT A BILL - Keep this notice for your records.

HCFA MEDICARE • MEDICAID Health Care Financing Administration

# Medicare Summary Notice

April 25, 200

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 03/26/2003 through 04/25/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03084712715000 | | | | | a |
| | **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | |
| | DR. JAMES H BAKER II | | | | | |
| 03/12/03 | 1 Doppler echo exam, heart (93320) | $200.00 | $77.27 | $61.82 | $15.45 | |
| 03/12/03 | 1 Doppler color flow add-on (93325) | 180.00 | 103.10 | 82.48 | 20.62 | |
| 03/12/03 | 1 Echo exam of heart (93307) | 440.00 | 176.84 | 141.47 | 35.37 | |
| | **Claim Total** | **$820.00** | **$357.21** | **$285.77** | **$71.44** | |
| | Claim number 03107603408000 | | | | | b |
| | **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | |
| | Referred by: DR. MARK A WIGGER | | | | | |
| | DR. WILLIAM D THOMPSON | | | | | |
| 02/26/03 | 1 Subsequent hospital care (99232) | $110.00 | $0.00 | $0.00 | $0.00 | c,d |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

b If you have any other insurance, it may help with the part Medicare did not pay. You must file a claim with your private insurance company to receive benefits.

c The cost of care before and after the surgery or procedure is included in the approved amount for this item or service.

(continue

**THIS IS NOT A BILL - Keep this notice for your records.**

HCFA MEDICARE • MEDICAID Health Care Financing Administration

# Medicare Summary Notice

May 15, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 04/15/2003 through 05/15/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03121705140000<br>CARDIOVASCULAR ANESTHESIO, PO BOX 651405, CHARLOTTE, NC 28265-1405<br>Referred by: DR. DANTE J GRAVES<br>DR. KENNETH C PETRONI | | | | | a |
| 04/21/03 | 1 Anesth, cat or MRI scan (01922-AA) | $495.00 | $142.22 | $113.78 | $28.44 | |
| | Claim number 03104603688000<br>HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145<br>Referred by: DR. MARK A WIGGER<br>RITA C FELTS | | | | | a |
| 04/04/03 | 1 Office/outpatient visit, est (99215) | $217.00 | $92.96 | $74.37 | $18.59 | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

## Deductible Information:

You have met the Part B deductible for 2003.

**THIS IS NOT A BILL - Keep this notice for your records.**

HCFA MEDICARE · MEDICAID Health Care Financing Administration

# Medicare Summary Notice

May 16, 2.

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

BE INFORMED: Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 04/16/2003 through 05/16/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03118712136000 | | | | | | |
| HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145 | | | | | | a |
| DR. MARK A WIGGER | | | | | | |
| 04/16/03 | 1 Office/outpatient visit, est (99215) | $217.00 | $109.37 | $87.50 | $21.87 | |
| Claim number 03101603710000 | | | | | | |
| HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145 | | | | | | a |
| Referred by: DR. MARK A WIGGER | | | | | | |
| DR. WILLIAM D THOMPSON | | | | | | |
| 04/04/03 | 1 Analyze pacemaker system (93731) | $86.00 | $39.41 | $31.53 | $7.88 | |
| 04/04/03 | 1 Office/outpatient visit, est (99214) | 147.00 | 0.00 | 0.00 | 0.00 | b,c |
| | Claim Total | $233.00 | $39.41 | $31.53 | $7.88 | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

b The cost of care before and after the surgery or procedure is included in the approved amount for this item or service.

c You should not be billed for this service. You do not have to pay this amount.

**THIS IS NOT A BILL - Keep this notice for your records.**

HCFA MEDICARE · MEDICAID Health Care Financing Administration

# Medicare Summary Notice

May 19, 2003

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 04/19/2003 through 05/19/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03106724150000 | | | | | |
| | HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145 | | | | | a |
| | DR. MARK A WIGGER | | | | | |
| 02/24/03 | 1 Initial hospital care (99223) | $300.00 | $143.85 | $115.08 | $28.77 | |
| 02/25/03 | 1 Subsequent hospital care (99233) | 155.00 | 72.79 | 58.23 | 14.56 | |
| | **Claim Total** | **$455.00** | **$216.64** | **$173.31** | **$43.33** | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

## Deductible Information:

You have met the Part B deductible for 2003.

## General Information:

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

(continued)

HCFA MEDICARE · MEDICAID Health Care Financing Administration

# Medicare Summary Notice



May 28, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

BE INFORMED: Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 04/28/2003 through 05/28/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03114601771000 | | | | | | |
| HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145 | | | | | | a |
| Referred by: DR. MARK A WIGGER | | | | | | |
| DR. WILLIAM D THOMPSON | | | | | | |
| 03/03/03 | 1 Subsequent hospital care (99231) | $70.00 | $0.00 | $0.00 | $0.00 | b,c |
| 03/04/03 | 1 Hospital discharge day (99238) | 130.00 | 0.00 | 0.00 | 0.00 | b,c |
| | Claim Total | $200.00 | $0.00 | $0.00 | $0.00 | |

## Notes Section:

a If you have any other insurance, it may help with the part Medicare did not pay. You must file a claim with your private insurance company to receive benefits.

b The cost of care before and after the surgery or procedure is included in the approved amount for this item or service.

c You should not be billed for this service. You do not have to pay this amount.

## Deductible Information:

You have met the Part B deductible for 2003.

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

May 10, 2003

JANICE SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call:
Riverbend Government Benefits Admin.
730 Chestnut Street
Chattanooga, TN 37402

Toll Free: 1-866-641-2007

BE INFORMED: Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 04/30/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20311813180704 | | | | | | |
| St Thomas Hospital | | | | | | a,b |
| 4220 Harding Rd | | | | | | |
| P.O. Box 23310 | | | | | | |
| Nashville, TN 37202 | | | | | | |
| Referred by: Dante Graves | | | | | | |
| 04/21/03 | Drugs/Generic | $23.30 | $0.00 | $0.00 | $0.00 | c |
| | IV Solutions | 46.35 | 0.00 | 0.00 | 0.00 | c |
| | Echo transesophageal (93312) | 852.70 | 0.00 | 143.07 | 143.07 | |
| | Fentanyl citrate injeciton (J3010) | 8.90 | 0.00 | 0.00 | 0.00 | c |
| | Claim Total | $931.25 | $0.00 | $143.07 | $143.07 | |

**Notes Section:**

a The amount Medicare paid the provider for this claim is $126.35.

b This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

c Payment is included in another service received on the same day.

THIS IS NOT A BILL - Keep this notice for your records.

Your Medicare Number: 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A



PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03084604004000 | | | | | | |
| RADIOLOGY ALLIANCE PC, PO BOX 440166, NASHVILLE, TN 37244-0166 | | | | | | a |
| DR. JOHN P MOYERS | | | | | | |
| 02/27/03 | 1 Extremity study (93971-26LT) Professional Charge | $73.00 | $21.76 | $17.41 | $4.35 | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

b This surgery was reduced because it was performed with another surgery on the same day.

c If you have any other insurance, it may help with the part Medicare did not pay. You must file a claim with your private insurance company to receive benefits.

d The cost of care before and after the surgery or procedure is included in the approved amount for this item or service.

e You should not be billed for this service. You do not have to pay this amount.

## Deductible Information:

You have met the Part B deductible for 2003.

## General Information:

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

To request an address change or to report a lost or stolen Medicare Card, please call the Social Security Administration at 1-800-772.1213.

HCFA MEDICARE : MEDICAID Health Care Financing Administration

# Medicare Summary Notice



June 26, 20(

CUSTOMER SERVICE INFORMATION

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 05/27/2003 through 06/26/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03143714457000 | | | | | | |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | a |
| DR. MARK A ZENKER | | | | | | |
| 02/28/03 | 1 Electrocardiogram report (93010) | $25.00 | $8.30 | $6.64 | $1.66 | |
| Claim number 03143714458000 | | | | | | |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | a |
| DR. MARK A ZENKER | | | | | | |
| 02/28/03 | 1 Electrocardiogram report (93010-76) | $25.00 | $8.30 | $6.64 | $1.66 | |
| Claim number 03153719966000 | | | | | | |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | a |
| Referred by: DR. LOYDA C TACOGUE | | | | | | |
| DR. DANTE J GRAVES | | | | | | |
| 04/21/03 | 1 Doppler color flow add-on (93325-26) Professional Charge | $113.00 | $3.72 | $2.98 | $0.74 | |
| 04/21/03 | 1 Doppler echo exam, heart (93320-26) Professional Charge | 83.00 | 18.81 | 15.04 | 3.77 | |
| 04/21/03 | 1 Echo transesophageal (93312-26) Professional Charge | 255.00 | 107.46 | 85.97 | 21.49 | |
| | Claim Total | $451.00 | $129.99 | $103.99 | $26.00 | |

Your Medicare Number: 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A

PART B MEDICAL INSURANCE - ASSIGNED CLAIMS (continued)

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03148711421000 | | | | | | a |
| HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145 | | | | | | |
| DR. MARK A WIGGER | | | | | | |
| 05/12/03 | 1 Office/outpatient visit, est (99215) | $217.00 | $109.37 | $87.50 | $21.87 | |

**Notes Section:**

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

## Deductible Information:

You have met the Part B deductible for 2003.

## General Information:

You have the right to make a request in writing for an itemized statement which details each Medicare item or service which you have received from your physician, hospital or any other health supplier or health professional. Please contact them directly, in writing, if you would like an itemized statement.

Compare the services you receive with those that appear on your Medicare Summary Notice. If you have questions, call your doctor or provider. If you feel further investigation is needed due to possible fraud or abuse, call the phone number in the Customer Service Information Box.

To request an address change or to report a lost or stolen Medicare Card, please call the Social Security Administration at 1-800-772.1213.

## Appeals Information - Part B

**If you disagree with any claims decision on this notice,** you can request an appeal by October 24, 2003. Follow the instructions below:

1) Circle the item(s) you disagree with and explain why you disagree.

2) Send this notice, or a copy, to the address in the "Customer Service Information" box on Page 1.

   (You may also send any additional information you may have about your appeal.)

3) Sign here ______________________ Phone number (___)______________

HCFA MEDICARE · MEDICAID Health Care Financing Administration

# Medicare Summary Notice

July 17, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

BE INFORMED: Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

CUSTOMER SERVICE INFORMATION

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

This is a summary of claims processed from 06/17/2003 through 07/17/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03167721048000 | | | | | | |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | a |
| DR. MARK A WIGGER | | | | | | |
| 06/09/03 | 1 Office/outpatient visit, est (99215) | $217.00 | $109.37 | $87.50 | $21.87 | |
| Claim number 03183723710000 | | | | | | |
| **RADIOLOGY ALLIANCE PC, PO BOX 440166, NASHVILLE, TN 37244-0166** | | | | | | a |
| Referred by: DR. ROBERT J FALLIS | | | | | | |
| DR. KERRY J SCHUMACHER | | | | | | |
| 06/20/03 | 1 3d/holograph reconstr add-on (76375-26) Professional Charge | $22.00 | $7.61 | $6.09 | $1.52 | |
| 06/20/03 | 1 Ct head/brain w/o&w dye (70470-26) Professional Charge | 211.00 | 61.09 | 48.87 | 12.22 | |
| | Claim Total | $233.00 | $68.70 | $54.96 | $13.74 | |
| Claim number 03171723765000 | | | | | | |
| **SAINT THOMAS NEUROLOGY GR, PO BOX 158965, NASHVILLE, TN 37215-8965** | | | | | | a |
| Referred by: DR. LOYDA C TACOGUE | | | | | | |
| DR. ROBERT J FALLIS | | | | | | |
| 06/17/03 | 1 Office consultation (99244) | $210.00 | $154.96 | $123.97 | $30.99 | |

THIS IS NOT A BILL - Keep this notice for your records.

0020047

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

July 10, 2003

JANICE SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

CUSTOMER SERVICE INFORMATION

Your Medicare Number: 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A

If you have questions, write or call:
Riverbend Government Benefits Admin.
730 Chestnut Street
Chattanooga, TN 37402

Toll Free: 1-866-641-2007

BE INFORMED: Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 06/27/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20317611314404 | | | | | | |
| **St Thomas Hospital** | | | | | | a,b |
| **4220 Harding Rd** | | | | | | |
| **P.O. Box 23310** | | | | | | |
| **Nashville, TN 37202** | | | | | | |
| Referred by: Robert Fallis | | | | | | |
| 06/20/03 | Drugs/Incident Rad | $420.40 | $0.00 | $0.00 | $0.00 | c |
| | Ct head/brain w/o&w dye (70470) | 889.30 | 0.00 | 143.26 | 143.26 | |
| | 3d/holograph reconstr add-on (76375) | 374.15 | 0.00 | 43.38 | 43.38 | |
| | Claim Total | $1,683.85 | $0.00 | $186.64 | $186.64 | |

## Notes Section:

a The amount Medicare paid the provider for this claim is $171.43.

b This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

c Payment is included in another service received on the same day.

THIS IS NOT A BILL - Keep this notice for your records.

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

August 10, 2003

JANICE SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call:
Riverbend Government Benefits Admin.
730 Chestnut Street
Chattanooga, TN 37402

Toll Free: 1-866-641-2007

BE INFORMED: Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 07/14/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20319114260104 | | | | | | |
| St Thomas Hospital<br>4220 Harding Rd<br>P.O. Box 23310<br>Nashville, TN 37202 | | | | | | a |
| Referred by: Robert Fallis | | | | | | |
| 06/17/03 | Drawing blood for specimen (G0001) | $7.30 | $0.00 | $0.00 | $0.00 | b |
| | Basic metabolic panel (80048) | 28.35 | 0.00 | 0.00 | 0.00 | b |
| | Complete cbc w/auto dif (85025) | 28.45 | 0.00 | 0.00 | 0.00 | b |
| | Prothrombin time (85610) | 21.50 | 0.00 | 0.00 | 0.00 | b |
| | Rbc sed rate, nonautomated (85651) | 22.65 | 22.65 | 0.00 | 22.65 | c |
| | Claim Total | $108.25 | $22.65 | $0.00 | $22.65 | |

**Notes Section:**

a The amount Medicare paid the provider for this claim is $28.99.

b This service is paid at 100% of the Medicare approved amount.

c Medicare does not pay for this item or service.

THIS IS NOT A BILL - Keep this notice for your records.

HCFA MEDICARE · MEDICAID Health Care Financing Administration

# Medicare Summary Notice

August 15, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

CUSTOMER SERVICE INFORMATION

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

This is a summary of claims processed from 07/16/2003 through 08/15/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 03196719370000 | | | | | | |
| **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | | a |
| Referred by: DR. MARK A WIGGER | | | | | | |
| DR. DANTE J GRAVES | | | | | | |
| 07/03/03 | 1 Analyze pacemaker system (93732) | $135.00 | $63.11 | $50.49 | $12.62 | |
| 07/03/03 | 1 Office/outpatient visit, est (99213) | 94.00 | 47.53 | 38.02 | 9.51 | |
| | **Claim Total** | **$229.00** | **$110.64** | **$88.51** | **$22.13** | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

## Deductible Information:

You have met the Part B deductible for 2003.

THIS IS NOT A BILL - Keep this notice for your records.

HCFA MEDICARE · MEDICAID Health Care Financing Administration

# Medicare Summary Notice

September 8, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

CUSTOMER SERVICE INFORMATION

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

This is a summary of claims processed from 08/09/2003 through 09/08/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03230736878000 | | | | | a |
| | **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | |
| | DR. MARK A WIGGER | | | | | |
| 08/11/03 | 1 Office/outpatient visit, est (99215) | $217.00 | $109.37 | $87.50 | $21.87 | |
| | Claim number 03219706538000 | | | | | a |
| | **LOYDA C TACOGUE MD, 4230 HARDING RD STE 202, NASHVILLE, TN 37205-2013** | | | | | |
| | Referred by: DR. ROBERT B GASTON | | | | | |
| 07/29/03 | 1 Electrocardiogram, complete (93000) | $60.00 | $23.64 | $18.91 | $4.73 | |
| 07/29/03 | 1 Office/outpatient visit, est (99214) | 95.00 | 74.42 | 59.54 | 14.88 | |
| | **Claim Total** | **$155.00** | **$98.06** | **$78.45** | **$19.61** | |
| | Claim number 03219725464000 | | | | | a |
| | **SAINT THOMAS NEUROLOGY GR, PO BOX 158965, NASHVILLE, TN 37215-8965** | | | | | |
| | Referred by: DR. LOYDA C TACOGUE | | | | | |
| | DR. ROBERT J FALLIS | | | | | |
| 07/29/03 | 1 Office/outpatient visit, est (99213) | $58.00 | $47.53 | $38.02 | $9.51 | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

THIS IS NOT A BILL - Keep this notice for your records.

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

October 10, 2003

JANICE SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call:
Riverbend Government Benefits Admin.
730 Chestnut Street
Chattanooga, TN 37402

Toll Free: 1-866-641-2007

BE INFORMED: Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 09/05/2003.

## PART A HOSPITAL INSURANCE - INPATIENT CLAIMS

| Dates of Service | Benefit Days Used | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|
| Control number 20324610324004<br>St Thomas Hospital<br>4220 Harding Rd<br>P.O. Box 23310<br>Nashville, TN 37202 | | | | | a,b |
| Referred by: K. Kyriakidis<br>08/25/03-08/28/03 | 3 days | $0.00 | $840.00 | $840.00 | c,d |

**Notes Section:**

a The amount Medicare paid the provider for this claim is $3,199.09.

b This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

c Days used are being subtracted from your total inpatient benefits for this benefit period.

d $840.00 was applied to your inpatient deductible.

THIS IS NOT A BILL - Keep this notice for your records.

# CMS Medicare Summary Notice

October 13, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, TN 37202

Toll-free: 1-800-342-8900

TTY (tele-typewriter) and TDD users only should call: 1-800-686-5485

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 09/13/2003 through 10/13/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03269753378000<br>**CENTRAL SETON, PO BOX 1560, NASHVILLE, TN 37202-1560**<br>DR. KYRIAKOS E KYRIAKIDIS | | | | | a |
| 08/25/03 | 1 Initial hospital care (99223) | $269.00 | $143.85 | $115.08 | $28.77 | |
| | Claim number 03258746592000<br>**EMERGENCY MEDICINE CONSUL, P O BOX 415000, MSC410438, NASHVILLE, TN 37241**<br>Referred by: DR. JAMES K COOPER<br>DR. GEORGE J COOPER JR | | | | | a |
| 08/25/03 | 1 Emergency dept visit (99285) | $350.00 | $138.39 | $110.71 | $27.68 | |
| | Claim number 03254801322000<br>**HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145**<br>Referred by: DR. KYRIAKOS E KYRIAKIDI<br>DR. KEMP E WILSON | | | | | a |
| 08/25/03 | 1 Electrocardiogram report (93010) | $25.00 | $8.30 | $6.64 | $1.66 | |

**Notes Section:**

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

THIS IS NOT A BILL - Keep this notice for your records.

# CMS Medicare Summary Notice

November 19, 200_

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call
**CIGNA Medicare**
**P.O. Box 1465**
**Nashville, TN 37202**

**Toll-free: 1-800-342-8900**

**TTY (tele-typewriter) and TDD users only should call: 1-800-686-5485**

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 10/20/2003 through 11/19/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03293756490000 | | | | | a |
| | **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | |
| | Referred by: DR. KYRIAKOS E KYRIAKIDI | | | | | |
| | DR. MARK A WIGGER | | | | | |
| 08/26/03 | 1 Initial inpatient consult (99253) | $195.00 | $90.41 | $72.33 | $18.08 | |
| | Claim number 03290718735000 | | | | | b |
| | **LOYDA C TACOGUE MD, 4230 HARDING RD STE 202, NASHVILLE, TN 37205-2013** | | | | | |
| | Referred by: DR. ROBERT B GASTON | | | | | |
| 10/10/03 | 1 Flu vaccine, 3 yrs, im (90658) | $15.00 | $9.95 | $9.95 | $0.00 | c |
| 10/10/03 | 1 Admin influenza virus vac (G0008) | 10.00 | 6.84 | 6.84 | 0.00 | c |
| 10/10/03 | 1 Drawing blood for specimen (G0001) | 10.00 | 3.00 | 3.00 | 0.00 | c |
| | **Claim Total** | **$35.00** | **$19.79** | **$19.79** | **$0.00** | |
| | Claim number 03310702422000 | | | | | a |
| | **LOYDA C TACOGUE MD, 4230 HARDING RD STE 202, NASHVILLE, TN 37205-2013** | | | | | |
| | Referred by: DR. ROBERT B GASTON | | | | | |
| 10/30/03 | 1 Electrocardiogram, complete (93000) | $60.00 | $23.64 | $18.92 | $4.72 | |
| 10/30/03 | 1 Office/outpatient visit, est (99213) | 80.00 | 47.53 | 38.02 | 9.51 | |
| | **Claim Total** | **$140.00** | **$71.17** | **$56.94** | **$14.23** | |

# CMS Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

December 26, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

**Your Medicare Number: 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A**

If you have questions, write or call
**CIGNA Medicare**
**P.O. Box 1465**
**Nashville, TN 37202**

**Toll-free: 1-800-342-8900**

**TTY (tele-typewriter) and TDD users only should call: 1-800-686-5485**

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 11/26/2003 through 12/26/2003.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03337723927000 | | | | | |
| | **VANDERBILT UNIVERSITY, DBA VANDERBILT MED GRP, DEPT AT 40379, ATLANTA, GA 31192-0379** | | | | | a |
| | Referred by: DR. MARK A WIGGER | | | | | |
| | DR. LIGHT RICHARD W | | | | | |
| 11/20/03 | 1 Pulmonary stress test/simple (94620-26) PROFESSIONAL CHARGE | $206.00 | $30.01 | $24.01 | $6.00 | |
| | Claim number 03328809883000 | | | | | |
| | **4230 HARDING RD STE 330, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | a |
| | Referred by: DR. KYRIAKOS E KYRIAKIDI | | | | | |
| | DR. MARK A WIGGER | | | | | |
| 10/28/03 | 1 Office/outpatient visit, est (99215) | $217.00 | $109.37 | $87.50 | $21.87 | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

## Deductible Information:

You have met the Part B deductible for 2003.

**THIS IS NOT A BILL - Keep this notice for your records.**

0047030

33600231424

CMS CENTERS for MEDICARE & MEDICAID SERVICES

# Medicare Summary Notice

January 10, 2004

JANICE SMITH
803 HADLEY DR
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call:
Riverbend Government Benefits Admin.
730 Chestnut Street
Chattanooga, TN 37402

Toll Free: 1-866-641-2007

BE INFORMED: Always review your Medicare Summary Notice for correct information about the items or services you received.

This is a summary of claims processed on 12/03/2003.

## PART B MEDICAL INSURANCE - OUTPATIENT FACILITY CLAIMS

| Dates of Service | Services Provided | Amount Charged | Non-Covered Charges | Deductible and Coinsurance | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Control number 20333512080304 | | | | | | a,b |
| St Thomas Hospital | | | | | | |
| 4220 Harding Rd | | | | | | |
| P.O. Box 23310 | | | | | | |
| Nashville, TN 37202 | | | | | | |
| Referred by: Mark A. Wigger | | | | | | |
| 11/20/03 | Respiratory flow volume loop (94375) | $146.00 | $0.00 | $14.77 | $14.77 | |
| | Pulm stress test/complex (94621) | 512.35 | 0.00 | 43.06 | 43.06 | |
| | Claim Total | $658.35 | $0.00 | $57.83 | $57.83 | |

**Notes Section:**

a The amount Medicare paid the provider for this claim is $103.22.

b This information is being sent to your private insurer(s). Send any questions regarding your benefits to them.

**THIS IS NOT A BILL - Keep this notice for your records.**

# CMS Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

January 21, 2004

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, TN 37202

Toll-free: 1-800-342-8900

TTY (tele-typewriter) and TDD users only should call: 1-800-686-5485

BE INFORMED: Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 12/22/2003 through 01/21/2004.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 04016765388000 | | | | | a |
| | **HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145** | | | | | |
| | Referred by: DR. KYRIAKOS E KYRIAKIDI | | | | | |
| | DR. WILLIAM D THOMPSON | | | | | |
| 01/02/04 | 1 Analyze pacemaker system (93731) | $86.00 | $40.69 | $0.00 | $40.69 | b |
| 01/02/04 | 1 Office/outpatient visit, est (99213) | 94.00 | 49.45 | 0.00 | 49.45 | b |
| | **Claim Total** | **$180.00** | **$90.14** | **$0.00** | **$90.14** | |
| | Claim number 03353779678000 | | | | | c |
| | **QUEST DIAGNOSTICS CLINICA, PO BOX 1070, SOUTHEASTERN, PA 19398-1070** | | | | | |
| | Referred by: DR. MARK A WIGGER | | | | | |
| 08/11/03 | 1 Drawing blood for specimen (G0001) | $15.50 | $0.00 | $0.00 | $0.00 | d,e |
| 08/11/03 | 1 Complete cbc w/auto diff wbc (85025) | 33.10 | 10.86 | 10.86 | 0.00 | f |
| 08/11/03 | 1 Prothrombin time (85610-GA) | 33.10 | 5.49 | 5.49 | 0.00 | g,f |
| 08/11/03 | 1 Basic metabolic panel (80048) | 39.61 | 9.64 | 9.64 | 0.00 | f |
| 08/11/03 | 1 Assay of magnesium (83735) | 46.20 | 9.36 | 9.36 | 0.00 | f |
| | **Claim Total** | **$167.51** | **$35.35** | **$35.35** | **$0.00** | |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

b This approved amount has been applied toward your deductible.

(continued)

THIS IS NOT A BILL - Keep this notice for your records.

40210086814

0017605

# CMS Medicare Summary Notice

CENTERS for MEDICARE & MEDICAID SERVICES

March 15, 2004

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

CUSTOMER SERVICE INFORMATION

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, TN 37202

Toll-free: 1-800-342-8900

TTY (tele-typewriter) and TDD users only should call: 1-800-686-5485

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 02/14/2004 through 03/15/2004.

## PART B MEDICAL INSURANCE - ASSIGNED CLAIMS

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| Claim number 04043737074000 | | | | | | |
| HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145 | | | | | | a |
| Referred by: DR. KYRIAKOS E KYRIAKIDI | | | | | | |
| DR. MARK A WIGGER | | | | | | |
| 01/26/04 | 1 Office/outpatient visit, est (99215) | $217.00 | $112.94 | $82.46 | $30.48 | b |

## Notes Section:

a This information is being sent to Medicaid. They will review it to see if additional benefits can be paid.

b $9.86 of the approved amount has been applied toward your deductible.

## Deductible Information:

You have now met $100.00 of your $100.00 Part B deductible for 2004.

THIS IS NOT A BILL - Keep this notice for your records.

0031152 40750152282

MEDICARE · MEDICAID
Health Care Financing Administration

# Medicare Summary Notice



March 24, 2003

JANICE SMITH
803 HADLEY AVE
OLD HICKORY TN 37138-3120

**CUSTOMER SERVICE INFORMATION**

Your Medicare Number: 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A

If you have questions, write or call
CIGNA Medicare
P.O. Box 1465
Nashville, Tn 37202

Local: (615) 244-5650
Toll-free: 1-800-342-8900
TTY: 1-800-686-5485

**BE INFORMED:** Beware of telemarketers or advertisements offering free or discounted Medicare items and services.

This is a summary of claims processed from 02/22/2003 through 03/24/2003.

**PART B MEDICAL INSURANCE - ASSIGNED CLAIMS**

| Dates of Service | Services Provided | Amount Charged | Medicare Approved | Medicare Paid Provider | You May Be Billed | See Notes Section |
|---|---|---|---|---|---|---|
| | Claim number 03064706046000<br>**CARDIOVASCULAR ANESTHESIO, PO BOX 651405, CHARLOTTE, NC 28265-1405**<br>Referred by: DR. WILLIAM D THOMPSON<br>DR. KENNETH C PETRONI | | | | | a |
| 02/27/03 | 1 Anesth, pacemaker insertion (00530-QK) | $1,210.00 | $170.94 | $136.75 | $34.19 | b |
| | Claim number 03064706012000<br>**CARDIOVASCULAR ANESTHESIO, PO BOX 651405, CHARLOTTE, NC 28265-1405**<br>Referred by: DR. WILLIAM D THOMPSON<br>JAMES D MALISZEWSKYJ | | | | | a |
| 02/27/03 | 1 Anesth, pacemaker insertion (00530-QX) | $990.00 | $170.94 | $136.75 | $34.19 | |
| | Claim number 03050729614000<br>**HEART GROUP PLLC, PO BOX 440145, NASHVILLE, TN 37244-0145**<br>Referred by: DR. R B GASTON JR<br>DR. MARK A WIGGER | | | | | a |
| 02/03/03 | 1 Office/outpatient visit, est (99215) | $217.00 | $108.28 | $86.62 | $21.66 | |

0031409

THIS IS NOT A BILL - Keep this notice for your records.

MRA
MEDICAL REIMBURSEMENTS OF AMERICA, LLC
113 SEABOARD LANE, B200
FRANKLIN, TN 37067-8215
PHONE: 615/963-3871 – FAX 615/963-3849

February 12, 2001

Randall L. Kinnard, Esq.
Kinnard, Clayton & Beveridge
The Woodlawn
127 Woodmont Blvd.
Nashville, TN 37205

| | | | | |
|---|---|---|---|---|
| RE: | Patient: | Janice S. Smith | | |
| | Provider: | St. Thomas Hospital | | |
| | Account #: | 37851760 | Account #: | 37948802 |
| | Balance: | $ 5,852.41 | Balance: | $ 159.94 |
| | Account #: | 37951986 | Account #: | 37962929 |
| | Balance: | $ 5,174.63 | Balance: | $ 159.94 |
| | Account #: | 37949795 | | |
| | Balance: | $ 70.93 | | |

Dear Mr. Kinnard:

Please be advised Medical Reimbursements of America, LLC, coordinates benefits for accident specific patient care for the above provider. Specifically, we are administering the above account in the following manner:

1) Asking you to provide health insurance and/or automobile no/fault med-pay billing information and assistance for your client; or

2) Asking you to promptly provide a Letter of Protection. Your Letter of Protection shall be given in consideration for the Provider not taking action against your client while you pursue a viable third party liability claim.

Per your request, attached you will find a copy of your client's itemized statements related to the above accounts. Please contact me at your earliest convenience as this account is scheduled to be forwarded to outside counsel.

Sincerely,

Cindy R. Collins
Claims Representative

Attachments
cc: St. Thomas Hospital
MRA General Counsel