Exh 3

JANICE SMITH
MEDICAL EXPENSES

| Provider | Date of Service | Total Charge |
|---|---|---|
| Elk Valley Health Services, Inc. | 8/15-31/00 | $ 1,243.20 |
| | 9/6-28/00 | 877.04 |
| | 10/2-12/00 | 295.68 |
| Trevor H. Paris, M.D. | 8/9/00 | 154.00 |
| | 8/13/00 | 172.00 |
| John Dexter | 8/8/00 | 255.00 |
| Michael Kaminski, M.D. | 7/28/00 | 221.00 |
| | 7/29/00 | 71.00 |
| | 7/31/00 | 71.00 |
| | 4/11/01 | 58.00 |
| Loyda C. Tacogue, M.D. | 4/13/00 | 60.00 |
| | 4/13/00 | 80.00 |
| | 4/27/00 | 60.00 |
| | 4/27/00 | 62.00 |
| | 6/27/00 | 60.00 |
| | 6/27/00 | 80.00 |
| | 7/17/00 | 45.00 |
| | 8/22/00 | 60.00 |
| | 8/22/80 | 80.00 |
| | 9/22/00 | 60.00 |
| | 9/22/00 | 80.00 |
| | 10/16/00 | 60.00 |
| | 10/16/00 | 62.00 |
| | 11/21/00 | 15.00 |
| | 12/19/00 | 10.00 |



SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

| | |
|---|---|
| 1/2/01 | 10.00 |
| 1/9/01 | 10.00 |
| 1/19/01 | 145.00 |
| 2/16/01 | 70.00 |
| 2/16/02 | 60.00 |
| 3/2/01 | 60.00 |
| 3/2/01 | 85.00 |
| 3/16/01 | 60.00 |
| 3/16/01 | 85.00 |
| 3/23/01 | 10.00 |
| 3/30/01 | 60.00<br>70.00 |
| 4/6/01 | 10.00 |
| 4/26/01 | 10.00 |
| 5/8/01 | 66.95 |
| 5/11/01 | 60.00<br>70.00 |
| 6/11/01 | 10.00 |
| 7/23/01 | 10.00 |
| 8/6/01 | 10.00 |
| 9/4/01 | 10.00 |
| 9/11/01 | 60.00<br>85.00 |
| 10/2/01 | 60.00<br>85.00 |
| 10/12/01 | 10.00 |
| 10/23/01 | 60.00<br>15.00<br>85.00 |
| 1/31/03 | 165.00 |

| | | |
|---|---|---|
| | 7/29/03 | 155.00 |
| | 10/30/03 | 140.00 |
| **Radiology alliance** | 1/2/01 | 35.00 |
| | 3/2/01 | 98.00 |
| | 4/16/01 | 140.00<br>206.00 |
| | 2/27/03 | 73.00 |
| | 6/20/03 | 233.00 |
| **Tennessee Christian Med. Ctr.** | 8/8/00 -8/13/00 | 6,421.80 |
| **Cardiovascular Anesthesia** | 7/25-26/00,<br>7/31/00, 8/1/00,<br>8/4/00,<br>12/12/00,<br>12/19/00 | $12,172.00 |
| | 4/21/03 | 495.00 |
| | 2/27/03 | 1,210.00<br>990.00 |
| **Cardiovascular Surgery Associates, P.C. (Dr. Starkey)** | 3/21/00 | 65.00 |
| | 4/11/00 | 0 |
| | 6/20/00 | 65.00 |
| | 7/24/00 | 6,282.00 |
| | | 1,357.00 |
| | 7/25/00 | 1,888.00 |
| | 8/3/00 | 1,353.00 |
| | 8/22/00 | 0 |
| | 9/5/00 | 65.00 |
| | 11/21/00 | 75.00 |

| | | |
|---|---|---|
| | 12/11/00 | 824.00 |
| | 12/28/00 | 0 |
| | 12/29/00 | 1,281.50 |
| | 1/16/01 | 75.00 |
| **Middle Tn Medical** | 2/3/03 | 80.00 |
| **LabOne, Inc.** | 8/22/00 | 2.94 |
| | 9/18/00 | 4.89 |
| | 9/22/00 | 24.32 |
| | 10/9/00 | 4.75 |
| | 10/16/00 | 24.46 |
| | 12/19/00 | 4.89 |
| | 1/2/01 | 4.89 |
| | 1/9/01 | 4.89 |
| | 1/19/01 | 4.89 |
| | 2/5/01 | 4.89 |
| | 2/16/01 | 24.46 |
| | 3/2/01 | 4.89 |
| | 3/16/01 | 4.89 |
| | 3/23/01 | 4.89 |
| | 4/6/01 | 4.89 |
| **Quest Diagnostics Clinic** | 8/11/03 | 167.51 |

| | | |
|---|---|---|
| **The Heart Group** | 3/22/00 | 255.00 |
| | | 140.00 |
| | | 80.00 |
| | 7/10/00 | 255.00 |
| | | 113.00 |
| | | 83.00 |
| | | 81.00 |
| | 7/21/00 | 25.00 |
| | 7/24/00 | 255.00 |
| | | 113.00 |
| | | 83.00 |
| | | 81.00 |
| | 7/28/00 | 25.00 |
| | 7/31/00 | 25.00 |
| | 8/1/00 | 25.00 |
| | 8/3/00 | 25.00 |
| | 12/29/00 | 25.00 |
| | 12/30/00 | 25.00 |
| | 9/13/01 | 140.00 |
| | | 113.00 |
| | | 83.00 |
| | 11/12/01 | 146.00 |
| | 12/18/01 | 135.00 |
| | 1/14/02 | 135.00 |
| | 2/15/02 | 135.00 |
| | 2/18/02 | 360.00 |
| | 4/12/02 | 820.00 |
| | 4/12/02 | 80.00 |
| | 5/13/02 | 146.00 |
| | 5/6/02 | 315.00 |
| | 5/13/02 | 360.00 |
| | 7/10/02 | 80.00 |

| | |
|---|---|
| 9/25/02 | 217.00 |
| 11/12/02 | 217.00 |
| 11/14/02 | 162.00 |
| 1/24/03 | 282.00 |
| 2/3/03 | 217.00 |
| 3/12/03 | 820.00 |
| 4/4/03 | 233.00 |
| 4/4/03 | 217.00 |
| 3/2/03 | 180.00 |
| 2/24/03 | 455.00 |
| 2/26/03 | 110.00 |
| 2/27/03 | 1551.00 |
| 3/1/03 | 110.00 |
| 3/2/03 | 70.00 |
| 3/3/03 | 200.00 |
| 4/16/03 | 217.00 |
| 2/28/03 | 25.00 |
| 2/28/03 | 25.00 |
| 5/12/03 | 217.00 |
| 4/21/03 | 451.00 |
| 6/9/03 | 217.00 |
| 7/3/03 | 229.00 |
| 8/11/03 | 217.00 |
| 8/25/03 | 25.00 |
| 8/26/03 | 195.00 |
| 10/28/03 | 217.00 |
| 1/2/04 | 180.00 |
| 1/26/04 | 217.00 |

| | | |
|---|---|---|
| | 4/27/04 | 217.00 |
| Vanderbilt University Med. Group | 2/3/03 | 206.00 |
| | 11/20/03 | 206.00 |
| Associated Radiology | | |
| | 7/24/00 | 27.20 |
| | 7/25/00 | 27.20 |
| | 7/26/00 | 27.20 |
| | 7/27/00 | 27.20 |
| | 7/27/00 | 27.20 |
| | 7/28/00 | 27.20 |
| | 7/28/00 | 130.20 |
| | 7/28/00 | 27.20 |
| | 7/28/00 | 27.20 |
| | 7/28/00 | 27.20 |
| | 7/28/00 | 27.20 |
| | 7/28/00 | 27.20 |
| | 7/31/00 | 33.30 |
| | 7/29/00 | 27.20 |
| | 8/3/00 | 378.40<br>103.90<br>27.20 |
| | 8/4/00 | 27.20<br>378.40<br>103.90 |
| | 8/3/00 | 27.20 |
| | 8/7/00 | 33.30 |

| | | |
|---|---|---|
| | 12/7/00 | 33.30 |
| | 12/28/00 | 33.30 |
| St. Thomas Hospital | 3/9/00 | 87.38 |
| | 3/22/00 | 865.57 |
| | 4/27/00 | 220.49 |
| | 5/11/00 | 25.15 |
| | 6/12/00 | 25.15 |
| | 6/20/00 | 41.73 |
| | 7/10/00 | 887.64 |
| | 7/23/00 - 8/8/00 | 104,014.95 |
| | 11/3/00 | 25.15 |
| | 12/7/00 - 12/13/00 | 4,677.06 |
| | 12/28/00 | 159.94 |
| | 12/28/00 | 70.93 |
| | 12/29/00 - 12/31/00 | 5,174.63 |
| | 1/2/01 | 159.94 |
| | 3/2/01 | 908.37 |
| | 4/16/01 | 1,274.62 |
| | 9/13/01 | 565.08 |
| | 1/10/02-1/30/02 | 839.00 |
| | 2/1/02-2/27/02 | 1,006.80 |
| | 3/1/02-3/15/02 | 634.27 |
| | 7/11/02 | 709.40 |
| | 2/3/2003 | 1,087.00 |
| | 2/24/03-3/4/03 | 36,047.69 |
| | 4/17/03 | 931.25 |

| | | |
|---|---|---|
| | 6/17/03 | 108.25 |
| | 6/20/03 | 1,683.85 |
| | 8/25/03-8/28/03 | 4,530.95 |
| | 11/20/03 | 658.35 |
| St. Thomas Neurology Group | 6/17/03 | 210.00 |
| | 7/29/03 | 58.00 |
| Emergency Medicine Consult. | 8/25/03 | 350.00 |
| Central Seton (Dr. Kyriadidis) | 8/25/03 | 269.00 |
| Dr. Gaston | 12/5/00 | 65.00 |
| | 3/8/01 | 147.00 |
| | 3/9/01 | 74.00 |
| | 7/17/01 | 91.00 |
| | 7/24/01 | 56.00 |
| RX total: | | |
| Walgreen Pharmacy & Eckerd's Pharmacy | 1/01-5/7/04 | 3,415.76 |

| | | |
|---|---|---|
| | TOTAL | |
| | TO DATE | $227,888.69 |