Exh 4



Account claims detail (009172151) Janice Smith

sub-total : $15.00- $15.00-
TOTAL : $15.00- $15.00-

00002 02/05/01 $265.00 C 7 01 BC10a 1Y
-C 02/27/01 21 BC10 7 FILED: $265 Y BLUECARE ( $265.00 )
sub-total : $0.00
aa-C 02/05/01 23 99243 7 OFFICE CONSULT X * $160.00
aa-C 03/08/01 06 BC10 22 7 WRT-OFF: TENNCARE ADJ * $67.66-
aa-C 03/08/01 05 BC10 7 PMT: BLUECARE * $83.11-
aa-C 03/08/01 25 BC10 63 7 RSP: COINS ( $9.23 )
aa-C 04/18/01 03 7 CHECK PAYMENT 11109 $9.23-
sub-total aa: $0.00
ab-C 02/05/01 23 93732 7 E-ANALY PACER W/REPROG X * $105.00
ab-C 03/08/01 06 BC10 22 7 WRT-OFF: TENNCARE ADJ * $49.75-
ab-C 03/08/01 05 BC10 7 PMT: BLUECARE * $49.72-
ab-C 03/08/01 25 BC10 63 7 RSP: COINS ( $5.53 )
ab-C 04/18/01 03 7 CHECK PAYMENT 11109 $5.53-
sub-total ab: $0.00
TOTAL : $0.00

00003 03/02/01 $336.00 C 29 01 BC10a 1Y
-C 04/10/01 21 BC10 29 FILED: $336 Y BLUECARE ( $336.00 )
sub-total : $0.00
aa-C 03/02/01 91 93307M 29 ECHO INTERP X * $140.00
aa-C 04/17/01 06 BC10 22 29 WRT-OFF: TENNCARE ADJ * $88.23-
aa-C 04/17/01 05 BC10 29 PMT: BLUECARE * $46.59-
aa-C 04/17/01 25 BC10 63 29 RSP: COINS ( $5.18 )
aa-C 05/22/01 03 29 CHECK PAYMENT 11150 $5.18-
sub-total aa: $0.00
ab-C 03/02/01 91 93325M 29 DOPPLER COLOR FLOW INTERP X * $113.00
ab-C 04/17/01 06 BC10 22 29 WRT-OFF: TENNCARE ADJ * $77.35-
ab-C 04/17/01 05 BC10 29 PMT: BLUECARE * $32.08-
ab-C 04/17/01 25 BC10 63 29 RSP: COINS ( $3.57 )
ab-C 05/22/01 03 29 CHECK PAYMENT 11150 $3.57-
sub-total ab: $0.00
ac-C 03/02/01 91 93320M 29 DOPPLER ECHO INTERP X * $83.00
ac-C 04/17/01 06 BC10 22 29 WRT-OFF: TENNCARE ADJ * $57.43-
ac-C 04/17/01 05 BC10 29 PMT: BLUECARE * $23.01-
ac-C 04/17/01 25 BC10 63 29 RSP: COINS ( $2.56 )
ac-C 05/22/01 03 29 CHECK PAYMENT 11150 $2.56-
sub-total ac: $0.00
TOTAL : $0.00

00004 07/10/00 $532.00 C 25 01 BC10a 1Y
-C 07/28/00 21 BC10 25 FILED: $532 Y BLUECARE ( $532.00 )
sub-total : $0.00
aa-C 07/10/00 90 93312M 25 TRANSESOPHAGEAL ECHO X * $255.00
aa-C 08/02/00 20 BC10 25 NEED AUTHORIZATION $0.00
aa-C 01/23/01 20 25 BILLING CALL $0.00
aa-C 11/01/01 06 BC10 166 25 WRT-OFF: TC NO REFERRAL * $255.00-
sub-total aa: $0.00
ab-C 07/10/00 90 93325M 25 DOPPLER COLOR FLOW VELOC X * $113.00
ab-C 08/02/00 20 BC10 25 NEED AUTHORIZATION $0.00
ab-C 11/01/01 06 BC10 166 25 WRT-OFF: TC NO REFERRAL * $113.00-



SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| sub-total ab: | | | $0.00 | | | | | | |
| ac-C 07/10/00 90 | | 93320M | | 25 | DOPPLER ECHO, INTERP | X | * | $83.00 | |
| ac-C 08/02/00 20 | BC10 | | | 25 | NEED AUTHORIZATION | | | $0.00 | |
| ac-C 11/01/01 06 | BC10 | 166 | | 25 | WRT-OFF: TC NO REFERRAL | | * | $83.00 | - |
| sub-total ac: | | | $0.00 | | | | | | |
| ad-C 07/10/00 90 | | 99141 | | 25 | CONSCIOUS SEDATION | X | * | $81.00 | |
| ad-C 08/02/00 06 | BC10 | 11 | | 25 | CHRG EXCEEDS AMT APPROVED | | * | $81.00 | - |
| sub-total ad: | | | $0.00 | | | | | | |
| TOTAL : | | | $0.00 | | | | | | |
| 00005 07/24/00 | $532.00 | C | | 25 | 01 BC10a 1Y | | | | |
| -C 08/16/00 21 | BC10 | | | 25 | FILED: $532 Y BLUECARE | | ( | $532.00 | ) |
| -C 08/25/00 20 | BC10 | | | 25 | REJ NO AUTHORIZATION | | | $0.00 | |
| sub-total : | | | $0.00 | | | | | | |
| aa-C 07/24/00 90 | | 93312M | | 25 | TRANSESOPHAGEAL ECHO | X | * | $255.00 | |
| aa-C 09/05/00 05 | BC10 | | | 25 | PMT: BLUECARE | | * | $89.13 | - |
| aa-C 09/05/00 06 | BC10 | 22 | | 25 | WRT-OFF: TENNCARE ADJ | | * | $155.97 | - |
| aa-C 09/05/00 25 | BC10 | 63 | | 25 | RSP: COINS | | ( | $9.90 | ) |
| aa-C 11/01/00 03 | | | | 25 | CHECK PAYMENT | 10835 | | $9.90 | - |
| aa-C 11/22/00 03 | | | | 25 | CHECK PAYMENT | 10873 | | $9.90 | - |
| aa-C 05/03/04 11 | | 90 | | 25 | MVD PYMT TO CLM 27 | | | $9.90 | |
| sub-total aa: | | | $0.00 | | | | | | |
| ab-C 07/24/00 90 | | 93325M | | 25 | DOPPLER COLOR FLOW VELOC | X | * | $113.00 | |
| ab-C 09/05/00 05 | BC10 | | | 25 | PMT: BLUECARE | | * | $32.08 | - |
| ab-C 09/05/00 06 | BC10 | 22 | | 25 | WRT-OFF: TENNCARE ADJ | | * | $77.35 | - |
| ab-C 09/05/00 25 | BC10 | 63 | | 25 | RSP: COINS | | ( | $3.57 | ) |
| ab-C 11/01/00 03 | | | | 25 | CHECK PAYMENT | 10835 | | $3.57 | - |
| ab-C 11/22/00 03 | | | | 25 | CHECK PAYMENT | 10873 | | $3.57 | - |
| ab-C 05/03/04 11 | | 90 | | 25 | MVD PYMT TO CLM 27 | | | $3.57 | |
| sub-total ab: | | | $0.00 | | | | | | |
| ac-C 07/24/00 90 | | 93320M | | 25 | DOPPLER ECHO, INTERP | X | * | $83.00 | |
| ac-C 09/05/00 05 | BC10 | | | 25 | PMT: BLUECARE | | * | $23.01 | - |
| ac-C 09/05/00 06 | BC10 | 22 | | 25 | WRT-OFF: TENNCARE ADJ | | * | $57.43 | - |
| ac-C 09/05/00 25 | BC10 | 63 | | 25 | RSP: COINS | | ( | $2.56 | ) |
| ac-C 11/01/00 03 | | | | 25 | CHECK PAYMENT | 10835 | | $2.56 | - |
| ac-C 11/22/00 03 | | | | 25 | CHECK PAYMENT | 10873 | | $2.56 | - |
| ac-C 05/03/04 11 | | 90 | | 25 | MVD PYMT TO CLM 27 | | | $2.56 | |
| sub-total ac: | | | $0.00 | | | | | | |
| ad-C 07/24/00 90 | | 99141 | | 25 | CONSCIOUS SEDATION | X | * | $81.00 | |
| ad-C 09/05/00 06 | BC10 | 22 | | 25 | BUNDLED SERVICE | | * | $81.00 | - |
| sub-total ad: | | | $0.00 | | | | | | |
| TOTAL : | | | $0.00 | | | | | | |
| 00006 07/21/00 | $25.00 | C | | 19 | 01 BC10a 1Y | | | | |
| -C 08/28/00 21 | BC10 | | | 19 | FILED: $25 Y BLUECARE | | ( | $25.00 | ) |
| sub-total : | | | $0.00 | | | | | | |
| aa-C 07/21/00 91 | | 93010N | | 19 | EKG; REPORT ONLY | X | * | $25.00 | |
| aa-C 08/29/00 05 | BC10 | | | 19 | PMT: BLUECARE | | * | $8.84 | - |
| aa-C 08/29/00 06 | BC10 | 22 | | 19 | WRT-OFF: TENNCARE ADJ | | * | $16.16 | - |
| sub-total aa: | | | $0.00 | | | | | | |
| TOTAL : | | | $0.00 | | | | | | |
| 00007 07/28/00 | $25.00 | C | | 30 | 01 BC10a 1Y | | | | |
| -C 08/17/00 21 | BC10 | | | 30 | FILED: $25 Y BLUECARE | | ( | $25.00 | ) |

```
      sub-total   :          $0.00                                             X       *   $25.00
  aa-C 07/28/00 91       93010N    30 EKG; REPORT ONLY                                  *    $8.84-
  aa-C 09/05/00 05 BC10            30 PMT: BLUECARE                                     *   $16.16-
  aa-C 09/05/00 06 BC10    22      30 WRT-OFF: TENNCARE ADJ
      sub-total aa:          $0.00
          TOTAL   :          $0.00

00008  07/31/00      $25.00  C    23 01 BC10a 1Y
   -C 08/28/00 21 BC10            23 FILED:  $25 Y BLUECARE                       (    $25.00 )
      sub-total   :          $0.00                                             X       *   $25.00
  aa-C 07/31/00 91       93010N    23 EKG; REPORT ONLY                                  *    $8.84-
  aa-C 08/29/00 05 BC10            23 PMT: BLUECARE                                     *   $16.16-
  aa-C 08/29/00 06 BC10    22      23 WRT-OFF: TENNCARE ADJ
      sub-total aa:          $0.00
          TOTAL   :          $0.00

00009  08/01/00      $25.00  C     2 01 BC10a 1Y 4000` 0
   -C 09/07/00 21 BC10             2 FILED:  $25 Y BLUECARE                       (    $25.00 )
      sub-total   :          $0.00                                             X       *   $25.00
  aa-C 08/01/00 91       93010N     2 EKG; REPORT ONLY                                  *   $16.16-
  aa-C 09/12/00 06 BC10    11       2 WRT-OFF: BCBS-TN ADJ                              *    $8.84-
  aa-C 09/12/00 05 BC10             2 PMT: BLUECARE                                     *   $37.53-
  aa-C 05/24/02 05 4000             2 PMT: TC UNIVERSAL CARE                            (   $25.00 )
  aa-C 05/24/02 25 4000    63       2 RSP:      COINS                                   (   $25.00-)
  aa-C 05/24/02 25 4000    63       2 Rev-RSP:      COINS                               *   $37.53
  aa-C 01/02/03 11 4000    90       2 MOVED TO CLM 19
      sub-total aa:          $0.00
          TOTAL   :          $0.00

00010  08/03/00      $25.00  C    11 01 BC10a 1Y
   -C 09/07/00 21 BC10            11 FILED:  $25 Y BLUECARE                       (    $25.00 )
      sub-total   :          $0.00                                             X       *   $25.00
  aa-C 08/03/00 91       93010N    11 EKG; REPORT ONLY                                  *   $16.16-
  aa-C 09/12/00 06 BC10    11      11 WRT-OFF: BCBS-TN ADJ                              *    $8.84-
  aa-C 09/12/00 05 BC10            11 PMT: BLUECARE
      sub-total aa:          $0.00
          TOTAL   :          $0.00

00011  12/30/00      $50.00  C    25 01 BC10a 1Y
   -C 02/06/01 21 BC10            25 FILED:  $50 Y BLUECARE                       (    $50.00 )
      sub-total   :          $0.00                                             X       *   $25.00
  aa-C 12/30/00 91       93010N    25 EKG; REPORT ONLY                                  *    $8.84-
  aa-C 02/07/01 05 BC10            25 INS PMT: BLUECARE                                 *   $16.16-
  aa-C 02/07/01 06 BC10    22      25 WRT-OFF: TENNCARE ADJ
      sub-total aa:          $0.00                                             X       *   $25.00
  ab-C 12/29/00 91       93010N    25 EKG; REPORT ONLY                                  *    $8.84-
  ab-C 02/07/01 05 BC10            25 INS PMT: BLUECARE                                 *   $16.16-
  ab-C 02/07/01 06 BC10    22      25 WRT-OFF: TENNCARE ADJ
      sub-total ab:          $0.00
          TOTAL   :          $0.00

00012  09/13/01     $336.00  C    11 01 4000a 1Y
   -C 10/03/01 21 BC10            11 FILED: $336 Y BLUECARE                       (   $336.00 )
   -C 11/02/01 21 4000            11 FILED: $336 Y TC UNIVERSA                    (   $336.00 )
```

Account claims detail (009172151)

-C 10/26/01 20 11 SEE OA NOTES $0.00
sub-total : $0.00
aa-C 09/13/01 91 93307M 11 ECHO INTERP X * $140.00
aa-C 10/25/01 25 BC10 61 11 RSP: NOT COV'D ON DOS ( $140.00 )
aa-C 11/01/01 25 11 FILED TO UNIVERSAL ( $140.00-)
aa-C 05/03/04 06 4000 227 11 WRT-OFF: UNIV RCVRSHIP * $140.00-
sub-total aa: $0.00
ab-C 09/13/01 91 93325M 11 DOPPLER COLOR FLOW INTERP X * $113.00
ab-C 10/25/01 25 BC10 61 11 RSP: NOT COV'D ON DOS ( $113.00 )
ab-C 11/01/01 25 11 FILED TO UNIVERSAL ( $113.00-)
ab-C 05/03/04 06 4000 227 11 WRT-OFF: UNIV RCVRSHIP * $113.00-
sub-total ab: $0.00
ac-C 09/13/01 91 93320M 11 DOPPLER ECHO INTERP X * $83.00
ac-C 10/25/01 25 BC10 61 11 RSP: NOT COV'D ON DOS ( $83.00 )
ac-C 11/01/01 25 11 FILED TO UNIVERSAL ( $83.00-)
ac-C 05/03/04 06 4000 227 11 WRT-OFF: UNIV RCVRSHIP * $83.00-
sub-total ac: $0.00
TOTAL : $0.00

00013 11/12/01 $146.00 C 6 01 4000a 1Y
-C 12/19/01 21 4000 6 FILED: $146 Y TC UNIVERSA ( $146.00 )
sub-total : $0.00
aa-C 11/12/01 23 99213 6 EST PT OFC/OP VISIT X * $60.00
aa-C 11/27/01 03 6 CHECK PAYMENT 11374 P $25.00-
aa-C 02/07/02 05 4000 6 PMT: TC UNIVERSAL CARE * $14.95-
aa-C 02/07/02 25 4000 64 6 RSP: COPAY ( $25.00 )
aa-C 02/07/02 06 4000 22 6 WRT-OFF: TENNCARE ADJ * $20.05-
sub-total aa: $0.00
ab-C 11/12/01 23 93731 6 E-ANALYS PACER W/O REPROG X * $86.00
ab-C 02/07/02 05 4000 6 PMT: TC UNIVERSAL CARE * $36.57-
ab-C 02/07/02 06 4000 22 6 WRT-OFF: TENNCARE ADJ * $49.43-
sub-total ab: $0.00
TOTAL : $0.00

00014 12/18/01 $135.00 C 32 01 4000a 1Y
-C 12/26/01 21 4000 32 FILED: $135 Y TC UNIVERSA ( $135.00 )
sub-total : $0.00
aa-C 12/18/01 34 99215 32 EST PT OFC/OP VISIT X * $135.00
aa-C 01/02/02 03 32 CHECK PAYMENT 11438 P $25.00-
aa-C 03/04/02 05 4000 32 PMT: TC UNIVERSAL CARE * $93.13-
aa-C 03/04/02 06 4000 22 32 WRT-OFF: TENNCARE ADJ * $41.87-
aa-C 03/04/02 06 4000 22 32 Rev-WRT-OFF: TENNCARE AD * $41.87
aa-C 01/02/03 20 32 REVIEW CLM PYMT PSK $0.00
aa-C 01/02/03 06 4000 22 32 CORRECTED TC ADJ * $16.87-
aa-C 01/02/03 25 64 32 RSP: COPAY ( $25.00 )
sub-total aa: $0.00
TOTAL : $0.00

00015 01/04/02 $135.00 C 32 01 4000a 1Y
-C 01/10/02 21 4000 32 FILED: $135 Y TC UNIVERSA ( $135.00 )
-C 02/18/02 20 32 CKD ACCT RE INS INFO $0.00
sub-total : $0.00
aa-C 01/04/02 23 99215 32 EST PT OFC/OP VISIT X * $135.00
aa-C 01/16/02 03 32 CHECK PAYMENT 11450 P $25.00-

Account claims detail (009172151)

aa-C 03/04/02 05 4000 32 PMT: TC UNIVERSAL CARE * $93.13-
aa-C 03/04/02 06 4000 22 32 WRT-OFF: TENNCARE ADJ * $41.87-
aa-C 03/04/02 06 4000 22 32 Rev-WRT-OFF: TENNCARE AD * $41.87
aa-C 01/02/03 06 4000 22 32 CORRECTED TC ADJ * $16.87-
aa-C 01/02/03 25 32 RESPONSIBILITY CHANGE ( $25.00 )
sub-total aa: $0.00
TOTAL : $0.00

00016 02/15/02 $135.00 C 32 01 4000a 1Y
-C 02/22/02 21 4000 32 FILED: $135 Y TC UNIVERSA ( $135.00 )
sub-total : $0.00
aa-C 02/15/02 23 99215 32 EST PT OFC/OP VISIT X * $135.00
aa-C 02/22/02 03 32 CHECK PAYMENT 11496 P $25.00-
aa-C 05/01/02 05 4000 32 PMT: TC UNIVERSAL CARE * $67.04-
aa-C 05/01/02 25 4000 64 32 RSP: COPAY ( $25.00 )
aa-C 05/01/02 06 4000 22 32 WRT-OFF: TENNCARE ADJ * $42.96-
sub-total aa: $0.00
TOTAL : $0.00

00017 02/18/02 $360.00 C 32 01 4000a 1Y
-C 03/15/02 21 4000 32 FILED: $360 Y TC UNIVERSA ( $360.00 )
sub-total : $0.00
aa-C 02/18/02 23 93224 32 HOLTER, 24HR, GLOBAL X * $360.00
aa-C 05/03/04 06 4000 227 32 WRT-OFF: UNIV RCVRSHIP * $360.00-
sub-total aa: $0.00
TOTAL : $0.00

00018 04/12/02 $820.00 C 32 01 4000a 1Y
-C 04/22/02 21 4000 32 FILED: $820 Y TC UNIVERSA ( $820.00 )
sub-total : $0.00
aa-C 04/12/02 23 93307 32 ECHO 2D, COMPLETE X * $440.00
aa-C 05/24/02 05 4000 32 PMT: TC UNIVERSAL CARE * $143.49-
aa-C 05/24/02 06 4000 60 32 WRT-OFF: MEDICAID ADJ * $296.51-
sub-total aa: $0.00
ab-C 04/12/02 23 93320 32 DOPPLER ECHO X * $200.00
ab-C 05/24/02 05 4000 32 PMT: TC UNIVERSAL CARE * $62.98-
ab-C 05/24/02 06 4000 60 32 WRT-OFF: MEDICAID ADJ * $137.02-
sub-total ab: $0.00
ac-C 04/12/02 23 93325 32 DOPPLER COLOR FLOW X * $180.00
ac-C 05/24/02 05 4000 32 PMT: TC UNIVERSAL CARE * $82.36-
ac-C 05/24/02 06 4000 60 32 WRT-OFF: MEDICAID ADJ * $97.64-
sub-total ac: $0.00
TOTAL : $0.00

00019 04/12/02 $80.00 C 32 01 4000a 1Y
-C 04/22/02 21 4000 32 FILED: $80 Y TC UNIVERSA ( $80.00 )
sub-total : $0.00
aa-C 04/12/02 23 99214 32 EST PT OFC/OP VISIT X * $80.00
aa-C 04/22/02 03 32 CHECK PAYMENT 11566 P $25.00-
aa-C 01/02/03 01 4000 90 32 MOVED FROM CLM 9 * $37.53-
aa-C 01/02/03 06 4000 22 32 WRT-OFF: TENNCARE ADJ * $17.47-
aa-C 01/02/03 25 64 32 RSP: COPAY ( $25.00 )
sub-total aa: $0.00
TOTAL : $0.00

Account claims detail (009172151)

```
00020  05/13/02   $146.00  C    92 01 4000a 1Y
     -C 05/20/02 21 4000        92 FILED: $146 Y TC UNIVERSA        (  $146.00 )
     -C 08/14/02 21 4000        92 ReFILED: $146 Y TC UNIVER        (  $146.00 )
     -C 08/14/02 20        947  92 NOTE:    SEE OA NOTE                 $0.00
        sub-total    :       $0.00
   aa-C 05/13/02 23     99213   92 EST PT OFC/OP VISIT          X     *   $60.00
   aa-C 10/29/02 05 4000        92 PMT: TC UNIVERSAL CARE             *   $39.75-
   aa-C 10/29/02 06 4000    22  92 WRT-OFF: TENNCARE ADJ              *   $20.25-
        sub-total aa:        $0.00
   ab-C 05/13/02 23     93731   92 E-ANALYS PACER W/O REPROG X        *   $86.00
   ab-C 10/29/02 05 4000        92 PMT: TC UNIVERSAL CARE             *   $32.69-
   ab-C 10/29/02 06 4000    22  92 WRT-OFF: TENNCARE ADJ              *   $53.31-
        sub-total ab:        $0.00
             TOTAL   :       $0.00

00021  05/06/02   $315.00  C    32 01 4000a 1Y
     -C 05/22/02 21 4000        32 FILED: $315 Y TC UNIVERSA        (  $315.00 )
     -C 05/29/02 21 4000        32 ReFILED: $315 Y TC UNIVER        (  $315.00 )
        sub-total    :       $0.00
   aa-C 05/06/02 23     99244   32 CONSULT                      X     *  $315.00
   aa-C 05/17/02 03             32 CHECK PAYMENT                11604 P   $25.00-
   aa-C 07/23/02 05 4000        32 PMT: TC UNIVERSAL CARE             *  $105.45-
   aa-C 07/23/02 25 4000    64  32 RSP:       COPAY                   (   $25.00 )
   aa-C 07/23/02 06 4000    22  32 WRT-OFF: TENNCARE ADJ              *  $184.55-
        sub-total aa:        $0.00
             TOTAL   :       $0.00

00022  05/13/02   $360.00  C     7 01 4000a 1Y
     -C 05/31/02 21 4000         7 FILED: $360 Y TC UNIVERSA        (  $360.00 )
        sub-total    :       $0.00
   aa-C 05/13/02 23     93224    7 HOLTER, 24HR, GLOBAL         X     *  $360.00
   aa-C 07/23/02 05 4000         7 PMT: TC UNIVERSAL CARE             *  $115.51-
   aa-C 07/23/02 06 4000    22   7 WRT-OFF: TENNCARE ADJ              *  $244.49-
        sub-total aa:        $0.00
             TOTAL   :       $0.00

00023  07/10/02    $80.00  C    32 01 4000a 1Y
     -C 07/17/02 21 4000        32 FILED:  $80 Y TC UNIVERSA        (   $80.00 )
        sub-total    :       $0.00
   aa-C 07/10/02 23     99214   32 EST PT OFC/OP VISIT          X     *   $80.00
   aa-C 07/30/02 03             32 CHECK PAYMENT                11714 P   $25.00-
   aa-C 09/04/02 05 4000        32 PMT: TC UNIVERSAL CARE             *   $37.53-
   aa-C 09/04/02 06 4000    22  32 WRT-OFF: TENNCARE ADJ              *   $17.47-
   aa-C 09/04/02 25 4000    64  32 RSP:       COPAY                   (   $25.00 )
        sub-total aa:        $0.00
             TOTAL   :       $0.00

00024  09/25/02   $217.00  C    32 01 4000a 1Y
     -C 10/02/02 21 4000        32 FILED: $217 Y TC UNIVERSA        (  $217.00 )
        sub-total    :       $0.00
   aa-C 09/25/02 23     99215   32 EST PT OFC/OP VISIT          X     *  $217.00
   aa-C 10/02/02 03             32 CHECK PAYMENT                11837 P   $25.00-
   aa-C 12/04/02 05 4000        32 PMT: TC UNIVERSAL CARE             *   $67.04-
```

Account claims detail (009172151)

```
  aa-C 12/04/02 25 4000   64   32 RSP:      COPAY                       (   $25.00 )
  aa-C 12/04/02 06 4000   22   32 WRT-OFF: TENNCARE ADJ                  *  $124.96-
       sub-total aa:      $0.00
            TOTAL  :      $0.00

00025  11/12/02  $217.00  C   32 01 4000a 1Y
    -C 11/19/02 21 4000        32 FILED: $217 Y TC UNIVERSA              (  $217.00 )
       sub-total   :      $0.00
  aa-C 11/12/02 23    99215    32 EST PT OFC/OP VISIT        X           *  $217.00
  aa-C 11/19/02 03             32 CHECK PAYMENT              11904   P   $25.00-
  aa-C 01/10/03 05 4000        32 PMT: TC UNIVERSAL CARE                 *   $67.04-
  aa-C 01/10/03 06 4000   22   32 WRT-OFF: TENNCARE ADJ                  *  $124.96-
  aa-C 01/10/03 25 4000   64   32 RSP:      COPAY                        (   $25.00 )
       sub-total aa:      $0.00
            TOTAL  :      $0.00

00026  11/14/02  $162.00  C   96 01 4000a 1Y
    -C 11/20/02 21 4000        96 FILED: $162 Y TC UNIVERSA              (  $162.00 )
       sub-total   :      $0.00
  aa-C 11/14/02 23    99213    96 EST PT OFC/OP VISIT        X           *   $94.00
  aa-C 11/21/02 03             96 CHECK PAYMENT              11906   P   $25.00-
  aa-C 01/10/03 05 4000        96 PMT: TC UNIVERSAL CARE                 *   $14.75-
  aa-C 01/10/03 06 4000   22   96 WRT-OFF: TENNCARE ADJ                  *   $54.25-
  aa-C 01/10/03 25 4000   64   96 RSP:      COPAY                        (   $25.00 )
       sub-total aa:      $0.00
  ab-C 11/14/02 23    93734    96 E-ANALY PACER W/O REPROG   X           *   $68.00
  ab-C 01/10/03 05 4000        96 PMT: TC UNIVERSAL CARE                 *   $25.52-
  ab-C 01/10/03 06 4000   22   96 WRT-OFF: TENNCARE ADJ                  *   $42.48-
       sub-total ab:      $0.00
            TOTAL  :      $0.00

00027  01/24/03  $282.00  C   93 01   24b 1Y   22c 2Y
    -C 02/05/03 21   24        93 FILED: $282 Y MCR CIGNA                (  $282.00 )
    -C 02/05/03 21   22        93 FILED: $282 Y MEDICAID TN              (  $282.00 )
       sub-total   :      $0.00
  aa-C 01/24/03 23    99214    93 EST PT OFC/OP VISIT        X           *  $147.00
  aa-C 03/05/03 06   24   70   93 WRT-OFF: MEDICARE ADJ                  *   $73.44-
  aa-C 03/05/03 20   24        93 CO42                                   *    $0.00
  aa-C 03/05/03 20   24        93 0303860452600                          *    $0.00
  aa-C 03/05/03 05   24        93 No PMT: MCR CIGNA                      *    $0.00
  aa-C 05/09/03 20   24        93 MCR APP 73.56 DEDUCTIBLE                    $0.00
  aa-C 01/21/04 03             93 CHECK PAYMENT              2586    P   $19.74-
  aa-C 05/03/04 25   22  102   93 RSP:      NOT ELIG FOR MCD             (   $73.56 )
  aa-C 05/03/04 01        90   93 MVD PYMT FR CLM 5                          $16.03-
  aa-C 05/19/04 03             93 CHECK PAYMENT              2814            $37.79-
       sub-total aa:      $0.00
  ab-C 01/24/03 23    93732    93 E-ANALY PACER W/REPROG     X           *  $135.00
  ab-C 03/05/03 06   24   70   93 WRT-OFF: MEDICARE ADJ                  *   $72.90-
  ab-C 03/05/03 05   24        93 PMT: MCR CIGNA                         *   $28.53-
  ab-C 03/05/03 20   24        93 CO42                                   *    $0.00
  ab-C 03/05/03 20   24        93 0303860452600                          *    $0.00
  ab-C 03/05/03 20   24        93 CO-INS:      7.13                      *    $0.00
  ab-C 05/09/03 20   24        93 MCR APP 26.44 DEDUCTIBLE                    $0.00
  ab-C 05/03/04 25   22  102   93 RSP:      NOT ELIG FOR MCD             (   $33.57 )
```

Account claims detail (009172151)

```
   ab-C 05/19/04 03              93 CHECK PAYMENT              2814        $18.57-
        sub-total ab:     $15.00      $15.00
             TOTAL  :     $15.00      $15.00

 00028  02/03/03   $217.00  C   32 01   24b 1Y   22c 2Y
     -C 02/20/03 21    24       32 FILED: $217 Y MCR CIGNA            (  $217.00 )
     -C 02/20/03 21    22       32 FILED: $217 Y MEDICAID TN          (  $217.00 )
        sub-total   :      $0.00
   aa-C 02/03/03 23     99215   32 EST PT OFC/OP VISIT         X      *  $217.00
   aa-C 03/04/03 06    24   70  32 WRT-OFF: MEDICARE ADJ              *  $108.72-
   aa-C 03/04/03 05    24       32 PMT: MCR CIGNA                     *   $86.62-
   aa-C 03/04/03 20    24       32 CO42                               *    $0.00
   aa-C 03/04/03 20    24       32 0305072961400                      *    $0.00
   aa-C 03/04/03 20    24       32 CO-INS:      21.66                 *    $0.00
   aa-C 05/03/04 25    22  102  32 RSP:      NOT ELIG FOR MCD         (   $21.66 )
   aa-C 05/19/04 03             32 CHECK PAYMENT               2814        $21.66-
        sub-total aa:      $0.00
             TOTAL  :      $0.00

 00029  02/27/03  $1551.00  C   35 01   24b 1Y
     -C 03/18/03 21    24       35 FILED:$1551 Y MCR CIGNA            ( $1551.00 )
        sub-total   :      $0.00
   aa-C 02/27/03 90     33224   35 UPGRADE PACER TO BIVENT     X      *  $925.00
   aa-C 04/15/03 06    24   70  35 WRT-OFF: MEDICARE ADJ              *  $462.79-
   aa-C 04/15/03 05    24       35 PMT: MCR CIGNA                     *  $369.77-
   aa-C 04/15/03 25    24       35 RESPONSIBILITY CHANGE              (   $92.44 )
   aa-C 04/15/03 20    24       35 CO42                               *    $0.00
   aa-C 04/15/03 20    24       35 0307960008600                      *    $0.00
   aa-C 04/15/03 20    24       35 CO-INS:      92.44                 *    $0.00
   aa-C 06/24/03 03             35 CHECK PAYMENT               12240       $92.44-
        sub-total aa:      $0.00
   ab-C 02/27/03 90     33215   35 REPOSITION R ELECTRODE      X      *  $566.00
   ab-C 04/15/03 06    24   70  35 WRT-OFF: MEDICARE ADJ              *  $424.57-
   ab-C 04/15/03 05    24       35 PMT: MCR CIGNA                     *  $113.14-
   ab-C 04/15/03 25    24       35 RESPONSIBILITY CHANGE              (   $28.29 )
   ab-C 04/15/03 05    24       35 PMT REDUCED MULTIPLE SURG          *    $0.00
   ab-C 04/15/03 20    24       35 CO59                               *    $0.00
   ab-C 04/15/03 20    24       35 0307960008600                      *    $0.00
   ab-C 04/15/03 20    24       35 CO-INS:      28.29                 *    $0.00
   ab-C 06/24/03 03             35 CHECK PAYMENT               12240       $28.29-
        sub-total ab:      $0.00
   ac-C 02/27/03 90   7109026   35 INSERT PACER, FLUOROSCOPY X        *   $60.00
   ac-C 04/15/03 06    24   70  35 WRT-OFF: MEDICARE ADJ              *   $33.24-
   ac-C 04/15/03 05    24       35 PMT: MCR CIGNA                     *   $21.41-
   ac-C 04/15/03 25    24       35 RESPONSIBILITY CHANGE              (    $5.35 )
   ac-C 04/15/03 20    24       35 CO42                               *    $0.00
   ac-C 04/15/03 20    24       35 0307960008600                      *    $0.00
   ac-C 04/15/03 20    24       35 CO-INS:       5.35                 *    $0.00
   ac-C 06/24/03 03             35 CHECK PAYMENT               12240        $5.35-
        sub-total ac:      $0.00
             TOTAL  :      $0.00

 00030  03/12/03   $820.00  C    7 01   24b 1Y
     -C 03/26/03 21    24        7 FILED: $820 Y MCR CIGNA            (  $820.00 )
```

Case 0:01-cv-00931-JRT Document 17-5 Filed 08/16/2004 Page 9 of 45



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| sub-total | : | $0.00 | | | | | | |
| aa-C | 03/12/03 23 | 93307 | | 7 | ECHO 2D; COMPLETE | X | * | $440.00 |
| aa-C | 04/08/03 06 | 24 | 70 | 7 | WRT-OFF: MEDICARE ADJ | | * | $263.16- |
| aa-C | 04/08/03 05 | 24 | | 7 | PMT: MCR CIGNA | | * | $141.47- |
| aa-C | 04/08/03 25 | 24 | | 7 | RESPONSIBILITY CHANGE | | ( | $35.37 ) |
| aa-C | 04/08/03 20 | 24 | | 7 | CO42 | | * | $0.00 |
| aa-C | 04/08/03 20 | 24 | | 7 | 0308471271500 | | * | $0.00 |
| aa-C | 04/08/03 20 | 24 | | 7 | CO-INS: 35.37 | | * | $0.00 |
| aa-C | 06/24/03 03 | | | 7 | CHECK PAYMENT | 12240 | | $35.37- |
| sub-total aa: | | $0.00 | | | | | | |
| ab-C | 03/12/03 23 | 93320 | | 7 | DOPPLER ECHO | X | * | $200.00 |
| ab-C | 04/08/03 06 | 24 | 70 | 7 | WRT-OFF: MEDICARE ADJ | | * | $122.73- |
| ab-C | 04/08/03 05 | 24 | | 7 | PMT: MCR CIGNA | | * | $61.82- |
| ab-C | 04/08/03 25 | 24 | | 7 | RESPONSIBILITY CHANGE | | ( | $15.45 ) |
| ab-C | 04/08/03 20 | 24 | | 7 | CO42 | | * | $0.00 |
| ab-C | 04/08/03 20 | 24 | | 7 | 0308471271500 | | * | $0.00 |
| ab-C | 04/08/03 20 | 24 | | 7 | CO-INS: 15.45 | | * | $0.00 |
| ab-C | 06/24/03 03 | | | 7 | CHECK PAYMENT | 12240 | | $15.45- |
| sub-total ab: | | $0.00 | | | | | | |
| ac-C | 03/12/03 23 | 93325 | | 7 | DOPPLER COLOR FLOW | X | * | $180.00 |
| ac-C | 04/08/03 06 | 24 | 70 | 7 | WRT-OFF: MEDICARE ADJ | | * | $76.90- |
| ac-C | 04/08/03 05 | 24 | | 7 | PMT: MCR CIGNA | | * | $82.48- |
| ac-C | 04/08/03 25 | 24 | | 7 | RESPONSIBILITY CHANGE | | ( | $20.62 ) |
| ac-C | 04/08/03 20 | 24 | | 7 | CO42 | | * | $0.00 |
| ac-C | 04/08/03 20 | 24 | | 7 | 0308471271500 | | * | $0.00 |
| ac-C | 04/08/03 20 | 24 | | 7 | CO-INS: 20.62 | | * | $0.00 |
| ac-C | 06/24/03 03 | | | 7 | CHECK PAYMENT | 12240 | | $20.62- |
| sub-total ac: | | $0.00 | | | | | | |
| TOTAL | : | $0.00 | | | | | | |
| 00031 | 04/04/03 | $233.00 | C | 93 | 01 24b 1Y | | | |
| -C | 04/10/03 21 | 24 | | 93 | FILED: $233 Y MCR CIGNA | | ( | $233.00 ) |
| sub-total | : | $0.00 | | | | | | |
| aa-C | 04/04/03 23 | 99214 | | 93 | EST PT OFC/OP VISIT | X | * | $147.00 |
| aa-C | 05/07/03 06 | 24 | 70 | 93 | WRT-OFF: MEDICARE ADJ | | * | $147.00- |
| aa-C | 05/07/03 05 | 24 | | 93 | INCLUDED BASIC/SERV PROC | | * | $0.00 |
| aa-C | 05/07/03 20 | 24 | | 93 | CO97 | | * | $0.00 |
| aa-C | 05/07/03 20 | 24 | | 93 | 0310160371000 | | * | $0.00 |
| aa-C | 05/07/03 05 | 24 | | 93 | No PMT: MCR CIGNA | | * | $0.00 |
| sub-total aa: | | $0.00 | | | | | | |
| ab-C | 04/04/03 23 | 93731 | | 93 | E-ANALYS PACER W/O REPROG | X | * | $86.00 |
| ab-C | 05/07/03 06 | 24 | 70 | 93 | WRT-OFF: MEDICARE ADJ | | * | $46.59- |
| ab-C | 05/07/03 05 | 24 | | 93 | PMT: MCR CIGNA | | * | $31.53- |
| ab-C | 05/07/03 25 | 24 | | 93 | RESPONSIBILITY CHANGE | | ( | $7.88 ) |
| ab-C | 05/07/03 20 | 24 | | 93 | CO42 | | * | $0.00 |
| ab-C | 05/07/03 20 | 24 | | 93 | 0310160371000 | | * | $0.00 |
| ab-C | 05/07/03 20 | 24 | | 93 | CO-INS: 7.88 | | * | $0.00 |
| ab-C | 06/24/03 03 | | | 93 | CHECK PAYMENT | 12240 | P | $7.88- |
| sub-total ab: | | $0.00 | | | | | | |
| TOTAL | : | $0.00 | | | | | | |
| 00032 | 04/04/03 | $217.00 | C | 95 | 01 24b 1Y | | | |
| -C | 04/11/03 21 | 24 | | 95 | FILED: $217 Y MCR CIGNA | | ( | $217.00 ) |
| sub-total | : | $0.00 | | | | | | |

Account claims detail (009172151)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| aa-C | 04/04/03 | 23 | | 99215 | 95 | EST PT OFC/OP VISIT | X | * | $217.00 | |
| aa-C | 05/13/03 | 06 | 24 | 70 | 95 | WRT-OFF: MEDICARE ADJ | | * | $124.04 | - |
| aa-C | 05/13/03 | 05 | 24 | | 95 | PMT: MCR CIGNA | | * | $74.37 | - |
| aa-C | 05/13/03 | 25 | 24 | | 95 | RESPONSIBILITY CHANGE | | ( | $18.59 | ) |
| aa-C | 05/13/03 | 20 | 24 | | 95 | CO42 | | * | $0.00 | |
| aa-C | 05/13/03 | 20 | 24 | | 95 | 0310460368800 | | * | $0.00 | |
| aa-C | 05/13/03 | 20 | 24 | | 95 | CO-INS: 18.59 | | * | $0.00 | |
| aa-C | 06/24/03 | 03 | | | 95 | CHECK PAYMENT | 12240 | P | $18.59 | - |
| | sub-total aa: | | | $0.00 | | | | | | |
| | TOTAL : | | | $0.00 | | | | | | |
| 00033 | 03/02/03 | $180.00 | C | | 35 | 01 24b 1Y | | | | |
| -C | 04/15/03 | 21 | 24 | | 35 | FILED: $180 Y MCR CIGNA | | ( | $180.00 | ) |
| | sub-total : | | | $0.00 | | | | | | |
| aa-C | 03/02/03 | 90 | | 99231 | 35 | SUBSEQUENT HOSP VISIT | X | * | $70.00 | |
| aa-C | 04/21/03 | 06 | 24 | 70 | 35 | WRT-OFF: MEDICARE ADJ | | * | $70.00 | - |
| aa-C | 04/21/03 | 05 | 24 | | 35 | INCLUDED BASIC/SERV PROC | | * | $0.00 | |
| aa-C | 04/21/03 | 20 | 24 | | 35 | CO97 | | * | $0.00 | |
| aa-C | 04/21/03 | 20 | 24 | | 35 | 0310760340700 | | * | $0.00 | |
| aa-C | 04/21/03 | 05 | 24 | | 35 | No PMT: MCR CIGNA | | * | $0.00 | |
| | sub-total aa: | | | $0.00 | | | | | | |
| ab-C | 03/01/03 | 90 | | 99232 | 35 | SUBSEQUENT HOSP VISIT | X | * | $110.00 | |
| ab-C | 04/21/03 | 06 | 24 | 70 | 35 | WRT-OFF: MEDICARE ADJ | | * | $110.00 | - |
| ab-C | 04/21/03 | 05 | 24 | | 35 | INCLUDED BASIC/SERV PROC | | * | $0.00 | |
| ab-C | 04/21/03 | 20 | 24 | | 35 | CO97 | | * | $0.00 | |
| ab-C | 04/21/03 | 20 | 24 | | 35 | 0310760340700 | | * | $0.00 | |
| ab-C | 04/21/03 | 05 | 24 | | 35 | No PMT: MCR CIGNA | | * | $0.00 | |
| | sub-total ab: | | | $0.00 | | | | | | |
| | TOTAL : | | | $0.00 | | | | | | |
| 00034 | 02/24/03 | $455.00 | C | | 32 | 01 24b 1Y 22` 0 | | | | |
| -C | 04/17/03 | 21 | 24 | | 32 | FILED: $455 Y MCR CIGNA | | ( | $455.00 | ) |
| -C | 05/27/03 | 20 | 24 | 947 | 32 | NOTE: SEE OA NOTE | | | $0.00 | |
| | sub-total : | | | $0.00 | | | | | | |
| aa-C | 02/24/03 | 90 | | 99223 | 32 | ADMIT HOSP CARE | X | * | $300.00 | |
| aa-C | 04/29/03 | 06 | 24 | 70 | 32 | WRT-OFF: MEDICARE ADJ | | * | $156.15 | - |
| aa-C | 04/29/03 | 05 | 24 | | 32 | PMT: MCR CIGNA | | * | $115.08 | - |
| aa-C | 04/29/03 | 25 | 24 | | 32 | RESPONSIBILITY CHANGE | | ( | $28.77 | ) |
| aa-C | 04/29/03 | 20 | 24 | | 32 | CO42 | | * | $0.00 | |
| aa-C | 04/29/03 | 20 | 24 | | 32 | 0310672415000 | | * | $0.00 | |
| aa-C | 04/29/03 | 20 | 24 | | 32 | CO-INS: 28.77 | | * | $0.00 | |
| aa-C | 04/29/03 | 25 | 24 | | 32 | Rev-RESPONSIBILITY CHANG | | ( | $28.77 | -) |
| aa-C | 06/17/03 | 25 | 22 | 102 | 32 | RSP: NOT ELIG FOR MCD | | ( | $28.77 | ) |
| aa-C | 06/24/03 | 03 | | | 32 | CHECK PAYMENT | 12240 | P | $28.77 | - |
| | sub-total aa: | | | $0.00 | | | | | | |
| ab-C | 02/25/03 | 90 | | 99233 | 32 | SUBSEQUENT HOSP VISIT | X | * | $155.00 | |
| ab-C | 04/29/03 | 06 | 24 | 70 | 32 | WRT-OFF: MEDICARE ADJ | | * | $82.21 | - |
| ab-C | 04/29/03 | 05 | 24 | | 32 | PMT: MCR CIGNA | | * | $58.23 | - |
| ab-C | 04/29/03 | 25 | 24 | | 32 | RESPONSIBILITY CHANGE | | ( | $14.56 | ) |
| ab-C | 04/29/03 | 20 | 24 | | 32 | CO42 | | * | $0.00 | |
| ab-C | 04/29/03 | 20 | 24 | | 32 | 0310672415000 | | * | $0.00 | |
| ab-C | 04/29/03 | 20 | 24 | | 32 | CO-INS: 14.56 | | * | $0.00 | |
| ab-C | 04/29/03 | 25 | 24 | | 32 | Rev-RESPONSIBILITY CHANG | | ( | $14.56 | -) |
| ab-C | 06/17/03 | 25 | 22 | 102 | 32 | RSP: NOT ELIG FOR MCD | | ( | $14.56 | ) |

Account claims detail (009172151)

---

ab-C 06/24/03 03 32 CHECK PAYMENT - 12240 P $14.56-
sub-total ab: $0.00
TOTAL : $0.00

00035 02/26/03 $110.00 C 35 01 24b 1Y
-C 04/15/03 21 24 35 FILED: $110 Y MCR CIGNA ( $110.00 )
-C 05/23/03 20 24 957 35 NOTE: RESEARCHED CLAIM $0.00
sub-total : $0.00
aa-C 02/26/03 90 99232 35 SUBSEQUENT HOSP VISIT X * $110.00
aa-C 04/24/03 06 24 70 35 WRT-OFF: MEDICARE ADJ * $110.00-
aa-C 04/24/03 05 24 35 INCLUDED BASIC/SERV PROC * $0.00
aa-C 04/24/03 20 24 35 CO97 * $0.00
aa-C 04/24/03 20 24 35 0310760340800 * $0.00
aa-C 04/24/03 05 24 35 No PMT: MCR CIGNA * $0.00
sub-total aa: $0.00
TOTAL : $0.00

00036 03/03/03 $200.00 C 35 01 24b 1Y
-C 04/22/03 21 24 35 FILED: $200 Y MCR CIGNA ( $200.00 )
-C 05/27/03 20 24 957 35 NOTE: RESEARCHED CLAIM $0.00
sub-total : $0.00
aa-C 03/03/03 90 99231 35 SUBSEQUENT HOSP VISIT X * $70.00
aa-C 04/28/03 06 24 70 35 WRT-OFF: MEDICARE ADJ * $70.00-
aa-C 04/28/03 05 24 35 INCLUDED BASIC/SERV PROC * $0.00
aa-C 04/28/03 20 24 35 CO97 * $0.00
aa-C 04/28/03 20 24 35 0311460177100 * $0.00
aa-C 04/28/03 05 24 35 No PMT: MCR CIGNA * $0.00
sub-total aa: $0.00
ab-C 03/04/03 90 99238 35 HOSP D/C 30 MINS OR LESS X * $130.00
ab-C 04/28/03 06 24 70 35 WRT-OFF: MEDICARE ADJ * $130.00-
ab-C 04/28/03 05 24 35 INCLUDED BASIC/SERV PROC * $0.00
ab-C 04/28/03 20 24 35 CO97 * $0.00
ab-C 04/28/03 20 24 35 0311460177100 * $0.00
ab-C 04/28/03 05 24 35 No PMT: MCR CIGNA * $0.00
sub-total ab: $0.00
TOTAL : $0.00

00037 04/16/03 $217.00 C 32 01 24b 1Y
-C 04/30/03 21 24 32 FILED: $217 Y MCR CIGNA ( $217.00 )
sub-total : $0.00
aa-C 04/16/03 23 99215 32 EST PT OFC/OP VISIT X * $217.00
aa-C 05/13/03 06 24 70 32 WRT-OFF: MEDICARE ADJ * $107.63-
aa-C 05/13/03 05 24 32 PMT: MCR CIGNA * $87.50-
aa-C 05/13/03 25 24 32 RESPONSIBILITY CHANGE ( $21.87 )
aa-C 05/13/03 20 24 32 CO42 * $0.00
aa-C 05/13/03 20 24 32 0311871213600 * $0.00
aa-C 05/13/03 20 24 32 CO-INS: 21.87 * $0.00
aa-C 06/24/03 03 32 CHECK PAYMENT 12240 P $5.84-
aa-C 08/19/03 03 32 CHECK PAYMENT 2357 $16.03-
sub-total aa: $0.00
TOTAL : $0.00

00038 02/28/03 $25.00 C 29 01 24b 1Y
-C 05/29/03 21 24 29 FILED: $25 Y MCR CIGNA ( $25.00 )

```
        sub-total   :         $0.00
   aa-C 02/28/03 91     93010    29 EKG:REPORT ONLY               X        *   $25.00
   aa-C 06/05/03 06   24    70   29 WRT-OFF: MEDICARE ADJ                  *   $16.70-
   aa-C 06/05/03 05   24         29 PMT: MCR CIGNA                         *    $6.64-
   aa-C 06/05/03 25   24         29 RESPONSIBILITY CHANGE                  (    $1.66 )
   aa-C 06/05/03 20   24         29 CO42                                   *    $0.00
   aa-C 06/05/03 20   24         29 0314371445700                          *    $0.00
   aa-C 06/05/03 20   24         29 CO-INS:      1.66                      *    $0.00
   aa-C 08/19/03 03              29 CHECK PAYMENT               2357            $1.66-
        sub-total aa:         $0.00
            TOTAL   :         $0.00

 00039  02/28/03     $25.00  C   29 01    24b 1Y
     -C 05/29/03 21   24         29 FILED:  $25 Y MCR CIGNA                (   $25.00 )
        sub-total   :         $0.00
   aa-C 02/28/03 90  93010-76    29 EKG:REPORT ONLY               X        *   $25.00
   aa-C 06/05/03 06   24    70   29 WRT-OFF: MEDICARE ADJ                  *   $16.70-
   aa-C 06/05/03 05   24         29 PMT: MCR CIGNA                         *    $6.64-
   aa-C 06/05/03 25   24         29 RESPONSIBILITY CHANGE                  (    $1.66 )
   aa-C 06/05/03 20   24         29 CO42                                   *    $0.00
   aa-C 06/05/03 20   24         29 0314371445800                          *    $0.00
   aa-C 06/05/03 20   24         29 CO-INS:      1.66                      *    $0.00
   aa-C 08/19/03 03              29 CHECK PAYMENT               2357            $1.66-
        sub-total aa:         $0.00
            TOTAL   :         $0.00

 00040  05/12/03    $217.00  C   32 01    24b 1Y
     -C 05/30/03 21   24         32 FILED: $217 Y MCR CIGNA                (  $217.00 )
        sub-total   :         $0.00
   aa-C 05/12/03 23     99215    32 EST PT OFC/OP VISIT           X        *  $217.00
   aa-C 06/10/03 06   24    70   32 WRT-OFF: MEDICARE ADJ                  *  $107.63-
   aa-C 06/10/03 05   24         32 PMT: MCR CIGNA                         *   $87.50-
   aa-C 06/10/03 25   24         32 RESPONSIBILITY CHANGE                  (   $21.87 )
   aa-C 06/10/03 20   24         32 CO42                                   *    $0.00
   aa-C 06/10/03 20   24         32 0314871142100                          *    $0.00
   aa-C 06/10/03 20   24         32 CO-INS:     21.87                      *    $0.00
   aa-C 08/19/03 03              32 CHECK PAYMENT               2357           $21.87-
        sub-total aa:         $0.00
            TOTAL   :         $0.00

 00041  04/21/03    $451.00  C   25 01    24b 1Y
     -C 06/04/03 21   24         25 FILED: $451 Y MCR CIGNA                (  $451.00 )
        sub-total   :         $0.00
   aa-C 04/21/03 91    93312M    25 TEE INTERP                    X        *  $255.00
   aa-C 06/17/03 06   24    70   25 WRT-OFF: MEDICARE ADJ                  *  $147.54-
   aa-C 06/17/03 05   24         25 PMT: MCR CIGNA                         *   $85.97-
   aa-C 06/17/03 25   24         25 RESPONSIBILITY CHANGE                  (   $21.49 )
   aa-C 06/17/03 20   24         25 CO42                                   *    $0.00
   aa-C 06/17/03 20   24         25 0315371996600                          *    $0.00
   aa-C 06/17/03 20   24         25 CO-INS:     21.49                      *    $0.00
   aa-C 08/19/03 03              25 CHECK PAYMENT               2357            $9.95-
   aa-C 10/03/03 03              25 CHECK PAYMENT               2400     P     $11.54-
        sub-total aa:         $0.00
   ab-C 04/21/03 91    93325M    25 DOPPLER COLOR FLOW INTERP     X        *  $113.00
```

Account claims detail (009172151)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ab-C | 06/17/03 | 06 | 24 | 70 | 25 | WRT-OFF: MEDICARE ADJ | | * | $109.28- |
| ab-C | 06/17/03 | 05 | 24 | | 25 | PMT: MCR CIGNA | | * | $2.98- |
| ab-C | 06/17/03 | 25 | 24 | | 25 | RESPONSIBILITY CHANGE | | ( | $0.74 ) |
| ab-C | 06/17/03 | 20 | 24 | | 25 | CO42 | | * | $0.00 |
| ab-C | 06/17/03 | 20 | 24 | | 25 | 0315371996600 | | * | $0.00 |
| ab-C | 06/17/03 | 20 | 24 | | 25 | CO-INS: 0.74 | | * | $0.00 |
| ab-C | 10/03/03 | 03 | | | 25 | CHECK PAYMENT | 2400 | P | $0.74- |
| | sub-total ab: | | $0.00 | | | | | | |
| ac-C | 04/21/03 | 91 | 93320M | | 25 | DOPPLER ECHO INTERP | X | * | $83.00 |
| ac-C | 06/17/03 | 06 | 24 | 70 | 25 | WRT-OFF: MEDICARE ADJ | | * | $64.19- |
| ac-C | 06/17/03 | 05 | 24 | | 25 | PMT: MCR CIGNA | | * | $15.04- |
| ac-C | 06/17/03 | 25 | 24 | | 25 | RESPONSIBILITY CHANGE | | ( | $3.77 ) |
| ac-C | 06/17/03 | 20 | 24 | | 25 | CO42 | | * | $0.00 |
| ac-C | 06/17/03 | 20 | 24 | | 25 | 0315371996600 | | * | $0.00 |
| ac-C | 06/17/03 | 20 | 24 | | 25 | CO-INS: 3.77 | | * | $0.00 |
| ac-C | 10/03/03 | 03 | | | 25 | CHECK PAYMENT | 2400 | P | $3.77- |
| | sub-total ac: | | $0.00 | | | | | | |
| | TOTAL : | | $0.00 | | | | | | |
| 00042 | 06/09/03 | $217.00 | C | | 32 | 01 24b 1Y | | | |
| -C | 06/18/03 | 21 | 24 | | 32 | FILED: $217 Y MCR CIGNA | | ( | $217.00 ) |
| | sub-total : | | $0.00 | | | | | | |
| aa-C | 06/09/03 | 23 | 99215 | | 32 | EST PT OFC/OP VISIT | X | * | $217.00 |
| aa-C | 06/30/03 | 06 | 24 | 70 | 32 | WRT-OFF: MEDICARE ADJ | | * | $107.63- |
| aa-C | 06/30/03 | 05 | 24 | | 32 | PMT: MCR CIGNA | | * | $87.50- |
| aa-C | 06/30/03 | 25 | 24 | | 32 | RESPONSIBILITY CHANGE | | ( | $21.87 ) |
| aa-C | 06/30/03 | 20 | 24 | | 32 | CO42 | | * | $0.00 |
| aa-C | 06/30/03 | 20 | 24 | | 32 | 0316772104800 | | * | $0.00 |
| aa-C | 06/30/03 | 20 | 24 | | 32 | CO-INS: 21.87 | | * | $0.00 |
| aa-C | 08/19/03 | 03 | | | 32 | CHECK PAYMENT | 2357 | | $21.87- |
| | sub-total aa: | | $0.00 | | | | | | |
| | TOTAL : | | $0.00 | | | | | | |
| 00043 | 07/03/03 | $229.00 | C | | 25 | 01 24b 1 | | | |
| aa-C | 07/03/03 | 23 | 99213 | | 25 | EST PT OFC/OP VISIT | X | * | $94.00 |
| aa-C | 07/28/03 | 06 | 24 | 70 | 25 | WRT-OFF: MEDICARE ADJ | | * | $46.47- |
| aa-C | 07/28/03 | 05 | 24 | | 25 | PMT: MCR CIGNA | | * | $38.02- |
| aa-C | 07/28/03 | 25 | 24 | | 25 | RESPONSIBILITY CHANGE | | ( | $9.51 ) |
| aa-C | 07/28/03 | 20 | 24 | | 25 | CO42 | | * | $0.00 |
| aa-C | 07/28/03 | 20 | 24 | | 25 | 0319671937000 | | * | $0.00 |
| aa-C | 07/28/03 | 20 | 24 | | 25 | CO-INS: 9.51 | | * | $0.00 |
| aa-C | 10/03/03 | 03 | | | 25 | CHECK PAYMENT | 2400 | P | $9.51- |
| | sub-total aa: | | $0.00 | | | | | | |
| ab-C | 07/03/03 | 23 | 93732 | | 25 | E-ANALY PACER W/REPROG | X | * | $135.00 |
| ab-C | 07/28/03 | 06 | 24 | 70 | 25 | WRT-OFF: MEDICARE ADJ | | * | $71.89- |
| ab-C | 07/28/03 | 05 | 24 | | 25 | PMT: MCR CIGNA | | * | $50.49- |
| ab-C | 07/28/03 | 25 | 24 | | 25 | RESPONSIBILITY CHANGE | | ( | $12.62 ) |
| ab-C | 07/28/03 | 20 | 24 | | 25 | CO42 | | * | $0.00 |
| ab-C | 07/28/03 | 20 | 24 | | 25 | 0319671937000 | | * | $0.00 |
| ab-C | 07/28/03 | 20 | 24 | | 25 | CO-INS: 12.62 | | * | $0.00 |
| ab-C | 10/03/03 | 03 | | | 25 | CHECK PAYMENT | 2400 | P | $12.62- |
| | sub-total ab: | | $0.00 | | | | | | |
| | TOTAL : | | $0.00 | | | | | | |

Account claims detail (009172151)

---

00044 08/11/03 $217.00 C 32 01 24b 1Y
-C 08/22/03 21 24 32 FILED: $217 Y MCR CIGNA ( $217.00 )
sub-total : $0.00
aa-C 08/11/03 23 99215 32 EST PT OFC/OP VISIT X * $217.00
aa-C 09/02/03 06 24 70 32 WRT-OFF: MEDICARE ADJ * $107.63-
aa-C 09/02/03 05 24 32 PMT: MCR CIGNA * $87.50-
aa-C 09/02/03 25 24 64 32 RSP: COPAY ( $21.87 )
aa-C 09/02/03 20 24 32 CO42 * $0.00
aa-C 09/02/03 20 24 32 0323073687800 * $0.00
aa-C 10/03/03 03 32 CHECK PAYMENT 2400 P $5.84-
aa-C 02/18/04 03 32 CHECK PAYMENT 2638 $16.03-
sub-total aa: $0.00
TOTAL : $0.00

00045 08/25/03 $25.00 C 11 01 24b 1Y
-C 09/11/03 21 24 11 FILED: $25 Y MCR CIGNA ( $25.00 )
sub-total : $0.00
aa-C 08/25/03 90 93010 11 EKG:REPORT ONLY X * $25.00
aa-C 09/24/03 06 24 70 11 WRT-OFF: MEDICARE ADJ * $16.70-
aa-C 09/24/03 05 24 11 PMT: MCR CIGNA * $6.64-
aa-C 09/24/03 25 24 64 11 RSP: COPAY ( $1.66 )
aa-C 09/24/03 20 24 11 CO42 * $0.00
aa-C 09/24/03 20 24 11 0325480132200 * $0.00
aa-C 02/18/04 03 11 CHECK PAYMENT 2638 $1.66-
sub-total aa: $0.00
TOTAL : $0.00

00046 08/26/03 $195.00 C 32 01 24b 1Y
-C 10/20/03 21 24 32 FILED: $195 Y MCR CIGNA ( $195.00 )
sub-total : $0.00
aa-C 08/26/03 90 99253 32 INIT IP CONSULT X * $195.00
aa-C 11/03/03 06 24 70 32 WRT-OFF: MEDICARE ADJ * $104.59-
aa-C 11/03/03 05 24 32 PMT: MCR CIGNA * $72.33-
aa-C 11/03/03 25 24 64 32 RSP: COPAY ( $18.08 )
aa-C 11/03/03 20 24 32 CO42 * $0.00
aa-C 11/03/03 20 24 32 0329375649000 * $0.00
aa-C 11/03/03 20 24 32 CO-INS: 18.08 * $0.00
aa-C 02/18/04 03 32 CHECK PAYMENT 2638 $18.08-
sub-total aa: $0.00
TOTAL : $0.00

00047 10/28/03 $217.00 C 32 01 24b 1Y
-C 11/13/03 21 24 32 FILED: $217 Y MCR CIGNA ( $217.00 )
sub-total : $0.00
aa-C 10/28/03 23 99215 32 EST PT OFC/OP VISIT X * $217.00
aa-C 12/08/03 06 24 70 32 WRT-OFF: MEDICARE ADJ * $107.63-
aa-C 12/08/03 05 24 32 PMT: MCR CIGNA * $87.50-
aa-C 12/08/03 25 24 64 32 RSP: COPAY ( $21.87 )
aa-C 12/08/03 20 24 32 CO42 * $0.00
aa-C 12/08/03 20 24 32 0332880988300 * $0.00
aa-C 12/08/03 20 24 32 CO-INS: 21.87 * $0.00
aa-C 02/18/04 03 32 CHECK PAYMENT 2638 $5.84-
aa-C 03/22/04 03 32 CHECK PAYMENT 2691 P $10.74-
aa-C 04/22/04 03 32 CHECK PAYMENT 2777 $5.29-

Account claims detail (009172151)

---

sub-total aa: $0.00
TOTAL : $0.00

00048 01/02/04 $180.00 C 35 01 24b 1Y
-C 02/02/04 21 24 35 FILED: $180 Y MCR CIGNA ( $180.00 )
sub-total : $0.00
aa-C 01/02/04 23 99213 35 EST PT OFC/OP VISIT X * $94.00
aa-C 01/21/04 06 24 70 35 WRT-OFF: MEDICARE ADJ * $44.55-
aa-C 01/21/04 20 24 35 PR01 * $0.00
aa-C 01/21/04 20 24 35 0401676538800 * $0.00
aa-C 01/21/04 05 24 35 No PMT: MCR CIGNA * $0.00
aa-C 03/11/04 25 24 67 35 RSP: DEDUCTIBLE ( $49.45 )
aa-C 04/22/04 03 35 CHECK PAYMENT 2777 $49.45-
sub-total aa: $0.00
ab-C 01/02/04 23 93731 35 E-ANALYS PACER W/O REPROG X * $86.00
ab-C 01/21/04 06 24 70 35 WRT-OFF: MEDICARE ADJ * $45.31-
ab-C 01/21/04 20 24 35 PR01 * $0.00
ab-C 01/21/04 20 24 35 0401676538800 * $0.00
ab-C 01/21/04 05 24 35 No PMT: MCR CIGNA * $0.00
ab-C 03/11/04 25 24 67 35 RSP: DEDUCTIBLE ( $40.69 )
ab-C 04/22/04 03 35 CHECK PAYMENT 2777 $4.92-
ab-C 05/19/04 03 35 CHECK PAYMENT 2814 $35.77-
sub-total ab: $0.00
TOTAL : $0.00

00049 01/26/04 $217.00 C 32 01 24b 1Y
-C 02/12/04 21 24 32 FILED: $217 Y MCR CIGNA ( $217.00 )
sub-total : $0.00
aa-C 01/26/04 23 99215 32 EST PT OFC/OP VISIT X * $217.00
aa-C 02/26/04 06 24 70 32 WRT-OFF: MEDICARE ADJ * $104.06-
aa-C 02/26/04 05 24 32 PMT: MCR CIGNA * $82.46-
aa-C 02/26/04 25 24 67 32 RSP: DEDUCTIBLE ( $9.86 )
aa-C 02/26/04 25 24 32 RESPONSIBILITY CHANGE ( $20.62 )
aa-C 02/26/04 05 24 32 PATIENT CO-INS/DEDUCTIBLE * $0.00
aa-C 02/26/04 20 24 32 CO42 * $0.00
aa-C 02/26/04 20 24 32 0404373707400 * $0.00
aa-C 02/26/04 20 24 32 CO-INS: 20.62 * $0.00
aa-C 04/22/04 03 32 CHECK PAYMENT 2777 $30.48-
sub-total aa: $0.00
TOTAL : $0.00

00050 04/27/04 $217.00 O 32 01 HN65d 1
-C 05/06/04 21 HN65 32 FILED: $217 Y MCR HEALTHS ( $217.00 )
sub-total : $0.00
aa-C 04/27/04 23 99215 32 EST PT OFC/OP VISIT X * $217.00
sub-total aa: $217.00 $217.00
TOTAL : $217.00 $217.00

COLLECTION A/R

| | Collection | Current | "P" | "*" | "W" | "I" |
|---|---|---|---|---|---|---|
| POSTED (CX): | $0.00 | $217.00 | $0.00 | $217.00 | $0.00 | $0.00 |
| ENTERED (E): | | | | | | |

===

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL A/R: | $0.00 | $217.00 | $0.00 | $217.00 | $0.00 | $0.00 |

END OF REPORT

A ST THOMAS HOSPITAL
P.O. BOX 306187
NASHVILLE, TN 37230
CYCLE 01/04/01 615 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100016

W R
SMITH ,JANICE S 37962929 F 46 01/02/01

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY,TN 37138

1 BC BLUE CARE W027301 ZEC00C41592

PIROLO, JOHN S.

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS
01/02 001MOB CHEST-PA 42020052 159.94 159.94

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
XRAY DIAG 320 159.94 159.94

SUB-TOTAL OF CURR. CHARGES 159.94 159.94

T O T A L S 159.94 159.94

37962929 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

ST THOMAS HOSPITAL
P.O. BOX [illegible]
NASHVILLE, TN 37230

CYCLE 03/05/01 615 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

W R
SMITH ,JANICE S 38300776 F 48 03/02/01

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY,TN 37138

1 BC BLUE CARE WD27301 ZEC00C41592

TACOGUE, LOYDA

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| 03/02 0012D ECHO W DPL 00811003 | 565.08 | 565.08 |
| 03/02 001VAS CAROTID D 42400130 | 343.29 | 343.29 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

| | | | |
|---|---|---|---|
| XRAY DIAG | 320 | 343.29 | 343.29 |
| EKG/ECG | 730 | 565.08 | 565.08 |

SUB-TOTAL OF CURR. CHARGES 908.37 908.37

T O T A L S 908.37 908.37

38300776 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

A ST THOMAS HOSPITAL
P.O. BOX 305187
NASHVILLE, TN 37230

CYCLE 04/18/01 616 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

W R
SMITH ,JANICE S 38535811 F 48 04/16/01

JANICE S SMITH 1 BC BLUE CARE W027301 ZEC00041692
803 HADLEY AVENUE
OLD HICKORY,TN 37138

KAMINSKI, MICHAEL

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 04/16 001ISOVUE 300 10 | 01647245 | 174.75 | 174.75 |
| 04/16 001VAS TRANSCRAN | 42400351 | 349.07 | 349.07 |
| 04/16 001CT HEAD W/O & | 42674737 | 750.80 | 750.80 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

| | | | |
|---|---|---|---|
| CT SCAN | 360 | 750.80 | 750.80 |
| PHARMACY | 250 | 174.75 | 174.75 |
| XRAY DIAG | 320 | 349.07 | 349.07 |

SUB-TOTAL OF CURR. CHARGES 1274.62 1274.62

T O T A L S 1274.62 1274.62

38535811 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

A

ST THOMAS HOSPITAL
[illegible] BOX [illegible] 1
NASHVILLE, TN 37230

CYCLE 09/16/01 615 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

W R
SMITH ,JANICE 39319799 F 49 09/13/01

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

TACOGUE, LOYDA

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

09/13 0012D ECHO W DPL 00911003 565.08 565.08

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

EKG/ECG 730 565.08 565.08

SUB-TOTAL OF CURR. CHARGES 565.08 565.08

T O T A L S 565.08 565.08

39319799

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

1 ST THOMAS HOSPITAL
P.O. BOX [illegible]
NASHVILLE, TN 37230

CYCLE 03/01/02 615 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

W D
SMITH ,JANICE 40056831 F 49 02/01/02

JANICE S SMITH 1 UNIVERSAL TC W06 98794*01
803 HADLEY AVENUE
OLD HICKORY TN 37138

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 02/01 | 001CARDIAC REHAB 43347055 | | |
| 02/01 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/04 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/06 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/08 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/11 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/13 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/15 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/18 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/20 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/22 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/25 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/27 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

| | | |
|---|---|---|
| CARD REHAB 943 | 1006.80 | 1006.80 |

| | | |
|---|---|---|
| SUB-TOTAL OF CURR. CHARGES | 1006.80 | 1006.80 |

| | | |
|---|---|---|
| T O T A L S | 1006.80 | 1006.80 |

40056831 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

1 ST THOMAS HOSPITAL
P. O. BOX [illegible]
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

CYCLE 04/01/02
OUTP.

BIRTH-DATE
05/06/52 100018

W D
SMITH ,JANICE 40218823 F 49 03/01/02

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 03/01 | 001CARDIAC REHAB 43347055 | | |
| 03/01 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/04 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/06 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/08 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/11 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/13 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/15 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
CARD REHAB 943 634.27 634.27

SUB-TOTAL OF CURR. CHARGES 634.27 634.27

T O T A L S 634.27 634.27

40218823 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

A

ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

CYCLE 07/15/02
OUTP.

BIRTH-DATE
05/06/52 100018

W R
SMITH ,JANICE 40956018 F 50 07/11/02

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 07/11 001CT | HEAD-W/O | 42676182 | 709.40 | 709.40 |

| | | |
|---|---|---|
| BALANCE FORWARD | 0.00 | |
| SUMMARY OF CURRENT CHARGES | | |
| CT SCAN 350 | 709.40 | 709.40 |
| SUB-TOTAL OF CURR. CHARGES | 709.40 | 709.40 |
| T O T A L S | 709.40 | 709.40 |

40956018

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

A ST THOMAS HOSPITAL
P.O. BOX 440187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

CYCLE 02/07/03
OUTP.

BIRTH-DATE
05/06/52 100018

M R
SMITH ,JANICE 41914629 F 50 02/03/03

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE 415921273-A
2 MEDICAID # 415921273

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 02/03 | 001SYSTEM GENERA | 00528609 | | |
| 02/03 | 001PF FUNCTIONAL | 41500212 | 106.60 | 106.60 |
| 02/03 | 001PF-DLCO W/PFT | 41500220 | 59.50 | 59.50 |
| 02/03 | 001PF-STRESS TES | 41500336 | 487.95 | 487.95 |
| 02/03 | 001PF SPIROMETRY | 41550031 | 432.95 | 432.95 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
PULM FUNC 460 1087.00 1087.00

SUB-TOTAL OF CURR. CHARGES 1087.00 1087.00

COINSURANCE 217.40- 217.40

T O T A L S 1087.00 869.60 217.40

41914629 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

DRG = 483

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150
FINAL 03/07/03 615 222-6636 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

THOMPSON, W.DAVID

SUMMARY OF CHARGES

| | | | | |
|---|---|---|---|---|
| R&C ICU-OTH | 8DAYS@ 618.00 | 4944.00 | 4944.00 | |
| IV SOLUTNS | 258 | 27.30 | 27.30 | |
| OPER ROOM | 360 | 1703.35 | 1703.35 | |
| OTHER DIAG | 92X | 471.55 | 471.55 | |
| PHARMACY | 250 | 1237.65 | 1237.65 | |
| XRAY DIAG | 320 | 249.30 | 249.30 | |
| LABORATORY | | 1888.24 | 1888.24 | |
| MED-SUR SP | 272 | 8006.35 | 8006.35 | |
| PACEMAKER | 275 | 16400.00 | 16400.00 | |
| EKG/ECG | 730 | 202.80 | 202.80 | |
| SEE COORDINATOR | | 917.15 | 917.15 | |
| SUB-TOTAL OF CHARGES | | 36047.69 | 36047.69 | |
| POLICY DEDUCTIBLE | | | 840.00- | 840.00 |

GUAR RELATIONSHIP: SEX: F GUAR NO: 415921273

| | | | |
|---|---|---|---|
| T O T A L S | 36047.69 | 35207.69 | 840.00 |

42144932 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO 63160-1071

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63160-1071

CYCLE 04/25/03 615 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

M H
SMITH ,JANICE 42441155 F 50 04/17/03

JANICE S SMITH 1 MEDICARE 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

GRAVES, DANTE

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 04/21 | 001FENTANYL 0.05 | 01628607 | 8.90 | 8.90 |
| 04/21 | 001MIDAZOLAM 1 M | 01628771 | 8.90 | 8.90 |
| 04/21 | 001PENTOTHAL 25M | 01691465 | 14.40 | 14.40 |
| 04/21 | 001TEE | 00930024 | 852.70 | 852.70 |
| 04/21 | 001SOL SC .9% 10 | 00474940 | 46.35 | 46.35 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

| | | | |
|---|---|---|---|
| IV SOLUTNS | 258 | 46.35 | 46.35 |
| PHARMACY | 250 | 32.20 | 32.20 |
| CARDIOLOGY | 48X | 852.70 | 852.70 |

SUB-TOTAL OF CURR. CHARGES 931.25 931.25

COINSURANCE 186.25- 186.25

T O T A L S 931.25 745.00 186.25

42441155 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO

ST THOMAS HOSPITAL
P. O. BOX 504071
ST. LOUIS, MO
615 222-6638
FEI # 62-0347580

63150-1071

CYCLE 06/21/03
OUTP.

BIRTH-DATE
05/06/52 100018

M R
SMITH ,JANICE 42913154 F 51 06/17/03

JANICE S SMITH
603 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE 415921273-A
2 MEDICAID 415921273

FALLIS, ROBERT J.

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 06/17 | 001COLLECTION BL | 40201866 | 7.30 | 7.30 |
| 06/17 | 001BASIC METABOL | 40209069 | 28.35 | 28.35 |
| 06/17 | 001CBC WITH DIFF | 45606007 | 28.45 | 28.45 |
| 06/17 | 001SEDIMENTATION | 45606252 | 22.65 | 22.65 |
| 06/17 | 001PT (INR) | 45651703 | 21.50 | 21.50 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

LABORATORY 108.25 108.25

SUB-TOTAL OF CURR. CHARGES 108.25 108.25

T O T A L S 108.25 108.25

42913154

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071
615 222-6638
FEI # 62-0347580

CYCLE 06/24/03
OUTP.

BIRTH-DATE
05/06/52 100018

M R
SMITH ,JANICE 42914444 F 51 06/20/03

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE 415921273A
2 MEDICAID 415921273

FALLIS, ROBERT J.

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 06/20 001IOPAMIDOL 300 | 01647342 | 420.40 | 420.40 |
| 06/20 001CT RECONSTRUC | 42609684 | 374.15 | 374.15 |
| 06/20 001CT HEAD W/O & | 42674737 | 889.30 | 889.30 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

| | | | |
|---|---|---|---|
| CT SCAN | 350 | 1263.45 | 1263.45 |
| PHARMACY | 250 | 420.40 | 420.40 |

SUB-TOTAL OF CURR. CHARGES 1683.85 1683.85

COINSURANCE 336.77- 336.77

T O T A L S 1683.85 1347.08 336.77

42914444 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO

ST THOMAS HOSPITAL
P. O. BOX 501071 
ST. LOUIS, MO 63150-1071 63150

FINAL 09/02/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 43272632 F 51 08/25/03 08/28/03 3
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

KYRIAKIDIS, K. ERICK

SUMMARY OF CHARGES

| | | | | | |
|---|---|---|---|---|---|
| R&C REGULAR | 1DAYS@ | 492.00 | 492.00 | 492.00 | |
| R&C ICU-OTH | 2DAYS@ | 649.00 | 1298.00 | 1298.00 | |
| IV SOLUTNS | 258 | | 99.90 | 99.90 | |
| EMERG RM | 450 | | 680.10 | 680.10 | |
| PHARMACY | 250 | | 272.85 | 272.85 | |
| LABORATORY | | | 1581.65 | 1581.65 | |
| EKG/ECG | 730 | | 106.45 | 106.45 | |
| SUB-TOTAL OF CHARGES | | | 4530.95 | 4530.95 | |
| POLICY DEDUCTIBLE | | | | 840.00- | 840.00 |

GUAR RELATIONSHIP: SEX: F GUAR NO: 415921273

| | | | |
|---|---|---|---|
| T O T A L S | 4530.95 | 3690.95 | 840.00 |

43272632 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO 63150-1071

ST THOMAS HOSPITAL 1
P. O. BOX 501071
ST. LOUIS, MO 63160-1071
CYCLE 11/26/03 615 222-6636 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

M R
SMITH ,JANICE S 43688618 F 51 11/20/03

JANICE S SMITH 1 MEDICARE 415921273A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 11/20 001SYSTEM GENERA 00528609 | | | |
| 11/20 001PF-STRESS TES 41500336 | 512.35 | 512.35 | |
| 11/20 001PF-SPIROMETRY 41550015 | 146.00 | 146.00 | |
| BALANCE FORWARD | 0.00 | | |
| SUMMARY OF CURRENT CHARGES | | | |
| PULM FUNC 460 | 658.35 | 658.35 | |
| SUB-TOTAL OF CURR. CHARGES | 658.35 | 658.35 | |
| COINSURANCE | | 131.67- | 131.67 |
| T O T A L S | 658.35 | 526.68 | 131.67 |

43688618 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO

A

ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

1

CYCLE 09/16/01
OUTP.

BIRTH-DATE
05/06/52 100018

W R
SMITH ,JANICE 39319799 F 49 09/13/01

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

TACOGUE, LOYDA

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

09/13 0012D ECHO W DPL 00911003 565.08 565.08

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

EKG/ECG 730 565.08 565.08

SUB-TOTAL OF CURR. CHARGES 565.08 565.08

T O T A L S 565.08 565.08

39319799

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

1

ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

1

CYCLE 02/01/02
OUTP.

BIRTH-DATE
05/06/52 100018

W D
SMITH ,JANICE 39922614 F 49 01/10/02

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| 01/10 001CARDIAC REHAB 43347055 | | |
| 01/10 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/11 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/14 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/16 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/18 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/21 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/23 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/25 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/28 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 01/30 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| BALANCE FORWARD | 0.00 | |
| SUMMARY OF CURRENT CHARGES | | |
| CARD REHAB 943 | 839.00 | 839.00 |
| SUB-TOTAL OF CURR. CHARGES | 839.00 | 839.00 |

T O T A L S 839.00 839.00

39922614

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

1

ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

1

CYCLE 03/01/02
OUTP.

BIRTH-DATE
05/06/52 100018

W D
SMITH ,JANICE 40056831 F 49 02/01/02

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 02/01 | 001CARDIAC REHAB 43347055 | | |
| 02/01 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/04 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/06 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/08 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/11 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/13 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/15 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/18 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/20 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/22 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/25 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |
| 02/27 | 001MONITORED EXE 48905390 | 83.90 | 83.90 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
CARD REHAB 943 1006.80 1006.80

SUB-TOTAL OF CURR. CHARGES 1006.80 1006.80

T O T A L S 1006.80 1006.80

40056831

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

1 ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

1

CYCLE 04/01/02
OUTP.

BIRTH-DATE
05/06/52 100018

W D
SMITH ,JANICE 40218823 F 49 03/01/02

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 03/01 | 001CARDIAC REHAB 43347055 | | |
| 03/01 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/04 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/06 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/08 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/11 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/13 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |
| 03/15 | 001MONITORED EXE 48905390 | 90.61 | 90.61 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
CARD REHAB 943 634.27 634.27

SUB-TOTAL OF CURR. CHARGES 634.27 634.27

T O T A L S 634.27 634.27

40218823

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

A

ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

1

CYCLE 07/15/02
OUTP.

BIRTH-DATE
05/06/52 100018

W R
SMITH ,JANICE 40956018 F 50 07/11/02

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS
07/11 001CT HEAD-W/O 42676152 709.40 709.40

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
CT SCAN 350 709.40 709.40

SUB-TOTAL OF CURR. CHARGES 709.40 709.40

| | | | | |
|---|---|---|---|---|
| T O T A L S | 709.40 | 709.40 | | |
| 40956018 | | | PAY THIS AMOUNT | 0.00 |

ST THOMAS HOSPITAL
NASHVILLE, TN

A

ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

1

CYCLE 07/15/02
OUTP.

BIRTH-DATE
05/06/52 100018

W R
SMITH ,JANICE 40956018 F 50 07/11/02

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 UNIVERSAL TC W06 98794*01

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 07/11 001CT HEAD-W/O | 42676152 | 709.40 | 709.40 |

| | | | |
|---|---|---|---|
| BALANCE FORWARD | | 0.00 | |
| SUMMARY OF CURRENT CHARGES | | | |
| CT SCAN | 350 | 709.40 | 709.40 |
| SUB-TOTAL OF CURR. CHARGES | | 709.40 | 709.40 |

T O T A L S 709.40 709.40

40956018 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

A

ST THOMAS HOSPITAL
P. O. BOX 305187
NASHVILLE, TN 37230
615 222-6638
FEI # 62-0347580

1

CYCLE 02/07/03
OUTP.

BIRTH-DATE
05/06/52 100018

M R
SMITH ,JANICE 41914629 F 50 02/03/03

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE 415921273-A
2 MEDICAID # 415921273

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 02/03 001SYSTEM GENERA 00528609 | | | |
| 02/03 001PF FUNCTIONAL 41500212 | 106.60 | 106.60 | |
| 02/03 001PF-DLCO W/PFT 41500220 | 59.50 | 59.50 | |
| 02/03 001PF-STRESS TES 41500336 | 487.95 | 487.95 | |
| 02/03 001PF SPIROMETRY 41550031 | 432.95 | 432.95 | |
| BALANCE FORWARD | 0.00 | | |
| SUMMARY OF CURRENT CHARGES | | | |
| PULM FUNC 460 | 1087.00 | 1087.00 | |
| SUB-TOTAL OF CURR. CHARGES | 1087.00 | 1087.00 | |
| COINSURANCE | | 217.40- | 217.40 |

| | | | |
|---|---|---|---|
| T O T A L S | 1087.00 | 869.60 | 217.40 |

41914629

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

A ST THOMAS HOSPITAL
P. O. BOX 305187 1
NASHVILLE, TN 37230
CYCLE 02/07/03 615 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

M R
SMITH ,JANICE 41914629 F 50 02/03/03

JANICE S SMITH 1 MEDICARE 415921273-A
803 HADLEY AVENUE 2 MEDICAID # 415921273
OLD HICKORY TN 37138

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 02/03 | 001SYSTEM GENERA | 00528609 | | |
| 02/03 | 001PF FUNCTIONAL | 41500212 | 106.60 | 106.60 |
| 02/03 | 001PF-DLCO W/PFT | 41500220 | 59.50 | 59.50 |
| 02/03 | 001PF-STRESS TES | 41500336 | 487.95 | 487.95 |
| 02/03 | 001PF SPIROMETRY | 41550031 | 432.95 | 432.95 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
PULM FUNC 460 1087.00 1087.00

SUB-TOTAL OF CURR. CHARGES 1087.00 1087.00

COINSURANCE 217.40- 217.40

T O T A L S 1087.00 869.60 217.40

41914629 PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
NASHVILLE, TN

DRG = 483