Ex 6 4 - 1

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071
615 222-6638
FEI # 62-0347580

1

FINAL 03/07/03
INP.

63150
BIRTH-DATE
05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE IP 415921273-A
2 MEDICAID 415921273

THOMPSON, W.DAVID

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 02/24 | 001BASIC METABOLI | 4020906 | 122.98 | 122.98 |
| 02/24 | 001LIPID PROFILE | 4021601 | 88.35 | 88.35 |
| 02/24 | 001MAGNESIUM | 4022113 | 41.94 | 41.94 |
| 02/24 | 001HEPATIC FUNCTI | 4022908 | 120.45 | 120.45 |
| 02/24 | 001CBC | 4560602 | 54.51 | 54.51 |
| 02/24 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 02/24 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 02/24 | 001PTT | 4562528 | 50.17 | 50.17 |
| 02/24 | 001PTT | 4562528 | 50.17 | 50.17 |
| 02/24 | 001ZOLPIDEM 10 MG | 0161886 | 6.40 | 6.40 |
| 02/24 | 001ENALAPRIL 2.5 | 0162677 | 3.10 | 3.10 |
| 02/24 | 001ENALAPRIL 2.5 | 0162677 | 3.10 | 3.10 |
| 02/24 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 |
| 02/24 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 02/24 | 001HEPARIN 25,000 | 0162722 | 55.55 | 55.55 |
| 02/24 | 001HEPARIN 1,000 | 0167666 | 9.60 | 9.60 |
| 02/24 | 001ROOM 424 | 7000094 | 618.00 | 618.00 |
| 02/25 | 001PTT | 4562528 | 50.17 | 50.17 |
| 02/25 | 001PTT | 4562528 | 50.17 | 50.17 |
| 02/25 | 001PTT | 4562528 | 50.17 | 50.17 |
| 02/25 | 001ZOLPIDEM 10 MG | 0161886 | 6.40 | 6.40 |
| 02/25 | 001CITALOPRAM 20 | 0162278 | 6.20 | 6.20 |
| 02/25 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 |
| 02/25 | 001ENALAPRIL 2.5 | 0162677 | 3.10 | 3.10 |
| 02/25 | 001ENALAPRIL 2.5 | 0162677 | 3.10 | 3.10 |
| 02/25 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 |
| 02/25 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

| | | | | |
|---|---|---|---|---|
| 02/25 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 02/25 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 |
| 02/25 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 |
| 02/25 | 001ROOM 424 | 7000094 | 618.00 | 618.00 |
| 02/26 | 001HEMATOCRIT | 4560606 | 32.60 | 32.60 |
| 02/26 | 001PLATELET | 4560685 | 44.00 | 44.00 |

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150


FINAL 03/07/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

THOMPSON, W.DAVID

| | | | | |
|---|---|---|---|---|
| 02/26 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 02/26 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 02/26 | 001PTT | 4562528 | 50.17 | 50.17 |
| 02/26 | 001ZOLPIDEM 10 MG | 0161886 | 6.40 | 6.40 |
| 02/26 | 001CITALOPRAM 20 | 0162278 | 6.20 | 6.20 |
| 02/26 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 |
| 02/26 | 001ENALAPRIL 2.5 | 0162677 | 3.10 | 3.10 |
| 02/26 | 001ENALAPRIL 2.5 | 0162677 | 3.10 | 3.10 |
| 02/26 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 |
| 02/26 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 02/26 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 02/26 | 001HEPARIN 25,000 | 0162722 | 55.55 | 55.55 |
| 02/26 | 001VAS VEN DUP LE | 4240247 | 471.55 | 471.55 |
| 02/26 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 |
| 02/26 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 |
| 02/26 | 001ROOM 424 | 7000094 | 618.00 | 618.00 |
| 02/27 | 001PCM IMPLANT DU | 3693010 | 1703.35 | 1703.35 |
| 02/27 | 001HEMATOCRIT | 4560606 | 32.60 | 32.60 |
| 02/27 | 001PLATELET | 4560685 | 44.00 | 44.00 |
| 02/27 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 02/27 | 001PTT | 4562528 | 50.17 | 50.17 |
| 02/27 | 001CITALOPRAM 20 | 0162278 | 6.20 | 6.20 |
| 02/27 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 |
| 02/27 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 02/27 | 001LORTAB 5 TAB | 0167022 | 4.60 | 4.60 |
| 02/27 | 001KANAMYCIN 1 GM | 0160031 | 6.75 | 6.75 |
| 02/27 | 001CEFAZOLIN 1 GM | 0160055 | 6.75 | 6.75 |
| 02/27 | 001CEFAZOLIN 1 GM | 0167180 | 55.95 | 55.95 |

| | | | | |
|---|---|---|---|---|
| 02/27 | 002LIDOCAINE PF 1 | 0168004 | 13.50 | 13.50 |
| 02/27 | 002IOPAMIDOL 370 | 0168723 | 318.50 | 318.50 |
| 02/27 | 001IOPAMIDOL 370 | 0168723 | 159.25- | 159.25- |
| 02/27 | 002PROPOFOL 10 MG | 0169098 | 172.70 | 172.70 |
| 02/27 | 003PHENYLEPH 6MG/ | 0169178 | 75.75 | 75.75 |
| 02/27 | 001MIDAZOLAM 1 MG | 0169311 | 8.90 | 8.90 |

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150
FINAL 03/07/03 615 222-6638
INP. FEI # 62-0347580
BIRTH-DATE
05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE IP 415921273-A
2 MEDICAID 415921273

THOMPSON, W.DAVID

| | | | | |
|---|---|---|---|---|
| 02/27 | 001MS COOK PEEL A | 3692008 | 185.60 | 185.60 |
| 02/27 | 001MS COOK PEEL A | 3692008 | 185.60 | 185.60 |
| 02/27 | 001GUIDEWIRE WHOL | 3694152 | 272.15 | 272.15 |
| 02/27 | 001MS PCM 8040 | 3745160 | 16400.00 | 16400.00 |
| 02/27 | 001CATH 6215 MEDT | 3745163 | 400.00 | 400.00 |
| 02/27 | 001MS SYSTEM 6216 | 3745165 | 1200.00 | 1200.00 |
| 02/27 | 001MS LEAD 4193 M | 3745300 | 3700.50 | 3700.50 |
| 02/27 | 001MS LEAD 5076 M | 3745344 | 2062.50 | 2062.50 |
| 02/27 | 001X PCM FLUORO S | 3694140 | 87.10 | 87.10 |
| 02/27 | 001DEXTROSE 5% 50 | 0161048 | | |
| 02/27 | 001NS 250 ML | 0162014 | 27.30 | 27.30 |
| 02/27 | 001ROOM 424 | 7000094 | 618.00 | 618.00 |
| 02/28 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 02/28 | 002ZOLPIDEM 5 MG | 0161885 | 10.40 | 10.40 |
| 02/28 | 001ZOLPIDEM 5 MG | 0161885 | 5.20 | 5.20 |
| 02/28 | 001ZOLPIDEM 5 MG | 0161885 | 5.20 | 5.20 |
| 02/28 | 001CITALOPRAM 20 | 0162278 | 6.20 | 6.20 |
| 02/28 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 |
| 02/28 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 |
| 02/28 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 |
| 02/28 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 02/28 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 02/28 | 001LORTAB 5 TAB | 0167022 | 4.60 | 4.60 |
| 02/28 | 001LORTAB 5 TAB | 0167022 | 4.60 | 4.60 |
| 02/28 | 001WARFARIN 7.5 M | 0167683 | 3.10 | 3.10 |
| 02/28 | 001HEPARIN 25,000 | 0162722 | 55.55 | 55.55 |
| 02/28 | 001CEFAZOLIN 1 GM | 0167180 | 55.95 | 55.95 |
| 02/28 | 001CEFAZOLIN 1 GM | 0167180 | 55.95 | 55.95 |

| | | | | |
|---|---|---|---|---|
| 02/28 | 001CEFAZOLIN 1 GM | 0167180 | 55.95 | 55.95 |
| 02/28 | 001EKG | 0092000 | 101.40 | 101.40 |
| 02/28 | 001EKG | 0092000 | 101.40 | 101.40 |
| 02/28 | 001X/R CHEST PA & | 4210300 | 162.20 | 162.20 |
| 02/28 | 001DEXTROSE 5% 50 | 0161048 | | |
| 02/28 | 001DEXTROSE 5% 50 | 0161048 | | |

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 4
FINAL 03/07/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE IP 415921273-A
2 MEDICAID 415921273

THOMPSON, W.DAVID

| | | | | |
|---|---|---|---|---|
| 02/28 | 001DEXTROSE 5% 50 | 0161048 | | |
| 02/28 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 |
| 02/28 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 |
| 02/28 | 001ROOM 424 | 7000094 | 618.00 | 618.00 |
| 03/01 | 001PTT | 4562528 | 50.17 | 50.17 |
| 03/01 | 001PTT | 4562528 | 50.17 | 50.17 |
| 03/01 | 001PTT | 4562528 | 50.17 | 50.17 |
| 03/01 | 001ZOLPIDEM 5 MG | 0161885 | 5.20 | 5.20 |
| 03/01 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 |
| 03/01 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 |
| 03/01 | 002ACETAMINOPHEN | 0163382 | | |
| 03/01 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 03/01 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 03/01 | 001WARFARIN 5 (FI | 0167682 | 3.10 | 3.10 |
| 03/01 | 001HEPARIN 25,000 | 0162722 | 55.55 | 55.55 |
| 03/01 | 002MONITORED EXER | 4890537 | 141.10 | 141.10 |
| 03/01 | 001ROOM 424 | 7000094 | 618.00 | 618.00 |
| 03/02 | 001HEMATOCRIT | 4560606 | 32.60 | 32.60 |
| 03/02 | 001PLATELET | 4560685 | 44.00 | 44.00 |
| 03/02 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 03/02 | 001PTT | 4562528 | 50.17 | 50.17 |
| 03/02 | 002ZOLPIDEM 5 MG | 0161885 | 10.40 | 10.40 |
| 03/02 | 001CITALOPRAM 20 | 0162278 | 6.20 | 6.20 |
| 03/02 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 |
| 03/02 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 |
| 03/02 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 |
| 03/02 | 001WARFARIN 5 (FI | 0167682 | 3.10 | 3.10 |
| 03/02 | 001WARFARIN 5 (FI | 0167682 | 3.10 | 3.10 |

| | | | | |
|---|---|---|---|---|
| 03/02 | 002MONITORED EXER | 4890537 | 141.10 | 141.10 |
| 03/02 | 001ROOM 424 | 7000094 | 618.00 | 618.00 |
| 03/03 | 001HEMATOCRIT | 4560606 | 32.60 | 32.60 |
| 03/03 | 001PLATELET | 4560685 | 44.00 | 44.00 |
| 03/03 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 |
| 03/03 | 001PTT | 4562528 | 50.17 | 50.17 |

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 5
FINAL 03/07/03 615 222-6638
INP. FEI # 62-0347580 BIRTH-DATE
05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

THOMPSON, W.DAVID

| | | | | | |
|---|---|---|---|---|---|
| 03/03 | 002ZOLPIDEM 5 MG | 0161885 | 10.40 | 10.40 | |
| 03/03 | 001CITALOPRAM 20 | 0162278 | 6.20 | 6.20 | |
| 03/03 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 | |
| 03/03 | 001LORAZEPAM 0.5 | 0163162 | 4.60 | 4.60 | |
| 03/03 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 | |
| 03/03 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 | |
| 03/03 | 001WARFARIN 2.5 M | 0167681 | 3.10 | 3.10 | |
| 03/03 | 001WARFARIN 5 (FI | 0167682 | 3.10 | 3.10 | |
| 03/03 | 001HEPARIN 25,000 | 0162722 | 55.55 | 55.55 | |
| 03/03 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 | |
| 03/03 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 | |
| 03/03 | 001ROOM 424 | 7000094 | 618.00 | 618.00 | |
| 03/04 | 001HEMATOCRIT | 4560606 | 32.60 | 32.60 | |
| 03/04 | 001PLATELET | 4560685 | 44.00 | 44.00 | |
| 03/04 | 001PROTIME (AS IN | 4562516 | 47.20 | 47.20 | |
| 03/04 | 001PTT | 4562528 | 50.17 | 50.17 | |
| 03/04 | 001CITALOPRAM 20 | 0162278 | 6.20 | 6.20 | |
| 03/04 | 001DIGOXIN 0.25 M | 0162625 | 3.10 | 3.10 | |
| 03/04 | 001CARVEDILOL 6.2 | 0164014 | 4.35 | 4.35 | |
| 03/04 | 001MONITORED EXER | 4890537 | 70.55 | 70.55 | |
| | POLICY DEDUCTIBLE | | | 840.00- | 840.00 |

T O T A L S 36047.69 35207.69 840.00

42144932

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO 63150-1071

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 6
FINAL 03/07/03 615 222-6638
INP. FEI # 62-0347580 BIRTH-DATE
05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

THOMPSON, W.DAVID

SUMMARY OF CHARGES

| | | | |
|---|---|---|---|
| R&C ICU-OTH 8DAYS@ | 618.00 | 4944.00 | 4944.00 |
| IV SOLUTNS 258 | | 27.30 | 27.30 |
| OPER ROOM 360 | | 1703.35 | 1703.35 |
| OTHER DIAG 92X | | 471.55 | 471.55 |
| PHARMACY 250 | | 1237.65 | 1237.65 |
| XRAY DIAG 320 | | 249.30 | 249.30 |
| LABORATORY | | 1888.24 | 1888.24 |
| MED-SUR SP 272 | | 8006.35 | 8006.35 |
| PACEMAKER 275 | | 16400.00 | 16400.00 |
| EKG/ECG 730 | | 202.80 | 202.80 |
| SEE COORDINATOR | | 917.15 | 917.15 |

SUB-TOTAL OF CHARGES 36047.69 36047.69
POLICY DEDUCTIBLE 840.00- 840.00

GUAR RELATIONSHIP: SEX: F GUAR NO: 415921273

T O T A L S 36047.69 35207.69 840.00

42144932

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO 63150-1071

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 7
FINAL 03/07/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

THOMPSON, W.DAVID

BILLING ABSTRACT

DIAGNOSIS AND PROCEDURES:
ADMITTING DIAGNOSIS:
996.01 MECH COMP CARD PACEMAKER
DISCHARGE/FINAL DIAGNOSIS:
996.01 *MECH COMP CARD PACEMAKER
428.0 CHF NOS
425.4 PRIM CARDIOMYOPATHY NEC
426.0 COMPLETE A/V BLOCK
V12.59 HX CIRC SYST DIS NEC
V43.3 HEART VALVE REPL NEC
SURGICAL PROCEDURES:
00.53 *IMPL CRT-P GENERATOR 02/27/03 63150

PHYSICIAN:
OPERATING:
063150 THOMPSON, W.DAVID

ALTERNATE CARE:
DISCHARGE DESTINATION:
AHR

| | | | |
|---|---|---|---|
| T O T A L S | 36047.69 | 35207.69 | 840.00 |
| MR#: 182052 | | | |

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 8
FINAL 03/07/03 615 222-6638
INP. FEI # 62-0347580 BIRTH-DATE
05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

THOMPSON, W.DAVID

BILLING ABSTRACT

ADDRESSES:
PATIENT:
JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

PT. EMPLOYER:
DISABLED
OLD HICKORY TN 37138

MR#: 182052

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 9
FINAL 03/07/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 42144932 F 50 02/24/03 03/04/03 8
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

THOMPSON, W.DAVID

BILLING ABSTRACT

GROUPER USED: MC02 (M03)
DRG #: 118 MDC #: 05
DRG RATE PER CASE: 7481.02
OUTLIER VALUE:

GROUPER USED: MC02 (W01)
DRG #: 118 MDC #: 05
DRG RATE PER CASE: 7481.02
OUTLIER VALUE:
MR#: 182052

1 ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 1
CYCLE 04/25/03 615 222-6638 BIRTH-DATE
OUTP. FEI # 62-0347580 05/06/52 100018

M H
SMITH ,JANICE 42441155 F 50 04/17/03

JANICE S SMITH 1 MEDICARE 415921273-A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

GRAVES, DANTE

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 04/21 | 001FENTANYL 0.05 | 01628607 | 8.90 | 8.90 |
| 04/21 | 001MIDAZOLAM 1 M | 01628771 | 8.90 | 8.90 |
| 04/21 | 001PENTOTHAL 25M | 01691465 | 14.40 | 14.40 |
| 04/21 | 001TEE | 00930024 | 852.70 | 852.70 |
| 04/21 | 001SOL SC .9% 10 | 00474940 | 46.35 | 46.35 |

| | | | |
|---|---|---|---|
| BALANCE FORWARD | 0.00 | | |
| SUMMARY OF CURRENT CHARGES | | | |
| IV SOLUTNS 258 | 46.35 | 46.35 | |
| PHARMACY 250 | 32.20 | 32.20 | |
| CARDIOLOGY 48X | 852.70 | 852.70 | |
| SUB-TOTAL OF CURR. CHARGES | 931.25 | 931.25 | |
| COINSURANCE | | 186.25- | 186.25 |

| | | | |
|---|---|---|---|
| T O T A L S | 931.25 | 745.00 | 186.25 |

42441155

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO

1

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071
615 222-6638
FEI # 62-0347580

1

CYCLE 06/21/03
OUTP.

BIRTH-DATE
05/06/52 100018

M R
SMITH ,JANICE 42913154 F 51 06/17/03

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE 415921273-A
2 MEDICAID 415921273

FALLIS, ROBERT J.

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 06/17 | 001COLLECTION BL | 40201866 | 7.30 | 7.30 |
| 06/17 | 001BASIC METABOL | 40209069 | 28.35 | 28.35 |
| 06/17 | 001CBC WITH DIFF | 45606007 | 28.45 | 28.45 |
| 06/17 | 001SEDIMENTATION | 45606252 | 22.65 | 22.65 |
| 06/17 | 001PT (INR) | 45651703 | 21.50 | 21.50 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES
LABORATORY 108.25 108.25

SUB-TOTAL OF CURR. CHARGES 108.25 108.25

T O T A L S 108.25 108.25

42913154

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO

A

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071
615 222-6638
FEI # 62-0347580

1

CYCLE 06/24/03
OUTP.

BIRTH-DATE
05/06/52 100018

M R
SMITH ,JANICE 42914444 F 51 06/20/03

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE 415921273A
2 MEDICAID 415921273

FALLIS, ROBERT J.

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | |
|---|---|---|
| 06/20 001IOPAMIDOL 300 01647342 | 420.40 | 420.40 |
| 06/20 001CT RECONSTRUC 42609684 | 374.15 | 374.15 |
| 06/20 001CT HEAD W/O & 42674737 | 889.30 | 889.30 |

BALANCE FORWARD 0.00

SUMMARY OF CURRENT CHARGES

| | | | |
|---|---|---|---|
| CT SCAN | 350 | 1263.45 | 1263.45 |
| PHARMACY | 250 | 420.40 | 420.40 |

SUB-TOTAL OF CURR. CHARGES 1683.85 1683.85

COINSURANCE 336.77- 336.77

| | | | | | |
|---|---|---|---|---|---|
| T O T A L S | 1683.85 | 1347.08 | 336.77 | | |
| 42914444 | | | | PAY THIS AMOUNT | 0.00 |

ST THOMAS HOSPITAL
ST. LOUIS, MO

A

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071
615 222-6638
FEI # 62-0347580

1

CYCLE 11/26/03
OUTP.

BIRTH-DATE
05/06/52 100018

M R
SMITH ,JANICE S 43688618 F 51 11/20/03

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE 415921273A
2 MEDICAID 415921273

WIGGER, MARK A

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | |
|---|---|---|---|
| 11/20 001SYSTEM GENERA 00528609 | | | |
| 11/20 001PF-STRESS TES 41500336 | 512.35 | 512.35 | |
| 11/20 001PF-SPIROMETRY 41550015 | 146.00 | 146.00 | |
| BALANCE FORWARD | 0.00 | | |
| SUMMARY OF CURRENT CHARGES | | | |
| PULM FUNC 460 | 658.35 | 658.35 | |
| SUB-TOTAL OF CURR. CHARGES | 658.35 | 658.35 | |
| COINSURANCE | | 131.67- | 131.67 |

| | | | |
|---|---|---|---|
| T O T A L S | 658.35 | 526.68 | 131.67 |

43688618

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 1

FINAL 09/02/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 43272632 F 51 08/25/03 08/28/03 3
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

KYRIAKIDIS, K. ERICK

DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 08/25 | 001BASIC METABOLI | 4020906 | 133.00 | 133.00 |
| 08/25 | 001PTH INTACT | 4021098 | 148.00 | 148.00 |
| 08/25 | 001DIGOXIN (LANOX | 4021525 | 72.55 | 72.55 |
| 08/25 | 001CALCIUM | 4022111 | 45.35 | 45.35 |
| 08/25 | 001MAGNESIUM | 4022113 | 45.35 | 45.35 |
| 08/25 | 001HEPATIC FUNCTI | 4022908 | 130.25 | 130.25 |
| 08/25 | 001ALBUMIN | 4023003 | 45.35 | 45.35 |
| 08/25 | 001CBC WITH DIFFE | 4560600 | 82.90 | 82.90 |
| 08/25 | 001PROTIME (AS IN | 4562516 | 49.55 | 49.55 |
| 08/25 | 001PTT | 4562528 | 54.30 | 54.30 |
| 08/25 | 001ZOLPIDEM 10 MG | 0161886 | 6.70 | 6.70 |
| 08/25 | 001METOPROLOL XL | 0162529 | 3.25 | 3.25 |
| 08/25 | 001LOMOTIL TAB | 0164424 | 3.25 | 3.25 |
| 08/25 | 001LOMOTIL TAB | 0164424 | 3.25 | 3.25 |
| 08/25 | 001IPRATROPIUM MD | 0167487 | 116.95 | 116.95 |
| 08/25 | 001MORPHINE 4 MG | 0162884 | 9.35 | 9.35 |
| 08/25 | 001PROMETHAZINE 2 | 0162903 | 7.10 | 7.10 |
| 08/25 | 002KCL 2 MEQ/ML 1 | 0163505 | 14.20 | 14.20 |
| 08/25 | 001EKG | 0092000 | 106.45 | 106.45 |
| 08/25 | 001EMER RM CARE V | 3783007 | 550.00 | 550.00 |
| 08/25 | 002IV PUSH OTHR T | 3785043 | 130.10 | 130.10 |
| 08/25 | 001SOL SC .9% 100 | 0047494 | 48.65 | 48.65 |
| 08/25 | 001NS 1000 ML FLU | 0160106 | 51.25 | 51.25 |
| 08/25 | 001ROOM 718 | 7000078 | 492.00 | 492.00 |
| 08/26 | 001BASIC METABOLI | 4020906 | 133.00 | 133.00 |
| 08/26 | 001BASIC METABOLI | 4020906 | 133.00 | 133.00 |
| 08/26 | 001MAGNESIUM | 4022113 | 45.35 | 45.35 |

| | | | | | |
|---|---|---|---|---|---|
| 08/26 | 001VIT D 1 25 DIN | 4047831 | 56.65 | 56.65 |
| 08/26 | 001PROTIME (AS IN | 4562516 | 49.55 | 49.55 |
| 08/26 | 001C. DIFFICILE | 4570006 | 79.00 | 79.00 |
| 08/26 | 001WBC STOOL | 4574770 | 46.40 | 46.40 |
| 08/26 | 001ZOLPIDEM 10 MG | 0161886 | 6.70 | 6.70 |
| 08/26 | 001CITALOPRAM 20 | 0162278 | 6.50 | 6.50 |