Ex 4-3

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 2
615 222-6638
FEI # 62-0347580

FINAL 09/02/03
INP.

BIRTH-DATE
05/06/52 000

M T
SMITH ,JANICE 43272632 F 51 08/25/03 08/28/03 3
GUAR PH: (615)847-1597

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE IP 415921273A
2 MEDICAID 415921273

KYRIAKIDIS, K. ERICK

| | | | | | |
|---|---|---|---|---|---|
| 08/26 | 001DIGOXIN 0.25 M | 0162625 | 3.25 | 3.25 | |
| 08/26 | 001LORAZEPAM 1 MG | 0163133 | 4.85 | 4.85 | |
| 08/26 | 001LORAZEPAM 0.5 | 0163162 | 4.85 | 4.85 | |
| 08/26 | 001LORAZEPAM 0.5 | 0163162 | 4.85 | 4.85 | |
| 08/26 | 002LOMOTIL TAB | 0164424 | 6.50 | 6.50 | |
| 08/26 | 001ROOM 718 | 7000079 | 649.00 | 649.00 | |
| 08/27 | 001BASIC METABOLI | 4020906 | 133.00 | 133.00 | |
| 08/27 | 001PROTIME (AS IN | 4562516 | 49.55 | 49.55 | |
| 08/27 | 001ZOLPIDEM 10 MG | 0161886 | 6.70 | 6.70 | |
| 08/27 | 001CITALOPRAM 20 | 0162278 | 6.50 | 6.50 | |
| 08/27 | 001METOPROLOL XL | 0162529 | 3.25 | 3.25 | |
| 08/27 | 001METOPROLOL XL | 0162529 | 3.25 | 3.25 | |
| 08/27 | 001DIGOXIN 0.25 M | 0162625 | 3.25 | 3.25 | |
| 08/27 | 001LORAZEPAM 0.5 | 0163162 | 4.85 | 4.85 | |
| 08/27 | 001LORAZEPAM 0.5 | 0163162 | 4.85 | 4.85 | |
| 08/27 | 001LOSARTAN 25 MG | 0164554 | 3.90 | 3.90 | |
| 08/27 | 001SPIRONOLACTONE | 0168201 | 3.25 | 3.25 | |
| 08/27 | 001ROOM 718 | 7000079 | 649.00 | 649.00 | |
| 08/28 | 001PROTIME (AS IN | 4562516 | 49.55 | 49.55 | |
| 08/28 | 002CITALOPRAM 20 | 0162278 | 13.00 | 13.00 | |
| 08/28 | 001METOPROLOL XL | 0162529 | 3.25 | 3.25 | |
| 08/28 | 001DIGOXIN 0.25 M | 0162625 | 3.25 | 3.25 | |
| 08/28 | 001LORAZEPAM 0.5 | 0163162 | 4.85 | 4.85 | |
| 08/28 | 001LOSARTAN 25 MG | 0164554 | 3.90 | 3.90 | |
| 08/28 | 001SPIRONOLACTONE | 0168201 | 3.25 | 3.25 | |
| | POLICY DEDUCTIBLE | | | 840.00- | 840.00 |

| | | | | | |
|---|---|---|---|---|---|
| T O T A L S | 4530.95 | 3690.95 | 840.00 | | |
| 43272632 | | | | PAY THIS AMOUNT | 0.00 |

ST THOMAS HOSPITAL
ST. LOUIS, MO 63150-1071

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 3
FINAL 09/02/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 43272632 F 51 08/25/03 08/28/03 3
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

KYRIAKIDIS, K. ERICK

| | | | | | |
|---|---|---|---|---|---|
| SUMMARY OF CHARGES | | | | | |
| R&C REGULAR 1DAYS@ | 492.00 | 492.00 | 492.00 | | |
| R&C ICU-OTH 2DAYS@ | 649.00 | 1298.00 | 1298.00 | | |
| IV SOLUTNS 258 | | 99.90 | 99.90 | | |
| EMERG RM 450 | | 680.10 | 680.10 | | |
| PHARMACY 250 | | 272.85 | 272.85 | | |
| LABORATORY | | 1581.65 | 1581.65 | | |
| EKG/ECG 730 | | 106.45 | 106.45 | | |
| SUB-TOTAL OF CHARGES | | 4530.95 | 4530.95 | | |
| POLICY DEDUCTIBLE | | | 840.00- | 840.00 | |

GUAR RELATIONSHIP: SEX: F GUAR NO: 415921273

| | | | |
|---|---|---|---|
| T O T A L S | 4530.95 | 3690.95 | 840.00 |

43272632

PAY THIS AMOUNT 0.00

ST THOMAS HOSPITAL
ST. LOUIS, MO 63150-1071

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 4
FINAL 09/02/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 43272632 F 51 08/25/03 08/28/03 3
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

KYRIAKIDIS, K. ERICK

BILLING ABSTRACT

DIAGNOSIS AND PROCEDURES:
ADMITTING DIAGNOSIS:
787.91 DIARRHEA
DISCHARGE/FINAL DIAGNOSIS:
276.5 *HYPOVOLEMIA
425.4 *PRIM CARDIOMYOPATHY NEC
424.0 MITRAL VALVE DISORDER
787.91 DIARRHEA
787.01 NAUSEA W VOMITING
458.0 ORTHOSTATIC HYPOTENSION
275.41 HYPOCALCEMIA
790.92 ABN COAGULATION PROFILE
V43.3 HEART VALVE REPL NEC

PHYSICIAN:
CONSULTING:
051608 WIGGER, MARK A

ALTERNATE CARE:
DISCHARGE DESTINATION:
AHR

| | | | | |
|---|---|---|---|---|
| T O T A L S | | 4530.95 | 3690.95 | 840.00 |
| MR#: | 182052 | | | |

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 5

FINAL 09/02/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 43272632 F 51 08/25/03 08/28/03 3
GUAR PH: (615)847-1597

JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

1 MEDICARE IP 415921273A
2 MEDICAID 415921273

KYRIAKIDIS, K. ERICK

BILLING ABSTRACT

ADDRESSES:
PATIENT:
JANICE S SMITH
803 HADLEY AVENUE
OLD HICKORY TN 37138

PT. EMPLOYER:
DISABLED
OLD HICKORY TN 37138

MR#: 182052

ST THOMAS HOSPITAL
P. O. BOX 501071
ST. LOUIS, MO 63150-1071 63150 6

FINAL 09/02/03 615 222-6638 BIRTH-DATE
INP. FEI # 62-0347580 05/06/52 000

M T
SMITH ,JANICE 43272632 F 51 08/25/03 08/28/03 3
GUAR PH: (615)847-1597

JANICE S SMITH 1 MEDICARE IP 415921273A
803 HADLEY AVENUE 2 MEDICAID 415921273
OLD HICKORY TN 37138

KYRIAKIDIS, K. ERICK

BILLING ABSTRACT

GROUPER USED: MC02 (M03)
DRG #: 296 MDC #: 10
DRG RATE PER CASE: 4039.09
OUTLIER VALUE:

GROUPER USED: MC02 (W01)
DRG #: 296 MDC #: 10
DRG RATE PER CASE: 4039.09
OUTLIER VALUE:
MR#: 182052