Ex 6 4-4

Walgreens



Confidential Patient Information
Prescription Profile
07/12/2000 through 10/24/2001

Report date/time: 10/25/2001 11:59 AM

5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
(615)847-1597

Date of Birth: 05/06/1952 Gender: F

Allergy Conditions:
Health Conditions: None on File

| Prescription Number | Medication | RPh | Prescriber | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|
| 0219718-04456 | FUROSEMIDE 40MG TABLETS | JDP | PARIS, T. | 08/13/00 | 30.000 | 0.00 |
| | NDC: 00378-0216-10 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0219719-04456 | POTASSIUM CL 10MEQ ER CAPS | JDP | PARIS, T. | 08/13/00 | 60.000 | 0.00 |
| | NDC: 58177-0001-08 | | Total Fillings: 1 | Subtotal: | 60.000 | 0.00 |
| 0219720-04456 | HYDROCODONE/APAP 5/500 TAB | JDP | PARIS, T. | 08/13/00 | 20.000 | 0.00 |
| 0219720-04456 | HYDROCODONE/APAP 5/500 TAB | WTE | PARIS, T. | 08/20/00 | 20.000 | 0.00 |
| | NDC: 00603-3881-28 | | Total Fillings: 2 | Subtotal: | 40.000 | 0.00 |
| 0219721-04456 | WARFARIN SOD 2.5 MG TABS | WTE | PARIS, T. | 01/20/01 | 30.000 | 0.00 |
| 0219721-04456 | WARFARIN SOD 2.5 MG TABS | JDP | PARIS, T. | 08/13/00 | 45.000 | 0.00 |
| 0219721-04456 | WARFARIN SOD 2.5 MG TABS | JDP | PARIS, T. | 10/31/00 | 45.000 | 0.00 |
| | NDC: 00555-0832-02 | | Total Fillings: 3 | Subtotal: | 120.000 | 0.00 |
| 0221261-04456 | PROCANBID 500MG TABLETS | WTE | TACOGUE, L. | 08/22/00 | 10.000 | 0.00 |
| 0221261-04456 | PROCANBID 500MG TABLETS | WTE | TACOGUE, L. | 09/02/00 | 50.000 | 0.00 |
| | NDC: 61570-0069-60 | | Total Fillings: 2 | Subtotal: | 60.000 | 0.00 |
| 0221262-04456 | DIGOXIN 0.125MG TABLETS | WTE | TACOGUE, L. | 08/22/00 | 30.000 | 0.00 |
| 0221262-04456 | DIGOXIN 0.125MG TABLETS | WTE | TACOGUE, L. | 09/19/00 | 30.000 | 0.00 |
| 0221262-04456 | DIGOXIN 0.125MG TABLETS | RMF | TACOGUE, L. | 10/17/00 | 30.000 | 0.00 |
| | NDC: 62794-0145-10 | | Total Fillings: 3 | Subtotal: | 90.000 | 0.00 |
| 0221263-04456 | PROPOXYPHENE-N 100 W/ APAP | WTE | TACOGUE, L. | 08/22/00 | 50.000 | 0.00 |
| | NDC: 00378-1155-05 | | Total Fillings: 1 | Subtotal: | 50.000 | 0.00 |
| 0224088-04456 | AMBIEN 10MG TABLETS | JDP | TACOGUE, L. | 09/07/00 | 30.000 | 0.00 |
| | NDC: 00025-5421-31 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

Walgreens



Confidential Patient Information
Prescription Profile
07/12/2000 through 10/24/2001

Report date/time: 10/25/2001 11:59 AM

5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
(615)847-1597

Date of Birth: 05/06/1952 Gender: F

| Prescription Number | Medication | RPh | Prescriber | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|
| 0224879-04456 | HYDROCODONE/APAP 5/500 TAB | JDP | TACOGUE, L. | 09/12/00 | 20.000 | 0.00 |
| 0224879-04456 | HYDROCODONE/APAP 5/500 TAB | TGW | TACOGUE, L. | 10/02/00 | 20.000 | 0.00 |
| 0224879-04456 | HYDROCODONE/APAP 5/500 TAB | TGW | TACOGUE, L. | 10/20/00 | 20.000 | 0.00 |
| | NDC: 00603-3881-28 | | Total Fillings: 3 | Subtotal: | 60.000 | 0.00 |
| 0225424-04456 | PAXIL 10MG TABLETS | TGW | TACOGUE, L. | 09/15/00 | 30.000 | 0.00 |
| | NDC: 00029-3210-13 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0228581-04456 | COUMADIN 5MG TABLET (PEACH | TGW | TACOGUE, L. | 04/06/01 | 20.000 | 0.00 |
| 0228581-04456 | COUMADIN 5MG TABLET (PEACH | TGW | TACOGUE, L. | 10/02/00 | 30.000 | 0.00 |
| 0228581-04456 | COUMADIN 5MG TABLET (PEACH | WTE | TACOGUE, L. | 12/14/00 | 30.000 | 0.00 |
| | NDC: 00056-0172-70 | | Total Fillings: 3 | Subtotal: | 80.000 | 0.00 |
| 0228582-04456 | LORAZEPAM 0.5MG TABLETS | TGW | TACOGUE, L. | 10/02/00 | 60.000 | 0.00 |
| | NDC: 00228-2057-50 | | Total Fillings: 1 | Subtotal: | 60.000 | 0.00 |
| 0229074-04456 | PAXIL 20MG TABLETS | JDP | TACOGUE, L. | 10/04/00 | 30.000 | 0.00 |
| | NDC: 00029-3211-20 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0229075-04456 | AMBIEN 10MG TABLETS | JDP | TACOGUE, L. | 10/04/00 | 30.000 | 0.00 |
| 0229075-04456 | AMBIEN 10MG TABLETS | JDP | TACOGUE, L. | 10/31/00 | 30.000 | 0.00 |
| 0229075-04456 | AMBIEN 10MG TABLETS | JDP | TACOGUE, L. | 12/05/00 | 30.000 | 0.00 |
| | NDC: 00025-5421-31 | | Total Fillings: 3 | Subtotal: | 90.000 | 0.00 |
| 0233966-04456 | PAXIL 20MG TABLETS | WTE | TACOGUE, L. | 01/05/01 | 30.000 | 0.00 |
| 0233966-04456 | PAXIL 20MG TABLETS | BFH | TACOGUE, L. | 02/05/01 | 30.000 | 0.00 |
| 0233966-04456 | PAXIL 20MG TABLETS | JDP | TACOGUE, L. | 10/31/00 | 30.000 | 0.00 |
| 0233966-04456 | PAXIL 20MG TABLETS | JDP | TACOGUE, L. | 11/30/00 | 30.000 | 0.00 |
| | NDC: 00029-3211-20 | | Total Fillings: 4 | Subtotal: | 120.000 | 0.00 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | WTE | TACOGUE, L. | 01/05/01 | 30.000 | 6.12 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | BFH | TACOGUE, L. | 02/05/01 | 30.000 | 0.00 |

Walgreens



Confidential Patient Information
Prescription Profile
07/12/2000 through 10/24/2001

Report date/time: 10/25/2001 11:59 AM

5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
(615)847-1597

Date of Birth: 05/06/1952 Gender: F

| Prescription Number | Medication | RPh | Prescriber | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | WTE | TACOGUE, L. | 03/07/01 | 30.000 | 0.00 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | JDP | TACOGUE, L. | 04/08/01 | 30.000 | 0.00 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | JDP | TACOGUE, L. | 05/05/01 | 30.000 | 6.12 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | JDP | TACOGUE, L. | 06/08/01 | 30.000 | 6.42 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | JDP | TACOGUE, L. | 07/05/01 | 30.000 | 8.99 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | JDP | TACOGUE, L. | 08/06/01 | 30.000 | 8.99 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | WTE | TACOGUE, L. | 09/04/01 | 30.000 | 6.37 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | WTE | TACOGUE, L. | 10/04/01 | 30.000 | 6.37 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | WTE | TACOGUE, L. | 11/02/00 | 30.000 | 0.00 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | JDP | TACOGUE, L. | 12/02/00 | 30.000 | 0.00 |
| | NDC: 62794-0146-10 | | Total Fillings: 12 | Subtotal: | 360.000 | 49.38 |
| 0238109-04456 | LORAZEPAM 0.5MG TABLETS | TGW | TACOGUE, L. | 01/26/01 | 60.000 | 0.00 |
| 0238109-04456 | LORAZEPAM 0.5MG TABLETS | JDP | TACOGUE, L. | 02/24/01 | 60.000 | 0.00 |
| 0238109-04456 | LORAZEPAM 0.5MG TABLETS | JDP | TACOGUE, L. | 11/22/00 | 60.000 | 0.00 |
| 0238109-04456 | LORAZEPAM 0.5MG TABLETS | JDP | TACOGUE, L. | 12/22/00 | 60.000 | 0.00 |
| | NDC: 00228-2057-50 | | Total Fillings: 4 | Subtotal: | 240.000 | 0.00 |
| 0238882-04456 | LEVAQUIN 500MG TABLETS | JDP | TACOGUE, L. | 11/28/00 | 7.000 | 0.00 |
| | NDC: 00045-1525-50 | | Total Fillings: 1 | Subtotal: | 7.000 | 0.00 |
| 0242869-04456 | CEPHALEXIN 500MG CAPSULES | TGW | PETRACEK, M. | 12/18/00 | 20.000 | 0.00 |
| | NDC: 00093-3147-05 | | Total Fillings: 1 | Subtotal: | 20.000 | 0.00 |
| 0244921-04456 | CEPHALEXIN 500MG CAPSULES | JDP | SHUMAN, T. | 12/30/00 | 40.000 | 0.00 |
| | NDC: 00093-3147-05 | | Total Fillings: 1 | Subtotal: | 40.000 | 0.00 |
| 0245759-04456 | AMBIEN 10MG TABLETS | WTE | TACOGUE, L. | 01/05/01 | 30.000 | 0.00 |
| 0245759-04456 | AMBIEN 10MG TABLETS | BFH | TACOGUE, L. | 02/05/01 | 30.000 | 0.00 |
| 0245759-04456 | AMBIEN 10MG TABLETS | WTE | TACOGUE, L. | 03/07/01 | 30.000 | 0.00 |
| 0245759-04456 | AMBIEN 10MG TABLETS | TGW | TACOGUE, L. | 04/06/01 | 30.000 | 0.00 |
| 0245759-04456 | AMBIEN 10MG TABLETS | JDP | TACOGUE, L. | 05/05/01 | 30.000 | 10.00 |
| | NDC: 00025-5421-31 | | Total Fillings: 5 | Subtotal: | 150.000 | 10.00 |

Walgreens



Confidential Patient Information
Prescription Profile
07/12/2000 through 10/24/2001

Report date/time: 10/25/2001 11:59 AM

5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
(615)847-1597

Date of Birth: 05/06/1952 Gender: F

| Prescription Number | Medication | RPh | Prescriber | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|
| 0246850-04456 | WARFARIN SOD 4 MG TABS ( | JDP | TACOGUE, L. | 01/10/01 | 30.000 | 0.00 |
| | NDC: 00555-0874-02 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0249167-04456 | WARFARIN SOD 3 MG TABS ( | TGW | TACOGUE, L. | 01/22/01 | 30.000 | 0.00 |
| | NDC: 00555-0925-02 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0255599-04456 | WARFARIN SOD 4 MG TABS ( | JDP | TACOGUE, L. | 02/24/01 | 30.000 | 0.00 |
| | NDC: 00555-0874-02 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0257866-04456 | PROMETHAZINE 25MG TABLETS | WTE | GASTON, R. | 03/08/01 | 30.000 | 0.00 |
| | NDC: 00364-0222-01 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0259459-04456 | ENALAPRIL 2.5MG TABLETS | JDP | TACOGUE, L. | 03/16/01 | 60.000 | 0.00 |
| 0259459-04456 | ENALAPRIL 2.5MG TABLETS | TGW | TACOGUE, L. | 04/16/01 | 60.000 | 0.00 |
| 0259459-04456 | ENALAPRIL 2.5MG TABLETS | WTE | TACOGUE, L. | 05/16/01 | 60.000 | 10.00 |
| 0259459-04456 | ENALAPRIL 2.5MG TABLETS | JLB | TACOGUE, L. | 06/15/01 | 60.000 | 10.00 |
| | NDC: 00364-2698-01 | | Total Fillings: 4 | Subtotal: | 240.000 | 20.00 |
| 0259460-04456 | NORTRIPTYLINE 25MG CAPSULE | JDP | TACOGUE, L. | 03/16/01 | 30.000 | 0.00 |
| | NDC: 00364-2509-01 | | Total Fillings: 1 | Subtotal: | 30.000 | 0.00 |
| 0260871-04456 | LORAZEPAM 0.5MG TABLETS | WTE | TACOGUE, L. | 03/26/01 | 60.000 | 0.00 |
| 0260871-04456 | LORAZEPAM 0.5MG TABLETS | TGW | TACOGUE, L. | 05/21/01 | 60.000 | 10.00 |
| 0260871-04456 | LORAZEPAM 0.5MG TABLETS | JDP | TACOGUE, L. | 07/05/01 | 60.000 | 10.00 |
| 0260871-04456 | LORAZEPAM 0.5MG TABLETS | WTE | TACOGUE, L. | 08/31/01 | 60.000 | 10.00 |
| | NDC: 00228-2057-50 | | Total Fillings: 4 | Subtotal: | 240.000 | 30.00 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULE | TGW | TACOGUE, L. | 04/06/01 | 30.000 | 0.00 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULE | JDP | TACOGUE, L. | 05/05/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULE | ADH | TACOGUE, L. | 06/04/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULE | JDP | TACOGUE, L. | 07/05/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULE | WTE | TACOGUE, L. | 08/04/01 | 30.000 | 7.30 |

Walgreens



Confidential Patient Information
Prescription Profile
07/12/2000 through 10/24/2001

Report date/time: 10/25/2001 11:59 AM

5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
(615)847-1597

Date of Birth: 05/06/1952 Gender: F

| Prescription Number | Medication | RPh | Prescriber | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULE | WTE | TACOGUE, L. | 08/31/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULE | WTE | TACOGUE, L. | 10/04/01 | 30.000 | 7.30 |
| | NDC: 00364-2510-01 | | Total Fillings: 7 | Subtotal: | 210.000 | 43.80 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH | WTE | TACOGUE, L. | 04/27/01 | 30.000 | 0.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH | WTE | TACOGUE, L. | 05/26/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH | JDP | TACOGUE, L. | 06/21/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH | WTE | TACOGUE, L. | 07/18/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH | JDP | TACOGUE, L. | 08/14/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH | WTE | TACOGUE, L. | 09/11/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH | JDP | TACOGUE, L. | 10/09/01 | 30.000 | 10.00 |
| | NDC: 00056-0172-70 | | Total Fillings: 7 | Subtotal: | 210.000 | 60.00 |
| 0332579-04456 | AMBIEN 10MG TABLETS | ADH | TACOGUE, L. | 06/04/01 | 30.000 | 10.00 |
| 0332579-04456 | AMBIEN 10MG TABLETS | JDP | TACOGUE, L. | 07/05/01 | 30.000 | 10.00 |
| 0332579-04456 | AMBIEN 10MG TABLETS | WTE | TACOGUE, L. | 08/04/01 | 30.000 | 10.00 |
| | NDC: 00025-5421-31 | | Total Fillings: 3 | Subtotal: | 90.000 | 30.00 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | JDP | TACOGUE, L. | 07/13/01 | 60.000 | 46.99 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | JDP | TACOGUE, L. | 08/14/01 | 60.000 | 46.99 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | WTE | TACOGUE, L. | 09/11/01 | 60.000 | 46.99 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | JDP | TACOGUE, L. | 10/09/01 | 60.000 | 10.00 |
| | NDC: 00364-2698-01 | | Total Fillings: 4 | Subtotal: | 240.000 | 150.97 |
| 0346507-04456 | AMBIEN 10MG TABLETS | WTE | TACOGUE, L. | 08/31/01 | 30.000 | 10.00 |
| | NDC: 00025-5421-31 | | Total Fillings: 1 | Subtotal: | 30.000 | 10.00 |
| 0348250-04456 | COREG 6.25 MG TABLETS | WTE | TACOGUE, L. | 09/11/01 | 28.000 | 10.00 |
| | NDC: 00007-4140-20 | | Total Fillings: 1 | Subtotal: | 28.000 | 10.00 |
| 0350584-04456 | COREG 6.25 MG TABLETS | JDP | TACOGUE, L. | 09/25/01 | 14.000 | 10.00 |
| | NDC: 00007-4140-20 | | Total Fillings: 1 | Subtotal: | 14.000 | 10.00 |

Walgreens



Confidential Patient Information
Prescription Profile
07/12/2000 through 10/24/2001

Report date/time: 10/25/2001 11:59 AM

5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
(615)847-1597

Date of Birth: 05/06/1952 Gender: F

| Prescription Number | Medication | RPh | Prescriber | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|
| 0351804-04456 | COREG 6.25 MG TABLETS | JDP | TACOGUE, L. | 10/02/01 | 60.000 | 10.00 |
| NDC: | 00007-4140-20 | | Total Fillings: 1 | Subtotal: | 60.000 | 10.00 |
| 0351812-04456 | AMBIEN 10MG TABLETS | JDP | TACOGUE, L. | 10/02/01 | 30.000 | 10.00 |
| NDC: | 00025-5421-31 | | Total Fillings: 1 | Subtotal: | 30.000 | 10.00 |
| 1292388-03401 | PROCANBID 1000MG TABLETS | BBM | PARIS, T. | 08/13/00 | 60.000 | 0.00 |
| NDC: | 00071-0564-20 | | Total Fillings: 1 | Subtotal: | 60.000 | 0.00 |
| | | | Total Scripts: 94 | Total: | | 444.15 |

The Manager and Staff at Walgreens
Thank You For Your Patronage

Sanders, PharmD
8550