Exh. 4-5

**TeamRx - [Prescription Refill - J Smith]**

Application Patient Options Details Utilities Window Help | PTIME PAT PBR | Past 19 | <1Hr 2 | <4Hr 2 | <24Hr 4 | ML Statistics

Janice Smith | 05/06/1952 | 803 Hadley Ave | (615) 847-1597

**Prescription Information**

| | | | |
|---|---|---|---|
| Rx #: 228581 / 4456 | Last Refill: 04/06/2001 | Orig Date: 04/17/2000 | |
| Drug ID: COUMADIN 5MG TABLET (PEACH) | | DAW: N | Substitute: N |
| Manufacturer: DUPONT | | Quantity: 80 | |
| Directions: TAKE 1 TABLET BY MOUTH EVERY NIGHT AT BEDTIME | | Qty Disp: 30 | |
| | | Drug Expir: 10/27/2002 | |
| Days Supply: 30 | Refills: 0 | Refills Before: 04/17/2001 | Qty Rem: 0 |
| Del Prescriber: L | TACOGUE | | |
| Prescriber ID: AT4997841 | Phone: (615) 385-4792 | Fax | Cash Price: $25.69 |

**Pick-Up**

Type: PROMISED TIME

At: 4 : 47 PM SAT 1:00PM

**Payment Information**

Type: UNTN Fee: $2.50 Copay: $10.00

Pay Code: 2 - Subst Allowed-Pt Request Drug Dispensed

[illegible]

**Smart Script**

| Entering | Ready | Ready |
|---|---|---|
| Rx 1 | Rx 2 | Rx 3 |

Comments... History... Fill Cancel

Rx not refillable; Rx closed. | MAIL | ZJN | WTE | OK | 12:48 PM

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

TeamRx - [Prescription Refill - J Smith]

Application Patient Options Details Utilities Window Help | PTIME PAT PBR | Past 19 | <1Hr 2 | <4Hr 2 | <24Hr 4 | ML Statistics

Janice Smith | 05/06/1952 | 803 Hadley Ave | (615) 847-1597

## Refill History - Rx #: 228581-4456

**Drug Name:** COUMADIN 5MG TABLET (PEACH)

| Date | Refill | Quantity | AWP Cost | Payment Type | DUR Hist | Customer Price | Sold | Claim Reference # |
|---|---|---|---|---|---|---|---|---|
| 10/02/2000 | NEW RX | 30 | RNLE | BCTNP | N | 0.00 | 10/02/2000 | 711629 |
| 12/14/2000 | REFILL 1 | 30 | RNLE | BCTNP | N | 0.00 | 12/14/2000 | 591152 |
| 04/06/2001 | REFILL 2 | 20 | BUEC | BCTNP | N | 0.00 | 04/06/2001 | 931242 |
| 04/27/2001 | CLOSED | | | | | | | |

DUR History | Close

Row 1 of 4

Rx 1 | Rx 2 | Rx 3

Comments... | History... | Fill | Cancel

MAIL | ZJN | WTE | OK | 12:48 PM

**TeamRx - [Prescription Refill - J Smith]**

Application Patient Options Details Utilities Window Help

PTIME PAT PBR | Past 19 | <1Hr 2 | <4Hr 2 | <24Hr 4 | Statistics

Janice Smith | 05/06/1952 | 803 Hadley Ave | (615) 847-1597

**Prescription Information**

**Rx #:** 228582 | 4456 **Last Refill:** 10/02/2000 **Orig Date:** 05/18/2000

**Drug ID:** LORAZEPAM 0.5MG TABLETS **DAW:** N **Substitute:** Y

**Manufacturer:** PUREPAC **Quantity:** 60

**Directions:** TAKE 1 TABLET BY MOUTH TWICE DAILY **Qty Disp:** 60

**Drug Expir:** 10/27/2002

**Days Supply:** 30 **Refills:** 0 **Refills Before:** 11/16/2000 **Qty Rem:** 0

Del **Prescriber:** L TACOGUE

**Prescriber ID:** AT4997841 **Phone:** (615) 385-4792 **Fax** **Cash Price:** $33.99

**Pick-Up**

**Type:** PROMISED TIME

**At:** 4 : 47 PM SAT 12:55PM

**Payment Information**

**Type:** PBST **Fee:** $2.50 **Copay:** $0.00

**Pay Code:** 0 - No Product Selection Indicated

**Smart Script**

Entering Ready Ready

Rx 1 Rx 2 Rx 3

Comments... History... Fill **Cancel**

Rx not refillable; Rx closed. MAIL ZJN WTE OK 12:47 PM

TeamRx - [Prescription Refill - J Smith]

Application Patient Options Details Utilities Window Help

PTIME PAT PBR | Past 19 | <1Hr 2 | <4Hr 2 | <24Hr 4 | ML Statistics

Janice Smith | 05/06/1952 | 803 Hadley Ave | (615) 847-1597

**Refill History - Rx #: 228582-4456**

**Drug Name:** LORAZEPAM 0.5MG TABLETS

| Date | Refill | Quantity | AWP Cost | Payment Type | DUR Hist | Customer Price | Sold | Claim Reference # |
|---|---|---|---|---|---|---|---|---|
| 10/02/2000 | NEW RX | 60 | UALU | PBST | N | 0.00 | 10/02/2000 | 00276312386610 |
| 11/22/2000 | CLOSED | | | | | | | |

DUR History | Close

Row 1 of 2

Rx 1 | Rx 2 | Rx 3

Comments... | History... | Fill | Cancel

MAIL | ZJN | WTE | OK | 12:48 PM