Exh 4-B

Walgreens

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Page: 1
Report date/time: 08/20/2002 02:25 PM

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F
Allergy Conditions:
Health Conditions: None on File

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0234394-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $2.57 | 62794-0146-10 | JDP | TACOGUE, L. | BCTNP / | 06/08/01 | 30.000 | 6.42 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 07/05/01 | 30.000 | 8.99 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 08/06/01 | 30.000 | 8.99 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $2.62 | 62794-0146-10 | WTE | TACOGUE, L. | UNTN / | 09/04/01 | 30.000 | 6.37 |
| 0234394-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $2.62 | 62794-0146-10 | WTE | TACOGUE, L. | UNTN / | 10/04/01 | 30.000 | 6.37 |
| | | | | | Total Fillings: 5 | Subtotal: | 150.000 | 37.14 |
| 0259459-04456 | ENALAPRIL 2.5MG TABLETS<br>Your insurance saved you $36.99 | 00364-2698-01 | WTE | TACOGUE, L. | BCTNP / | 05/16/01 | 60.000 | 10.00 |
| 0259459-04456 | ENALAPRIL 2.5MG TABLETS<br>Your insurance saved you $36.99 | 00364-2698-01 | JLB | TACOGUE, L. | BCTNP / | 06/15/01 | 60.000 | 10.00 |
| | | | | | Total Fillings: 2 | Subtotal: | 120.000 | 20.00 |
| 0260871-04456 | LORAZEPAM 0.5MG TABLETS<br>Your insurance saved you $23.99 | 00228-2057-50 | TGW | TACOGUE, L. | PBST / | 05/21/01 | 60.000 | 10.00 |
| 0260871-04456 | LORAZEPAM 0.5MG TABLETS<br>Your insurance saved you $23.99 | 00228-2057-50 | JDP | TACOGUE, L. | PBST / | 07/05/01 | 60.000 | 10.00 |

Walgreens



Report date/time: 08/20/2002 02:25 PM

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0260871-04456 | LORAZEPAM 0.5MG TABLETS<br>Your insurance saved you $23.99 | 00228-2057-50 | WTE | TACOGUE, L. | PBST / | 08/31/01 | 60.000 | 10.00 |
| | | | | | Total Fillings: 3 | Subtotal: | 180.000 | 30.00 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULES<br>Your insurance saved you $5.99 | 00364-2510-01 | ADH | TACOGUE, L. | PBST / | 06/04/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULES<br>Your insurance saved you $5.99 | 00364-2510-01 | JDP | TACOGUE, L. | PBST / | 07/05/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULES<br>Your insurance saved you $5.99 | 00364-2510-01 | WTE | TACOGUE, L. | PBST / | 08/04/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULES<br>Your insurance saved you $6.49 | 00364-2510-01 | WTE | TACOGUE, L. | PBST / | 08/31/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULES<br>Your insurance saved you $6.49 | 00364-2510-01 | WTE | TACOGUE, L. | PBST / | 10/04/01 | 30.000 | 7.30 |
| 0263169-04456 | NORTRIPTYLINE 50MG CAPSULES<br>Your insurance saved you $6.49 | 00364-2510-01 | WTE | TACOGUE, L. | PBST / | 11/01/01 | 30.000 | 7.30 |
| | | | | | Total Fillings: 6 | Subtotal: | 180.000 | 43.80 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | JSK | TACOGUE, L. | UNTN / | 01/10/02 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $26.29 | 00056-0172-70 | TGW | TACOGUE, L. | UNTN / | 02/11/02 | 30.000 | 0.00 |

Walgreens



Report date/time: 08/20/2002 02:25 PM

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $16.29 | 00056-0172-70 | JDP | TACOGUE, L. | UNTN / | 03/10/02 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $16.29 | 00056-0172-70 | JDP | TACOGUE, L. | UNTN / | 04/10/02 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $14.79 | 00056-0172-70 | WTE | TACOGUE, L. | BCTNP / | 05/26/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | JDP | TACOGUE, L. | BCTNP / | 06/21/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | WTE | TACOGUE, L. | UNTN / | 07/18/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | JDP | TACOGUE, L. | UNTN / | 08/14/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | WTE | TACOGUE, L. | UNTN / | 09/11/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | JDP | TACOGUE, L. | UNTN / | 10/09/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | WTE | TACOGUE, L. | UNTN / | 11/07/01 | 30.000 | 10.00 |
| 0266850-04456 | COUMADIN 5MG TABLET (PEACH)<br>Your insurance saved you $15.69 | 00056-0172-70 | JDP | TACOGUE, L. | UNTN / | 12/10/01 | 30.000 | 10.00 |
| | | | | | Total Fillings: 12 | Subtotal: | 360.000 | 110.00 |
| 0332579-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $68.99 | 00024-5421-31 | ADH | TACOGUE, L. | PBST / | 06/04/01 | 30.000 | 10.00 |

Walgreens



Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Report date/time: 08/20/2002 02:25 PM

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0332579-04456 | AMBIEN 10MG TABLETS | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 07/05/01 | 30.000 | 10.00 |
| | Your insurance saved you $68.99 | | | | | | | |
| 0332579-04456 | AMBIEN 10MG TABLETS | 00024-5421-31 | WTE | TACOGUE, L. | PBST / | 08/04/01 | 30.000 | 10.00 |
| | Your insurance saved you $68.99 | | | | | | | |
| | | | | | Total Fillings: 3 | Subtotal: | 90.000 | 30.00 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | JDP | TACOGUE, L. | CASH / | 07/13/01 | 60.000 | 46.99 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | JDP | TACOGUE, L. | CASH / | 08/14/01 | 60.000 | 46.99 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | WTE | TACOGUE, L. | CASH / | 09/11/01 | 60.000 | 46.99 |
| 0338713-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | JDP | TACOGUE, L. | UNTN / | 10/09/01 | 60.000 | 10.00 |
| | Your insurance saved you $36.99 | | | | | | | |
| | | | | | Total Fillings: 4 | Subtotal: | 240.000 | 150.97 |
| 0346507-04456 | AMBIEN 10MG TABLETS | 00024-5421-31 | WTE | TACOGUE, L. | PBST / | 08/31/01 | 30.000 | 10.00 |
| | Your insurance saved you $68.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 10.00 |
| 0348250-04456 | COREG 6.25 MG TABLETS | 00007-4140-20 | WTE | TACOGUE, L. | UNTN / | 09/11/01 | 28.000 | 10.00 |
| | Your insurance saved you $42.09 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 28.000 | 10.00 |

Walgreens



Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Report date/time: 08/20/2002 02:25 PM

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0350584-04456 | COREG 6.25 MG TABLETS<br>Your insurance saved you $18.59 | 00007-4140-20 | JDP | TACOGUE, L. | UNTN / | 09/25/01 | 14.000 | 10.00 |
| | | | | | Total Fillings: 1 | Subtotal: | 14.000 | 10.00 |
| 0351804-04456 | COREG 6.25 MG TABLETS<br>Your insurance saved you $95.99 | 00007-4140-20 | JDP | TACOGUE, L. | UNTN / | 10/02/01 | 60.000 | 10.00 |
| 0351804-04456 | COREG 6.25 MG TABLETS<br>Your insurance saved you $95.99 | 00007-4140-20 | WTE | TACOGUE, L. | UNTN / | 11/01/01 | 60.000 | 10.00 |
| 0351804-04456 | COREG 6.25 MG TABLETS<br>Your insurance saved you $95.99 | 00007-4140-20 | JDP | TACOGUE, L. | UNTN / | 12/01/01 | 60.000 | 10.00 |
| 0351804-04456 | COREG 6.25 MG TABLETS<br>Your insurance saved you $95.99 | 00007-4140-20 | TGW | TACOGUE, L. | UNTN / | 12/23/01 | 60.000 | 10.00 |
| | | | | | Total Fillings: 4 | Subtotal: | 240.000 | 40.00 |
| 0351812-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $68.99 | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 01/02/02 | 30.000 | 10.00 |
| 0351812-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $68.99 | 00024-5421-31 | TGW | TACOGUE, L. | PBST / | 02/01/02 | 30.000 | 10.00 |
| 0351812-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $77.69 | 00024-5421-31 | TGW | TACOGUE, L. | PBST / | 03/01/02 | 30.000 | 10.00 |
| 0351812-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $68.99 | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 10/02/01 | 30.000 | 10.00 |

Walgreens



Report date/time: 08/20/2002 02:25 PM

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| )351812-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $68.99 | 00024-5421-31 | WTE | TACOGUE, L. | PBST / | 11/01/01 | 30.000 | 10.00 |
| )351812-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $68.99 | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 12/01/01 | 30.000 | 10.00 |
| | | | | | Total Fillings: 6 | Subtotal: | 180.000 | 60.00 |
| )355976-04456 | ENALAPRIL 2.5MG TABLETS<br>Your insurance saved you $16.29 | 00364-2698-01 | WTE | TACOGUE, L. | UNTN / | 10/26/01 | 30.000 | 10.00 |
| )355976-04456 | ENALAPRIL 2.5MG TABLETS<br>Your insurance saved you $57.69 | 00364-2698-01 | WTE | TACOGUE, L. | UNTN / | 11/05/01 | 90.000 | 10.00 |
| | | | | | Total Fillings: 2 | Subtotal: | 120.000 | 20.00 |
| )356899-04456 | LORAZEPAM 0.5MG TABLETS<br>Your insurance saved you $23.99 | 00228-2057-50 | TGW | TACOGUE, L. | PBST / | 02/01/02 | 60.000 | 10.00 |
| )356899-04456 | LORAZEPAM 0.5MG TABLETS<br>Your insurance saved you $24.69 | 00228-2057-50 | JDP | TACOGUE, L. | PBST / | 04/10/02 | 60.000 | 10.00 |
| )356899-04456 | LORAZEPAM 0.5MG TABLETS<br>Your insurance saved you $23.99 | 00228-2057-50 | WTE | TACOGUE, L. | PBST / | 11/01/01 | 60.000 | 10.00 |
| )356899-04456 | LORAZEPAM 0.5MG TABLETS<br>Your insurance saved you $23.99 | 00228-2057-50 | TGW | TACOGUE, L. | PBST / | 12/06/01 | 60.000 | 10.00 |
| | | | | | Total Fillings: 4 | Subtotal: | 240.000 | 40.00 |

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

atient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
atient Phone: (615)847-1597
ate of Birth: 05/06/1952
ender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 358062-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $3.38 | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 01/07/02 | 30.000 | 5.61 |
| 358062-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $3.38 | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 02/04/02 | 30.000 | 5.61 |
| 358062-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $3.58 | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 03/06/02 | 30.000 | 5.61 |
| 358062-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $3.58 | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 04/01/02 | 30.000 | 5.61 |
| 358062-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $2.62 | 62794-0146-10 | WTE | TACOGUE, L. | UNTN / | 11/07/01 | 30.000 | 6.37 |
| 358062-04456 | DIGOXIN 0.25MG TABLETS<br>Your insurance saved you $2.62 | 62794-0146-10 | TGW | TACOGUE, L. | UNTN / | 12/06/01 | 30.000 | 6.37 |
| | | | | | Total Fillings: 6 | Subtotal: | 180.000 | 35.18 |
| 362334-04456 | NORTRIPTYLINE 50MG CAPSULES<br>Your insurance saved you $6.49 | 00364-2510-01 | TGW | TACOGUE, L. | PBST / | 12/03/01 | 30.000 | 7.30 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 7.30 |
| 362381-04456 | ENALAPRIL 2.5MG TABLETS<br>Your insurance saved you $61.09 | 00364-2698-01 | TGW | TACOGUE, L. | UNTN / | 01/05/02 | 95.000 | 10.00 |
| 362381-04456 | ENALAPRIL 2.5MG TABLETS<br>Your insurance saved you $61.09 | 00364-2698-01 | JDP | TACOGUE, L. | UNTN / | 02/04/02 | 95.000 | 10.00 |

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

atient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
atient Phone: (615)847-1597
ate of Birth: 05/06/1952
ender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 362381-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | JDP | TACOGUE, L. | UNTN / | 03/10/02 | 95.000 | 10.00 |
| | Your insurance saved you $62.59 | | | | | | | |
| 362381-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | JDP | TACOGUE, L. | UNTN / | 04/10/02 | 95.000 | 10.00 |
| | Your insurance saved you $62.59 | | | | | | | |
| 362381-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | TGW | TACOGUE, L. | UNTN / | 05/20/02 | 25.000 | 10.00 |
| | Your insurance saved you $13.39 | | | | | | | |
| 0362381-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | TGW | TACOGUE, L. | UNTN / | 12/03/01 | 95.000 | 10.00 |
| | Your insurance saved you $61.09 | | | | | | | |
| | | | | | Total Fillings: 6 | Subtotal: | 500.000 | 60.00 |
| 0363732-04456 | AMOXICILLIN 500MG CAPSULES | 00093-3109-05 | JDP | WORLEY, K. | UNTN / | 12/11/01 | 24.000 | 5.21 |
| | Your insurance saved you $9.18 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 24.000 | 5.21 |
| 0363733-04456 | HYDROCODONE/APAP 7.5MG/500MG TABS | 52544-0385-05 | JDP | WORLEY, K. | UNTN / | 12/11/01 | 12.000 | 4.95 |
| | Your insurance saved you $5.24 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 12.000 | 4.95 |
| 0363944-04456 | LOVENOX 0.4ML SYRINGE (40MG/0.4ML) | 00075-0620-40 | JDP | TACOGUE, L. | UNTN / | 12/12/01 | 4.000 | 10.00 |
| | Your insurance saved you $239.99 | | | | | | | |
| | | | | | Total Fillings: 1 | Subtotal: | 4.000 | 10.00 |

ʼalgreens



Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Report date/time: 08/20/2002 02:25 PM

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0369477-04456 | CELEXA 20MG TABLETS<br>Your insurance saved you $62.99 | 00456-4020-01 | TGW | WIGGER, M. | PBST / | 01/14/02 | 30.000 | 10.00 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 10.00 |
| 0375429-04456 | CELEXA 40MG TABLETS<br>Your insurance saved you $68.59 | 00456-4040-01 | TGW | WIGGER, M. | PBST / | 02/16/02 | 30.000 | 10.00 |
| 0375429-04456 | CELEXA 40MG TABLETS<br>Your insurance saved you $71.59 | 00456-4040-01 | JDP | WIGGER, M. | PBST / | 03/18/02 | 30.000 | 10.00 |
| | | | | | Total Fillings: 2 | Subtotal: | 60.000 | 20.00 |
| 0382597-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $77.69 | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 04/01/02 | 30.000 | 10.00 |
| 0382597-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $77.69 | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 05/01/02 | 30.000 | 10.00 |
| 0382597-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $77.69 | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 05/31/02 | 30.000 | 10.00 |
| 0382597-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $77.69 | 00024-5421-31 | WTE | TACOGUE, L. | PBST / | 07/01/02 | 30.000 | 10.00 |
| 0382597-04456 | AMBIEN 10MG TABLETS<br>Your insurance saved you $77.69 | 00024-5421-31 | JDP | TACOGUE, L. | PBST / | 07/30/02 | 30.000 | 10.00 |
| | | | | | Total Fillings: 5 | Subtotal: | 150.000 | 50.00 |

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Report date/time: 08/20/2002 02:25 PM

'atient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
'atient Phone: (615)847-1597
'ate of Birth: 05/06/1952
'ender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| )384653-04456 | FUROSEMIDE 20MG TABLETS<br>Your insurance saved you $6.11 | 00378-0208-10 | PDB | WIGGER, M. | UNTN / | 04/12/02 | 10.000 | 2.88 |
| | | | | | Total Fillings: 1 | Subtotal: | 10.000 | 2.88 |
| )384654-04456 | KLOR-CON M 20 SA TABLETS<br>Your insurance saved you $5.09 | 00245-0058-15 | PDB | WIGGER, M. | UNTN / | 04/12/02 | 20.000 | 10.00 |
| | | | | | Total Fillings: 1 | Subtotal: | 20.000 | 10.00 |
| 0384655-04456 | PAXIL 20MG TABLETS<br>Your insurance saved you $90.99 | 00029-3211-20 | PDB | WIGGER, M. | PBST / | 04/12/02 | 30.000 | 10.00 |
| 0384655-04456 | PAXIL 20MG TABLETS<br>Your insurance saved you $90.99 | 00029-3211-20 | TGW | WIGGER, M. | PBST / | 05/11/02 | 30.000 | 10.00 |
| 0384655-04456 | PAXIL 20MG TABLETS<br>Your insurance saved you $90.99 | 00029-3211-20 | JDP | WIGGER, M. | PBST / | 06/12/02 | 30.000 | 10.00 |
| 0384655-04456 | PAXIL 20MG TABLETS<br>Your insurance saved you $90.99 | 00029-3211-20 | WTE | WIGGER, M. | PBST / | 07/11/02 | 30.000 | 10.00 |
| 0384655-04456 | PAXIL 20MG TABLETS<br>Your insurance saved you $90.99 | 00029-3211-20 | JDP | WIGGER, M. | PBST / | 08/11/02 | 30.000 | 10.00 |
| | | | | | Total Fillings: 5 | Subtotal: | 150.000 | 50.00 |

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0387598-04456 | DIGOXIN 0.25MG TABLETS | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 05/01/02 | 30.000 | 5.61 |
| | Your insurance saved you $3.58 | | | | | | | |
| 0387598-04456 | DIGOXIN 0.25MG TABLETS | 62794-0146-10 | JDP | TACOGUE, L. | UNTN / | 05/31/02 | 30.000 | 5.61 |
| | Your insurance saved you $3.58 | | | | | | | |
| 0387598-04456 | DIGOXIN 0.25MG TABLETS | 62794-0146-10 | WTE | TACOGUE, L. | UNTN / | 07/01/02 | 30.000 | 5.61 |
| | Your insurance saved you $3.58 | | | | | | | |
| 0387598-04456 | DIGOXIN 0.25MG TABLETS | 62794-0146-10 | WAR | TACOGUE, L. | UNTN / | 08/02/02 | 30.000 | 5.61 |
| | Your insurance saved you $3.58 | | | | | | | |
| | | | | | Total Fillings: 4 | Subtotal: | 120.000 | 22.44 |
| 0389260-04456 | COUMADIN 5MG TABLET (PEACH) | 00056-0172-70 | TGW | TACOGUE, L. | UNTN / | 05/11/02 | 30.000 | 10.00 |
| | Your insurance saved you $16.29 | | | | | | | |
| 0389260-04456 | COUMADIN 5MG TABLET (PEACH) | 00056-0172-70 | JDP | TACOGUE, L. | UNTN / | 06/12/02 | 30.000 | 10.00 |
| | Your insurance saved you $19.39 | | | | | | | |
| 0389260-04456 | COUMADIN 5MG TABLET (PEACH) | 00056-0172-70 | WTE | TACOGUE, L. | UNTN / | 07/11/02 | 30.000 | 10.00 |
| | Your insurance saved you $19.39 | | | | | | | |
| 0389260-04456 | COUMADIN 5MG TABLET (PEACH) | 00056-0172-70 | JDP | TACOGUE, L. | UNTN / | 08/11/02 | 30.000 | 10.00 |
| | Your insurance saved you $19.39 | | | | | | | |
| | | | | | Total Fillings: 4 | Subtotal: | 120.000 | 40.00 |
| 0392536-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | JDP | TACOGUE, L. | UNTN / | 05/31/02 | 95.000 | 10.00 |
| | Your insurance saved you $62.59 | | | | | | | |

Confidential Patient Information
Prescription Profile
05/07/2001 through 08/20/2002

Report date/time: 08/20/2002 02:25 PM

Patient Info: JANICE SMITH
803 HADLEY AVE
OLD HICKORY, TN 37138
Patient Phone: (615)847-1597
Date of Birth: 05/06/1952
Gender: F

Store Info: 5006 OLD HICKORY BLVD
HERMITAGE, TN 37076
(615)889-9202

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan(s) | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0392536-04456 | ENALAPRIL 2.5MG TABLETS | 00364-2698-01 | TGW | TACOGUE, L. | UNTN / | 07/19/02 | 95.000 | 10.00 |
| | Your insurance saved you $62.59 | | | | | | | |
| | | | | | Total Fillings: 2 | Subtotal: | 190.000 | 20.00 |
| 0396099-04456 | LORAZEPAM 0.5MG TABLETS | 00228-2057-50 | JDP | TACOGUE, L. | PBST / | 06/24/02 | 60.000 | 10.00 |
| | Your insurance saved you $24.69 | | | | | | | |
| 0396099-04456 | LORAZEPAM 0.5MG TABLETS | 00228-2057-50 | JDP | TACOGUE, L. | PBST / | 07/30/02 | 60.000 | 10.00 |
| | Your insurance saved you $24.69 | | | | | | | |
| | | | | | Total Fillings: 2 | Subtotal: | 120.000 | 20.00 |

Total Scripts: 97 Total Price: 979.87
Using generics saved you a total of 0.00
Using more generics could have saved you a total of 0.00
Your insurance saved you a total of 3664.26

The Manager and Staff at Walgreens
Thank You For Your Patronage