Exh 5

JANICE SMITH
OUT-OF-POCKET EXPENSES

| DATE | PROVIDER | AMOUNT |
| --- | --- | --- |
| 10/23/2000 | Loyda Tacogue | 17.09 |
| 02/14/2001 | | 3.60 |
| 03/15/2001 | | 8.01 |
| 04/13/2001 | | 5.97 |
| 05/15/2001 | | 13.11 |
| 06/12/2001 | | 29.08 |
| 11/15/2001 | | 25.00 |
| 12/11/2001 | | 52.00 |
| 02/16/2002 | | 25.00 |
| 10/03/2002 | | 25.00 |
| 04/11/2003 | | 19.30 |
| 09/15/2003 | | 19.61 |
| 11/09/2000 | St. Thomas Hospital | 3.47 |
| 06/12/2001 | | 24.48 |
| 04/11/2003 | | 111.53 |
| 05/17/2003 | | 280.00 |
| 06/12/2003 | | 280.00 |
| 07/14/2003 | | 280.00 |
| 08/13/2003 | | 72.00 |
| 08/13/2003 | | 186.64 |
| 11/18/2003 | | 280.00 |
| 04/11/03 | St. Thomas Medical | 6.43 |
| 10/23/2000 | Cardiovascular Surgical | 304.25 |
| 3/15/2001 | | 5.53 |
| 05/15/2001 | | 3.63 |
| 10/08/2001 | | 25.00 |
| 09/13/2003 | Cardio Anesthesiologist | 96.82 |
| 07/24/2001 | Summit Primary Care PLLC | 10.00 |
| 9/15/01 | | 18.85 |
| 04/17/2002 | | 20.00 |
| 03/15/03 | | 15.00 |
| 10/23/2000 | Associated Radiologist | 42.27 |
| 06/12/2001 | | 5.28 |
| 04/11/2003 | | 153.00 |
| 06/11/2003 | | 6.44 |
| 09/13/2003 | | 13.74 |

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

JANICE SMITH
OUT-OF-POCKET EXPENSES

| DATE | PROVIDER | AMOUNT |
|---|---|---|
| 10/23/2000 | Heart Group | 16.03 |
| 04/13/2001 | | 14.76 |
| 11/19/2001 | | 16.03 |
| 11/12/2001 | | 25.00 |
| 02/15/2002 | | 25.00 |
| 4/12/2002 | | 25.00 |
| 5/06/2002 | | 25.00 |
| 07/10/2002 | | 25.00 |
| 09/25/2002 | | 25.00 |
| 11/14/2002 | | 25.00 |
| 11/25/2002 | | 25.00 |
| 06/11/2003 | | 273.16 |
| 08/13/2003 | | 73.04 |
| 09/15/2003 | | 44.02 |
| 03/14/04 | | 10.74 |
| 04/14/2004 | | 90.14 |
| 4/27/2004 | | 15.00 |
| 02/10/2004 | Quest Diagnostic | 33.10 |
| 01/06/2003 | | 33.10 |
| 08/31/00 | Sharon Ballemy | 8.98 |
| 10/23/2000 | Michael Kaminski, M.D. | 16.91 |
| 10/23/2000 | John Dexter, M.D. | 11.98 |
| 10/23/2000 | Trevor Paris, M.D. | 7.22 |
| 07/29/2003 | Robert Fallis, M.D. | 9.51 |
| | | 30.99 |

JANICE SMITH
OUT-OF-POCKET EXPENSES

| DATE | PROVIDER | AMOUNT |
|---|---|---|
| 04/11/2001 | Walgreen | 30.14 |
| 05/16/2001 | | 10.00 |
| 05/21/2001 | | 10.00 |
| 05/26/2001 | | 10.00 |
| 06/03/2001 | | 17.30 |
| 06/08/2001 | | 6.42 |
| 06/15/2001 | | 10.00 |
| 06/21/2001 | | 10.00 |
| 07/05/2001 | | 36.29 |
| 07/13/2001 | | 46.99 |
| 07/18/2001 | | 10.00 |
| 08/04/2001 | | 17.30 |
| 08/06/2001 | | 8.98 |
| 08/14/2001 | | 56.99 |
| 08/31/2001 | | 27.30 |
| 09/04/2001 | | 6.37 |
| 09/11/2001 | | 66.99 |
| 09/25/2001 | | 10.00 |
| 10/02/2001 | | 29.29 |
| 10/10/2001 | | 20.00 |
| 10/29/2001 | | 10.00 |
| 11/01/2001 | | 37.30 |
| 11/03/2001 | | 16.00 |
| 11/07/2001 | | 10.00 |
| 11/10/2001 | | 6.37 |
| 12/??/2001 | | 10.00 |
| 12/01/2001 | | 20.00 |
| 12/04/2001 | | 10.00 |
| 12/05/01 | | 7.30 |
| 12/07/2001 | | 16.37 |
| 12/12/2001 | | 10.00 |
| 12/12/2001 | | 10.00 |

JANICE SMITH
OUT-OF-POCKET EXPENSES

| DATE | PROVIDER | AMOUNT |
|---|---|---|
| 02/01/2002 | Walgreen (cont'd) | 20.00 |
| 02/04/2002 | | 15.61 |
| 02/09/2002 | | 10.00 |
| 2/16/2002 | | 62.26 |
| 03/03/2002 | | 10.00 |
| 03/10/2002 | | 20.00 |
| 04/13/2002 | | 22.88 |
| 05/02/2002 | | 15.61 |
| 05/13/2002 | | 20.00 |
| 05/20/2002 | | 10.00 |
| 05/31/2002 | | 25.61 |
| 06/12/2002 | | 20.00 |
| 07/11/2002 | | 20.00 |
| 6/26/2002 | | 10.00 |
| 07/01/2002 | | 20.00 |
| 07/19/2002 | | 10.00 |
| 07/30/2002 | | 64.33 |
| 08/03/2002 | | 45.56 |
| 08/11/2002 | | 5.61 |
| 09/10/2002 | | 20.00 |
| 09/20/2002 | | 12.25 |
| 9/25/2002 | | 20.00 |
| 09/26/2002 | | 18.26 |
| 10/03/2002 | | 6.56 |
| 10/09/2002 | | 10.00 |
| 10/17/2002 | | 20.00 |
| 10/28/2002 | | 26.56 |
| 11/16/2002 | | 15.31 |
| 11/21/2002 | | 25.07 |
| 11/26/2002 | | 26.56 |
| 12/09/2002 | | 39.17 |
| 12/10/2002 | | 10.00 |
| 11/11/2002 | | 10.00 |
| 12/17/2002 | | 10.00 |
| 12/28/2002 | | 41.73 |
| 01/09/2003 | | 10.00 |
| 02/05/2003 | | 14.16 |
| 02/10/2003 | | 31.19 |
| 02/11/2003 | | 18.54 |
| 02/15/2003 | | 10.00 |

JANICE SMITH
OUT-OF-POCKET EXPENSES

| DATE | PROVIDER | AMOUNT |
|---|---|---|
| 04/04/2003 | Walgreen (Cont'd) | 15.61 |
| 04/18/2003 | | 52.57 |
| 04/25/2003 | | 10.00 |
| 04/26/2003 | | 20.00 |
| 05/04/2003 | | 16.61 |
| 05/06/2003 | | 30.00 |
| 05/09/2003 | | 6.06 |
| 05/20/2003 | | 10.00 |
| 07/02/2003 | | 36.84 |
| 07/11/2003 | | 10.00 |
| 07/19/2003 | | 45.03 |
| 09/23/2003 | | 20.00 |

JANICE SMITH
OUT-OF-POCKET EXPENSES

| DATE | PROVIDER | AMOUNT |
|---|---|---|
| 03/24/2003 | Eckerds | 28.58 |
| 07/30/2003 | | 35.20 |
| 08/01/2003 | | 48.14 |
| 08/10/2003 | | 14.02 |
| 08/15/2003 | | 30.00 |
| 09/04/2002 | | 28.14 |
| 09/08/2003 | | 23.01 |
| 09/09/2003 | | 9.49 |
| 9/29/2003 | | 29.29 |
| 10/01/2003 | | 53.90 |
| 10/08/2003 | | 10.00 |
| 10/25/2003 | | 10.00 |
| 11/03/03 | | 38.14 |
| 11/11/2003 | | 20.00 |
| 11/14/2003 | | 88.07 |
| 12/02/2003 | | 28.14 |
| 12/10/2003 | | 51.64 |
| 12/16/2003 | | 48.03 |
| 03/02/2004 | | 182.52 |
| 03/10/2004 | | 44.12 |
| 03/15/2004 | | 23.76 |
| 03/31/2004 | | 169.36 |
| 03/24/2004 | | 24.54 |
| 03/25/2004 | | 26.13 |
| 04/08/2004 | | 54.53 |
| 04/29/2004 | | 192.24 |
| 05/07/2004 | | 68.66 |
| | | 88.07 |
| | **TOTAL OUT-OF-POCKET** | **$6,638.44** |

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11385

87-1/640
5103

DATE 11-15-01

PAY TO THE ORDER OF Layda Jacoque $ 25.00

Twenty-Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 100102240O⑈ 1385 ⑈0000002500⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

80331

11374

87-1/640
5103

DATE 11-12-01

PAY TO THE ORDER OF Heart Ramp $ 25 00/xx

Twenty five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100102240O⑈ 1374 ⑈0000002500⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11340

87-1/640
5103

DATE 10-8-01

To Reorder Call 1-800-355-8123

PAY TO THE ORDER OF Cardiovascular Surg. $ 25.00

Twenty-Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1340 ⑈0000002500⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11315

87-1/640
5103

DATE 9-16-01

To Reorder Call 1-800-355-8123

PAY TO THE ORDER OF Summit Primary Care PLLC $ 7 26/00

Seven Dollars 26/00 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 128754/133207

Bruce Smith

⑆064000017⑆ 100102240O⑈ 1315 ⑈0000000726⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11069
87-1/640
5103

DATE 3-15-01

PAY TO THE ORDER OF Cardiovascular Surg. $ 5.53

Five —— 53/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224OO⑈ 1069 ⑈0000000553⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11070
87-1/640
5103

DATE 3-15-01

PAY TO THE ORDER OF Dr. Loyda Jacoque $ 8.01

Eight —— 01/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 10010224OO⑈ 1070 ⑈0000000801⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11025
87-1/640
5103

DATE 3-14-01

PAY TO THE ORDER OF Loyda C. Jacoque $ 3 60

Three —— 60/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Bruce Smith

⑆064000017⑆ 10010224OO⑈ 1025 ⑈0000000360⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11429
87-1/640
5103

DATE 12-11-01

PAY TO THE ORDER OF Dr. Loyda Jacoque $ 52.00

Fifty-Two DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 10010224OO⑈ 1429 ⑈0000005200⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10833
87-1/640
5103

DATE 10-23-2000

PAY TO THE ORDER OF Loyda C. Jacorgue $ 17.09

Seventeen — 09/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 10010224000⑈ 0833 ⑈0000001709⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10831
87-1/640
5103

DATE 10-23-2000

PAY TO THE ORDER OF Card. Avitgrey Clinic $ 304.35

Three Hundred & four — 35/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 0831 ⑈0000030435⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10835
87-1/640
5103

DATE 10-25-2000

PAY TO THE ORDER OF The Heart Group $ 16.03

Sixteen — 03/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 0835 ⑈0000001603⑈

1-80

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10775
87-1/640
5103

DATE 08.31.00.

PAY TO THE ORDER OF Sharon Bellamy $ 8.98

eight & 98/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR treatment supplies

Bruce Smith

⑆064000017⑆0775⑈ 10010224000⑈ ⑈0000000898⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10832

87-1/640
5103

DATE 10-23-2000

PAY TO THE ORDER OF Michael Kaminski Passport Svc $ 16.91

Sixteen — 91/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆0640000171⑆ 1001022400⑈ 0832 ⑈0000001691⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10836

87-1/640
5103

DATE 10-25-2000

PAY TO THE ORDER OF John Dexter M.D. $ 11.98

Eleven — 98/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆0640000171⑆ 1001022400⑈ 0836 ⑈0000001198⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10837

87-1/640
5103

DATE 10-23-2000

PAY TO THE ORDER OF Trevor Paris MD $ 7.22

Seven — 22/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆0640000171⑆ 1001022400⑈ 0837 ⑈0000000722⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10834

87-1/640
5103

DATE 10-23-2000

PAY TO THE ORDER OF Associated Radiologist $ 42.27

Forty-two — 27/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆0640000171⑆ 1001022400⑈ 0834 ⑈0000004227⑈

Bruce Smith 2-94
or Janice Smith
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2637

DATE 2-10-04

87-1/640
5103

PAY TO THE ORDER OF Quest Diagnostic $ 33.10

Thirty-Three — 10/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2637 ⑈0000003310⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2777

4-14-04 DATE

87-1/640

PAY TO THE ORDER OF Heart Group $ 90.14

Ninety — 14/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ ⑈10010224000⑈ 2777 ⑈0000009014⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10872

DATE 11-9-2005

87-1/640
5103

PAY TO THE ORDER OF St. Thomas Hosp. $ 3.47 3.47 TB

Three dollar 47/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 121

Janice Smith

⑆064000017⑆ 10010224000⑈ 0872 ⑈0000000347⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

10873

DATE 11-9-2005

87-1/640
5103

PAY TO THE ORDER OF The Heart Group $ 16.03

Sixteen — 03/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 0873 ⑈0000001603⑈

May 31 05 10:57a 101 p.5

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11424

87-1/640
5103

DATE

PAY TO THE ORDER OF $

TEN DOLLARS AND 16/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 1424 ⑈0000001016⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11421

DECEMBER 7, 2001

87-1/640
5103

DATE

PAY TO THE ORDER OF WALGREEN $ *********16.37

SIXTEEN DOLLARS AND 37/100********************************* DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1421 ⑈0000001637⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2691

3-14-04 DATE

87-1/640

PAY TO THE ORDER OF Heart Group $ 10.74

Ten 74/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ ⑈10010224000⑈ 2691 ⑈0000001074⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2794

4-27-04 DATE

87-1/640

PAY TO THE ORDER OF Doctor Office Heart Group $ 15.00

Fifteen DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ ⑈10010224000⑈ 2794 ⑈0000001500⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11425

DATE DECEMBER 12, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY*********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 1425 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11412

DATE DECEMBER 5, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********7.30

SEVEN DOLLARS AND 30/100******************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1412 ⑈0000000730⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11405

DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $

TEN DOLLARS ONLY********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1405 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11403

DATE 12-1-01

87-1/640
5103

PAY TO THE ORDER OF Walgreens $ 20⁰⁰

Twenty dollars 00/— DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 1403 ⑈0000002000⑈

11301

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

87-1/640
5103

DATE 9-4-01

PAY TO THE ORDER OF Walgreens $ 6.37

Six dollars + 37/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 1022400⑈ 1301 ⑈0000000637⑈

To Reorder Call 1-800-355-8123

1-800-AMSOUTH

11308

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

87-1/640
5103

DATE SEPTEMBER 11, 2001

PAY TO THE ORDER OF WALGREEN $ *********6.99

SIXTY SIX DOLLARS AND 99/100*********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100 1022400⑈ 1308 ⑈0000006699⑈

To Reorder Call 1-800-355-8123

1-800-AMSOUTH

11359

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

87-1/640
5103

DATE OCTOBER [illegible]

PAY TO THE ORDER OF [illegible] $ [illegible]

DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 1022400⑈ 1359 ⑈0000001000⑈

1-800-AMSOUTH

11364

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

87-1/640
5103

DATE NOVEMBER 1, 2001

PAY TO THE ORDER OF WALGREEN $ *********37.30

THIRTY SEVEN DOLLARS AND 30/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100 1022400⑈ 1364 ⑈0000003730⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12136

DATE APRIL 4, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224007⑈ 2136 ⑈0000002000⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2431

DATE 10-25-03

87-1/640
5103

PAY TO THE ORDER OF Eckerds $ 10.00

Ten DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224007⑈ 2431 ⑈0000001000⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2439

DATE 11-3-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 38.14

Thirty-Eight — 14/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224007⑈ 2439 ⑈0000003814⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2449

DATE 11-11-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 20.00

Twenty DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224007⑈ 2449 ⑈0000002000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2736
87-1/640

3-24-04 DATE

PAY TO THE ORDER OF Eckerd $ 24.54

Twenty-Four — 54/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

Janice Smith

FOR

⑆064000017⑆ ⑈100102240⑈ 2736 ⑈0000002454⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2738
87-1/640

48742599

3-25-04 DATE

PAY TO THE ORDER OF Eckerd $ 26.13

Twenty-Six — 13/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

Janice Smith

FOR

⑆064000017⑆ ⑈100102240⑈ 2738 ⑈0000002613⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2800
87-1/640

4-29-04 DATE

PAY TO THE ORDER OF Eckerd $ 192.24

One Hundred & Ninety-Two 24/ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

Janice Smith

FOR

⑆064000017⑆ ⑈100102240⑈ 2800 ⑈0000019224⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2808
87-1/640

5-7 DATE

PAY TO THE ORDER OF Eckerd $ 68.66

Sixty-Eight — 66/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

Janice Smith

FOR

⑆064000017⑆ ⑈100102240⑈ 2808 ⑈0000006866⑈

2665

Bruce Smith 2-94
or Janice Smith
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

DATE 3-2-04

87-1/640

PAY TO THE ORDER OF Eckerd $ 182 52/00

One Hundred Eighty Two 52/00 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224007⑈ 2665 ⑈0000018252⑈

---

2682

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

3-10-04 DATE

87-1/640

PAY TO THE ORDER OF Eckerd $ 44.12

Forty-Four — 12/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ ⑈10010224007⑈ 2682 ⑈0000004412⑈

---

2755

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

4-8-04 DATE

87-1/640

PAY TO THE ORDER OF Eckerd $ 54.53

Fifty-Four — 53 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ ⑈10010224007⑈ 2755 ⑈0000005453⑈

---

2743

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

3-31-04 DATE

87-1/640

PAY TO THE ORDER OF Eckerd $ 169.36

One Sixty-Nine-36 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ ⑈10010224007⑈ 2743 ⑈0000016936⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12187

DATE MAY 4, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********16.61

SIXTEEN DOLLARS AND 61/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010 22400⑈ 2187 ⑈0000001661⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12189

DATE MAY 6, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********30.00

THIRTY DOLLARS ONLY****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010 22400⑈ 2189 ⑈0000003000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12192

DATE MAY 9, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********6.06

SIX DOLLARS AND 06/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010 22400⑈ 2192 ⑈0000000606⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2411

DATE 9-23-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 20.10

Twenty —— DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010 22400⑈ 2411 ⑈0000002010⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11148

DATE 5-15-01

87-1/640
5103

PAY TO THE ORDER OF Cardiovascul Surgery $ 3.63

Three — 63/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1148 ⑈0000000363⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11245

DATE 7-24-01

87-1/640
5103

To Reorder Call 1-800-355-8123

PAY TO THE ORDER OF Summit Primary Care, PLLC $ 10.00

Ten — DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 128754

Janice Smith

⑆064000017⑆ 100102240O⑈ 1245 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11150

DATE 5-15-01

87-1/640
5103

PAY TO THE ORDER OF The Heart Group $ 11.31

Eleven — 31/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1150 ⑈0000001131⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11113

DATE 4-13-01

87-1/640
5103

PAY TO THE ORDER OF Summit Primary $ 18.85

Eighteen — 85/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1113 ⑈0000001885⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11369

DATE

87-1/640
5103

PAY TO THE
ORDER OF WALGREEN $

SIXTEEN DOLLARS AND 80/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1369 ⑈0000001680⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11371

NOVEMBER [illegible], 2001
DATE

87-1/640
5103

PAY TO THE
ORDER OF WALGREEN $

TEN DOLLARS ONLY DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1371 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11376

NOVEMBER 10, 2001
DATE

87-1/640
5103

PAY TO THE
ORDER OF WALGREEN $ **********6.37

SIX DOLLARS AND 37/100*********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1376 ⑈0000000637⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2727

3-15-04 DATE

87-1/640

PAY TO THE
ORDER OF Eckard $ 23.76

Twenty-Three — 76/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ ⑈1001022400⑈ 2727 ⑈0000002376⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2363

DATE 10-1-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 53.90

Fifty-Three — 90/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 2363 ⑈0000005390⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2372

DATE 10-28-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 10.00

Ten — DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 2372 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11690

JUNE 26, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $*******10.00

TEN DOLLARS ONLY************************************************ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1690 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11703

JULY 1, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********15.61

FIFTEEN DOLLARS AND 61/100******************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1703 ⑈0000001561⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11323

DATE SEPTEMBER 25, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY*************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆0640000171⑆ 100102240011⑈ 11323 ⑈0000001000⑈

To Reorder Call 1-800-355-8123

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11328

DATE OCTOBER 2, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ [illegible]29.29

TWENTY NINE DOLLARS AND 29/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆0640000171⑆ 100102240011⑈ 11328 ⑈0000002929⑈

To Reorder Call 1-800-355-8123

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11336

DATE Oct 10, 2001

87-1/640
5103

PAY TO THE ORDER OF Walgreen $

Twenty ——— DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆0640000171⑆ 100102240011⑈ 11336 ⑈0000002000⑈

To Reorder Call 1-800-355-8123

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11295

DATE AUGUST 31, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********27.30

TWENTY SEVEN DOLLARS AND 30/100***************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆0640000171⑆ 100102240011⑈ 11295 ⑈0000002730⑈

To Reorder Call 1-800-355-8123

May 29 20 02:47p Dena1104 101 p.1

2451

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE 11-14-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 88.07

Eighty — Eight — 07/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2451 ⑈0000008807⑈

1-800-AMSOUTH

12167

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE APRIL 18, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********52.57

FIFTY TWO DOLLARS AND 57/100************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 2167 ⑈0000005257⑈

1-800-AMSOUTH

12174

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE APRIL 25, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY****************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2174 ⑈0000001000⑈

1-800-AMSOUTH

12175

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE APRIL 26, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY****************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2175 ⑈0000001000⑈

12136

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE APRIL 4, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********20.00

TWENTY DOLLARS ONLY************************************* DOLLARS

AMSOUTH BANK

Advantage Checking