Exh 5-1

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11566

DATE 4-12-02

87-1/640
5103

PAY TO THE ORDER OF Heart Group $ 25.00

Twenty Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1566 ⑈0000002500⑈

1-800-AMSOUTH

#9172151

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11604

DATE 5-6-02

87-1/640
5103

PAY TO THE ORDER OF Heart Group $ 25.00

Twenty Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1604 ⑈0000002500⑈

1-800-AMSOUTH

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11574

DATE 4-17-02

87-1/640
5103

PAY TO THE ORDER OF Summit Primary Care $ 20.00

Twenty DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 133207

Janice Smith

⑆064000017⑆ 1001022400⑈ 1574 ⑈0000002000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11714

DATE 7-10-02

87-1/640
5103

PAY TO THE ORDER OF Heart Group $ 25.00

Twenty Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1714 ⑈000

SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11170

DATE 5-21-01

87-1/640
5103

PAY TO THE ORDER OF Walgreen $ 10.00

Ten DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆06400001?⑆ 1001022400⑈ 1170 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11173

DATE 5-26-01

87-1/640
5103

PAY TO THE ORDER OF Walgreen $ 10.00

Ten DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆06400001?⑆ 1001022400⑈ 1173 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11179

DATE 6-3-01

87-1/640
5103

To Reorder Call 1-800-355-8123

PAY TO THE ORDER OF Walgreen $ 17.30

Seventeen — 30/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆06400001?⑆ 1001022400⑈ 1179 ⑈0000001730⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11185

DATE 6-8-01

87-1/640
5103

To Reorder Call 1-800-355-8123

PAY TO THE ORDER OF Walgreen $ 6.42

Six 42/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆06400001?⑆ 1001022400⑈ 1185 ⑈0000000642⑈

To Reorder Call 1-800-355-8123

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11220

DATE JULY 5, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********36.29

THIRTY SIX DOLLARS AND 29/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100102240O⑈ 1220 ⑈0000003629⑈

1-800-AMSOUTH

To Reorder Call 1-800-355-8123

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11234

DATE JULY 13, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********46.99

FORTY SIX DOLLARS AND 99/100***************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1234 ⑈0000004699⑈

1-800-AMSOUTH

To Reorder Call 1-800-355-8123

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11207

DATE JUNE 21, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY*************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1207 ⑈0000001000⑈

1-800-AMSOUTH

To Reorder Call 1-800-355-8123

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11201

DATE 6-15-01

87-1/640
5103

PAY TO THE ORDER OF Walgreen $ 10.00

Ten DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1201 ⑈0000001000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11239

DATE JULY 18, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY*********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1239 ⑈0000001000⑈

To Reorder Call 1-800-355-8123

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11259

DATE AUGUST 4, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********17.30

SEVENTEEN DOLLARS AND 30/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1259 ⑈0000001730⑈

To Reorder Call 1-800-355-8123

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11263

DATE AUGUST 6, 2001

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********8.99

EIGHT DOLLARS AND 99/100******************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1263 ⑈0000000899⑈

To Reorder Call 1-800-355-8123

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11160

DATE 5-16-01

87-1/640
5103

PAY TO THE ORDER OF Walgreen $ 10.00

Ten DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1160 ⑈0000001000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11280

DATE AUGUST 14, 2001

87-1/640 5103

To Reorder Call 1-800-355-8123

PAY TO THE ORDER OF WALGREEN $ *********56.99

FIFTY SIX DOLLARS AND 99/100*************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 1280 ⑈0000005699⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11101

DATE 4-11-01

87-1/640 5103

PAY TO THE ORDER OF Walgreen $ 30.14

Thirty — 14/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 1101 ⑈0000003014⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11769

DATE AUGUST 11, 2002

87-1/640 5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1769 ⑈0000002000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11759

DATE Aug 3, 2002

87-1/640 5103

PAY TO THE ORDER OF Walgreen's $ 5.61

Five and 61/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1759 ⑈0000000561⑈

11752

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE 7-30-02

87-1/640
5103

PAY TO THE ORDER OF Walgreen $ 20.00

Twenty DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1752 ⑈0000002000⑈

1-800-AMSOUTH

11753

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE JULY 30, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $

FORTY FOUR DOLLARS AND 33/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1753 ⑈0000004433⑈

1-800-AMSOUTH

11739

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE JULY 19, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY****************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1739 ⑈0000001000⑈

1-800-AMSOUTH

11903

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE NOVEMBER 11, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY****************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1903 ⑈0000001000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11923

DATE NOVEMBER 26, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********26.56

TWENTY SIX DOLLARS AND 56/100************************* DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1923 ⑈0000002656⑈

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

48742599 - 5-6-07

11971

DATE 12-09-02

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 39.17

Thirty-Nine — 17/100 — DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 1971 ⑈0000003917⑈

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11979

DATE DECEMBER 10, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 1979 ⑈0000001000⑈

---

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11883

OCTOBER 28, 2002

DATE 10-28-02

87-1/640
5103

WALGREEN

PAY TO THE ORDER OF TWENTY SIX DOLLARS AND 56/100*************************** $ *********26.56

DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1883 ⑈0000002656⑈

Jun 01 20 08:33a Denali04 101 p.7

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11919

NOVEMBER 21, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********25.07

TWENTY FIVE DOLLARS AND 07/100********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 1919 ⑈0000002507⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11894

NOVEMBER 16, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********15.31

FIFTEEN DOLLARS AND 31/100******************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1894 ⑈0000001531⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11840

SEPTEMBER 26, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********18.26

EIGHTEEN DOLLARS AND 26/100******************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1840 ⑈0000001826⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11838

SEPTEMBER 25, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1838 ⑈0000002000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11869

DATE OCTOBER 17, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY************************************ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1869 ⑈0000002000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11856

DATE OCTOBER 9, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY************************************ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100 10 22400⑈ 1856 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11851

DATE OCTOBER 3, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********6.56

SIX DOLLARS AND 56/100************************************ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1851 ⑈0000000656⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11835

DATE SEPTEMBER 20, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********12.25

TWELVE DOLLARS AND 25/100********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100 10 22400⑈ 1835 ⑈0000001225⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11525

DATE MARCH 10, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY*********************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

⑆064000017⑆ 10010224OO⑈ 1525 ⑈0000002000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11517

DATE MARCH 2, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY*********************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

⑆064000017⑆ 10010224OO⑈ 1517 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11515

DATE

87-1/640
5103

PAY TO THE ORDER OF $

DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

⑆064000017⑆ 10010224OO⑈ 1515 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11505

DATE 2-16-02

87-1/640
5103

PAY TO THE ORDER OF Walgreen $ 37.88

Thirty — Seven — 88/100 — DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

⑆064000017⑆ 10010224OO⑈ 1505 ⑈0000003788⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11489

DATE 2/9/02

87-1/640
5103

PAY TO THE ORDER OF Walgreens $ 10

Ten dollars DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100102240O⑈ 1489 ⑈0000001000⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11477

DATE FEBRUARY 4, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********15.61

FIFTEEN DOLLARS AND 61/100************************************ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100102240O⑈ 1477 ⑈0000001561⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11474

DATE FEBRUARY 1, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY************************************ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1474 ⑈0000002000⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11472

DATE [illegible]

87-1/640
5103

PAY TO THE ORDER OF [illegible] $ [illegible]

[illegible] DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100102240O⑈ 1472 ⑈0000002395⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11564

DATE APRIL 13, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********22.88

TWENTY TWO DOLLARS AND 88/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1564 ⑈0000002288⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11537

DATE

87-1/640
5103

PAY TO THE ORDER OF $

DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100 10 22400⑈ 1537 ⑈0000001248⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11550

DATE

87-1/640
5103

PAY TO THE ORDER OF $

DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1550 ⑈0000003070⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11503

DATE 2-16-02

87-1/640
5103

PAY TO THE ORDER OF Walgreen $ 24.38

Twenty-Four – 38/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1503 ⑈0000002438⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11561

DATE

87-1/640
5103

PAY TO THE ORDER OF Walgreens $

DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1561 ⑈0000003647⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11599

MAY 2, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********15.61

FIFTEEN DOLLARS AND 61/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1599 ⑈0000001561⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11643

MAY 31, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********25.61

TWENTY FIVE DOLLARS AND 61/100**************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1643 ⑈0000002561⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11615

MAY 13, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $*********20.00

TWENTY DOLLARS ONLY************************************* DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1615 ⑈0000002000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11625

DATE MAY 20, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1625 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11663

DATE JUNE 12, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1663 ⑈0000002000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11816

DATE SEPTEMBER 10, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********45.56

FORTY FIVE DOLLARS AND 56/100**************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1816 ⑈0000004556⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11716

DATE JULY 11, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********20.00

TWENTY DOLLARS ONLY************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1716 ⑈0000002000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12309

DATE JULY 2, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********36.84

THIRTY SIX DOLLARS AND 84/100*************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2309 ⑈0000003684⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12320

DATE JULY 11, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2320 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12211

DATE MAY 20, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2211 ⑈0000001000⑈

1-800-AMSOUTH

*Bruce Smith* 2-94
*or Janice Smith*
*803 Hadley Ave.* 847-2096
*Old Hickory, TN 37138*

2535

DATE 12-10-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 51.64

Fifty — One — 64/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2535 ⑈0000005164⑈

Bruce Smith 2-94
or Janice Smith
803 Hadley Ave. 847-2096
Old Hickory, TN 37138

2526

DATE 12-2-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 28.14

Twenty-Eight - 14/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240⑈ 2526 ⑈0000002814⑈

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2474

DATE 12-16-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 48.03

Forty - Eight - 03/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240⑈ 2474 ⑈0000004803⑈

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12039

DATE 2-15-03

87-1/640
5103

PAY TO THE ORDER OF Walgreens $ 10.00

ten & 00/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100102240⑈ 2039 ⑈0000001000⑈

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12072

DATE FEBRUARY 25, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY******************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100102240⑈ 2072 ⑈0000001000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE MARCH 4, 2003 87-1/640 5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY********************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 2080 ⑈0000001000⑈

---

BRUCE SMITH 2-94 Lic#13292 3097 12028
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE 2-5-03 87-1/640 5103

PAY TO THE ORDER OF Walgreens $ 14 16/00

Fourteen Dollars + 16/00 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 2028 ⑈0000001416⑈

---

BRUCE SMITH 2-94 12024
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE FEBRUARY 11, 2003 87-1/640 5103

PAY TO THE ORDER OF WALGREEN $ ********18.54

EIGHTEEN DOLLARS AND 54/100****************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR TDL 3292 3097 Exp 05-04

Bruce Smith

⑆064000017⑆ 10010224000⑈ 2024 ⑈0000001854⑈

---

BRUCE SMITH 2-94 12035
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE FEBRUARY 10, 2003 87-1/640 5103

PAY TO THE ORDER OF WALGREEN $ ********31.19

THIRTY ONE DOLLARS AND 19/100**************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 2035 ⑈0000003119⑈

Jun 01 20 08:45a Denali104 101 p.16

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12254

DATE JULY 19, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********45.03

FORTY FIVE DOLLARS AND 03/100************************************ DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 2254 ⑈0000004503⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

774 48742599
Exp 05-06-2007

12271

DATE 7-30-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 35.20

Thirty-Five — 20/100 — DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 2271 ⑈0000003520⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12273

DATE 8-1-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 48.14

Forty-Eight — 14/100 — DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 2273 ⑈0000004814⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12279

DATE 8-10-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 14.02

Fourteen — 02/100 — DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 2279 ⑈0000001402⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE 847-2096
OLD HICKORY, TN 37138

2330

DATE 8-15-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 30.00

Thirty DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 2330 ⑈0000003000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12121

DATE 3-24-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 28.58

Twenty-Eight — 58/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 48742599-R

Janice Smith

⑆064000017⑆ 1001022400⑈ 2121 ⑈0000002858⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12115

DATE MARCH 21, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********10.00

TEN DOLLARS ONLY**************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 2115 ⑈0000001000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12133

DATE APRIL 3, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ ********36.61

THIRTY SIX DOLLARS AND 61/100************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 2133 ⑈0000003661⑈

1-800-AMSOUTH

12153

87-1/640
5103

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE 4-11-03

PAY TO THE ORDER OF Touchstone Images of Homes $ 530.42

Five Hundred & Thirty - 42/100 DOLLARS

Advantage Checking

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 2153 ⑈0000053042⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12285

DATE 8-13-03 87-1/640 5103

PAY TO THE ORDER OF St. Thomas $ 72.00

Seventy-Two DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2285 ⑈0000007200⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2356

DATE 8-13-03 87-1/640 5103

PAY TO THE ORDER OF St. Thomas $ 186.64

One Hundred & Eighty-Six - 64/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2356 ⑈0000018664⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12152

DATE 4-11-03 87-1/640 5103

PAY TO THE ORDER OF Radiology $ 153.00

One Hundred fifty-Three DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2152 ⑈0000015300⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12150

DATE 4-11-03 87-1/640 5103

PAY TO THE ORDER OF St. Thomas Med. $ 6.43

Six — 43/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2150 ⑈0000000643⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12269
87-1/640
5103

DATE 7-29-03

PAY TO THE ORDER OF Dr. Robert Fallis $ 9.51

Nine ——— 51/100 ——— DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR # 06163

Janice Smith

⑆06400001 7⑆ 1001022400⑈ 2269 ⑈0000000951⑈

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12094
87-1/640
5103

DATE 3-5-03

PAY TO THE ORDER OF Summit Primary $ 15.00

Fifteen ——— DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 133207

Janice Smith

⑆06400001 7⑆ 1001022400⑈ 2094 ⑈0000001500⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12270
87-1/640
5103

DATE 7-29-03

PAY TO THE ORDER OF Dr. Robert Fallis $ 30.99

Thirty ——— 99/100 ——— DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR #06163

Janice Smith

⑆06400001 7⑆ 1001022400⑈ 2270 ⑈0000003099⑈

1-800-AMSOUTH

---

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2357
87-1/640
5103

DATE 8-13-03

PAY TO THE ORDER OF The Heart Group $ 73.04

Seventy-Three ——— 04/100 ——— DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice

⑆06400001 7⑆ 1001022400⑈ 2357 ⑈0000007304⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12239

DATE 6-11-03

87-1/640
5103

PAY TO THE ORDER OF Radiology $ 6.44

Six — 44/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 2239 ⑈0000000644⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12240

DATE 6-11-03

87-1/640
5103

PAY TO THE ORDER OF The Heart Group $ 273.16

Two Hundred & Seventy Three 16/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 2240 ⑈0000027316⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12253

DATE 7-14-03

87-1/640
5103

PAY TO THE ORDER OF St. Thomas Hosp $ 280.00

Two Hundred & Eight DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 2253 ⑈0000020800⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2463

DATE 11-18-03

87-1/640
5103

PAY TO THE ORDER OF St. Thomas Hosp. $ 280.00

Two Hundred & Eighty DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 2463 ⑈0000028000⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12143

DATE 4-11-03

87-1/640
5103

PAY TO THE ORDER OF Loyda Jacque $ 19.30

Nineteen — 30/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 1001022400⑈ 2143 ⑈0000001930⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12151

DATE 4-11-03

87-1/640
5103

PAY TO THE ORDER OF St. Thomas Hosp. $ 111.53

One Hundred & Eleven — 53/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 2151 ⑈0000011153⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12286

DATE 6-12-03

87-1/640
5103

PAY TO THE ORDER OF St. Thomas Hosp. $ 280.00

Two Hundred & Eighty DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 2286 ⑈0000028000⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12210

DATE 5-17-03

87-1/640
5103

PAY TO THE ORDER OF St. Thomas Hosp. $ 280.00

Two Hundred & Eighty DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 1001022400⑈ 2210 ⑈0000028000⑈

Jun 01 20 08:55a

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2402

DATE 9-15-03

87-1/640
5103

PAY TO THE ORDER OF Loyda Iacoyu $ 19.61

Nineteen — 61/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 10010224000⑈ 2402 ⑈0000001961⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2399

DATE 9-13-03

87-1/640
5103

PAY TO THE ORDER OF Card. Anesthesiologist $ 96.82

Ninety Six — 82/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2399 ⑈0000009682⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2401

DATE 9-13-03

87-1/640
5103

PAY TO THE ORDER OF Radiology $ 13.74

Thirteen — 74/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2401 ⑈0000001374⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

2400

DATE 9-15-03

87-1/640
5103

PAY TO THE ORDER OF The Heart Group $ 44.02

Forty-Four — 02/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2400 ⑈0000004402⑈

p. 26

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11850

DATE 10-3-02

87-1/640
5103

PAY TO THE ORDER OF Loyda Tacogue $ 25.00

Twenty-Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 100 10 22400⑈ 1850 ⑈0000002500⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11837

DATE 9-25-02

87-1/640
5103

PAY TO THE ORDER OF Heart Group $ 25 00/00

Twenty Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 100 10 22400⑈ 1837 ⑈0000002500⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11499

DATE 2-16-02

87-1/640
5103

PAY TO THE ORDER OF Loyda C. Tacogue M.D. $ 25 00

Twenty Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR AC 1239

Bruce Smith

⑆064000017⑆ 100 10 22400⑈ 1499 ⑈0000002500⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11496

DATE 2-15-02

87-1/640
5103

PAY TO THE ORDER OF Heart Group $ 25 00

Twenty Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 9172151

Bruce Smith

⑆064000017⑆ 100 10 22400⑈ 1496 ⑈0000002500⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11110

DATE 4-13-01

87-1/640
5103

PAY TO THE ORDER OF Dr Jacoque $ 5.97

Five 97/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 100102240O⑈ 1110 ⑈0000000597⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11109

DATE 4-13-01

87-1/640
5103

PAY TO THE ORDER OF Heart Group $ 14.76

Fourteen 76/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1109 ⑈0000001476⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11906

DATE 11-14-02

87-1/640
5103

PAY TO THE ORDER OF The Heart Group $ 25.00

Twenty-Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1906 ⑈0000002500⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11904

DATE 11-25-02

87-1/640
5103

PAY TO THE ORDER OF The Heart Group $ 25.00

Twenty-Five DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 100102240O⑈ 1904 ⑈0000002500⑈

Jun 01 20 09:00a [illegible] p.28

To Reorder Call 1-800-355-8123

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11197

87-1/640
5103

DATE 6-12-01

PAY TO THE ORDER OF Radiology $ 5.28

Five — 28/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1197 ⑈0000000528⑈

1-800-AMSOUTH

To Reorder Call 1-800-355-8123

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11190

87-1/640
5103

DATE 6-12-01

PAY TO THE ORDER OF St. Thomas Hosp. $ 24.48

Twenty-Four — 48/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1190 ⑈0000002448⑈

1-800-AMSOUTH

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11149

87-1/640
5103

DATE 5-15-01

PAY TO THE ORDER OF Dr. Loyda Jacque $ 13.11

Thirteen — 11/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 10010224000⑈ 1149 ⑈0000001311⑈

1-800-AMSOUTH

To Reorder Call 1-800-355-8123

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11193

87-1/640
5103

DATE 6-12-01

PAY TO THE ORDER OF DR. Loyda Jacque $ 29.08

Twenty-Nine — 08/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR 1239

Janice Smith

⑆064000017⑆ 10010224000⑈ 1193 ⑈0000002908⑈

Jun 02 20 11:15a Denali04 101 p.1

HP
Pers

Last

Date

May

sult

nmed

1-800-AMSOUTH

2350

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE 9-8-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 23.01

Twenty-Three 01/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

Janice Smith

FOR

⑆064000017⑆ 10010224000⑈ 2350 ⑈0000002301⑈

1-800-AMSOUTH

2354

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE 9-9-03

87-1/640
5103

PAY TO THE ORDER OF Eckert $ 9.49

Nine 49/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

Janice Smith

FOR

⑆064000017⑆ 10010224000⑈ 2354 ⑈0000000949⑈

Jun 02 20 11:15a Uenaiiu4 1U1 p.2

eport for

7am

| Pages | Result |
| --- | --- |
| 1 | Jammed |

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

12014

DL TN 48742599
Exp 5/1/2007

DATE 1-21-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 29.29

Twenty-Nine 29/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 2014 ⑈0000002929⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11964

DATE 1-6-03

87-1/640
5103

PAY TO THE ORDER OF Quest Diagnostics $ 33.10

Thirty-Three 10/100 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1964 ⑈0000003310⑈

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

11987

DECEMBER 17, 2002
DATE

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ **********10.00

TEN DOLLARS ONLY****************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Janice Smith

⑆064000017⑆ 10010224000⑈ 1987 ⑈0000001000⑈

t for

11995

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE JANUARY 9, 2003

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********10.00

TEN DOLLARS ONLY*************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 1001022400⑈ 1995 ⑈0000001000⑈

s Result

Jammed

1-800-AMSOUTH

11950

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE DECEMBER 28, 2002

87-1/640
5103

PAY TO THE ORDER OF WALGREEN $ *********41.73

FORTY ONE DOLLARS AND 73/100*************************************** DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 1950 ⑈0000004173⑈

1-800-AMSOUTH

2345

BRUCE SMITH 2-94
OR JANICE SMITH
803 HADLEY AVE. 847-2096
OLD HICKORY, TN 37138

DATE 9-4-03

87-1/640
5103

PAY TO THE ORDER OF Eckerd $ 28 14/00

Twenty Eight + 14/00 DOLLARS

AMSOUTH BANK
THE RELATIONSHIP PEOPLE

Advantage Checking

FOR

Bruce Smith

⑆064000017⑆ 10010224000⑈ 2345 ⑈0000002814⑈