01 cv 931 JRT/FLN

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document has been mailed, postage prepaid, to:

DeWitt M. Shy, Jr., Esq.
BURCH, PORTER & JOHNSON
130 North Court Avenue
Memphis, Tennessee 38103
(901) 524-5000

on this the 9 th day of August, 2004.

Daniel L. Clayton



SCANNED
AUG 17 2004
U.S. DISTRICT COURT MPLS