**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**JANICE AND BRUCE SMITH,**

Plaintiffs,

v.

**ST. JUDE MEDICAL, INC.,**

Defendant.

Civil No. 01-0931 JRT
01-MD-1396 JRT/FLN

**ORDER OF DISMISSAL**

---

Daniel L. Clayton, **KINNARD CLAYTON & BEVERIDGE**, 127 Woodmont Boulevard, Nashville, Tennessee 37205, for plaintiffs.

Dewitt M. Shy, Jr., **BURCH PORTER & JOHNSON**, 130 North Court Avenue, Memphis, Tennessee 38103, for defendant.

The Court having been advised that the above action has settled,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: March 31, 2005
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge